IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>v.<br><br>U.S. JUSTICE DEPT. et. al.,<br>    Defendants. | C.A. No. 04-379 Erie |

ORDER

**AND THIS DAY,** the _____ day of October, 2005;

**IT IS HEREBY ORDERED THAT,** Plaintiff's petition to amend service of process/summons upon defendants in the civil action number 04-379 Erie, is hereby GRANTED;

**IT IS FURTHER ORDERED THAT,** the United States Marshal is directed to amend service of process/summons upon defendants and mail a copy of the complaint, amended complaint, notice of lawsuit and request for waiver of service of summons, and waiver and this order to each defendant directed by Plaintiff. Costs shall be advanced by the United States. The defendant is requested to waive service pursuant to Rule 4(d).

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: United States Marshal