**EXHIBIT B**

| | | |
|---|---|---|
| D. Scott Dodrill | Warden | 570-523-1251 |

**Loretto:** Federal Correctional Institution, Rural Route 276, P.O. Box 1000, Loretto, PA 15940

| | | |
|---|---|---|
| Dennis Callahan | Warden | 814-472-4140 Ext. 105 |

**McKean:** Federal Correctional Institution, McKean, Route 59, Big Shanty Road, P.O. Box 5000, Lewis Run, PA 16738

| | | |
|---|---|---|
| John J. LaManna | Warden | 814-362-8900 |

**New York:** Metropolitan Correctional Center, 150 Park Row, New York, NY 10007-1779

| | | |
|---|---|---|
| Gregory Parks | Warden | 212-240-9656 |

**Otisville:** Federal Correctional Institution, Two Mile Drive, P.O. Box 600, Otisville, NY 10963-0600

| | | |
|---|---|---|
| Frederick Menifee | Warden | 845-386-5855 |

**Philadelphia:** Federal Detention Center, P.O. Box 572, Philadelphia, PA 19105

| | | |
|---|---|---|
| Joseph Smith | Warden | 215-521-4000 |

**Ray Brook:** Federal Correctional Institution, P.O. Box 300, Lake Placid, Ray Brook, NY 12977

| | | |
|---|---|---|
| Michael Nalley | Warden | 518-891-5400 |

**Schuylkill:** Federal Correctional Institution, Schuylkill, P.O. Box 700, Interstate 81 and Route 901 West, Minersville, PA 17954

| | | |
|---|---|---|
| John Nash Jr. | Warden | 570-544-7100 Ext. 4112 |

**SOUTH CENTRAL REGION:** 4211 Cedar Springs Road, Suite 300, Dallas, TX 75219

| | | |
|---|---|---|
| Ronald G. Thompson | Regional Director | 214-224-3389 |
| Cole Jeter | Deputy Regional Director | 214-224-3389 |

**Bastrop:** Federal Correctional Institution, 1341 Highway 95 North, P.O. Box 730, Bastrop, TX 78602

| | | |
|---|---|---|
| Robert D. Miles | Warden | 512-321-3903 Ext. 201 |

**Beaumont:** Federal Correctional Complex, Administrative, P.O. Box 26015, Beaumont, TX 77720-6015

| | | |
|---|---|---|
| Jonathan Dobre | Warden | 409-727-1000 |

**Beaumont:** Federal Correctional Complex, Low Security, P.O. Box 26025, Beaumont, TX 77720-6025

| | | |
|---|---|---|
| John M. Tombone | Warden | 409-727-8172 |

**Beaumont:** Federal Correctional Complex, Medium Security, P.O. Box 26045, Beaumont, TX 77720-6045

| | | |
|---|---|---|
| Jonathan Dobre | Warden | 409-727-0101 |

**Beaumont:** U. S. Penitentiary, High Security, P.O. Box 26035, Beaumont, TX 77720-6035

| | | |
|---|---|---|
| Ernest V. Chandler | Warden | 409-727-8188 Ext. 4300 |

**Big Spring:** Federal Correctional Institution, 1900 Simler Avenue, Big Spring, TX 79720-7799

| | | |
|---|---|---|
| Ralph J. Payne Jr. | Warden | 915-263-1664 |

**Bryan:** Federal Prison Camp, 1100 Ursuline Street, P.O. Drawer 2197, Bryan, TX 77805

| | | |
|---|---|---|
| Linda Prescott | Warden | 979-823-1879 |

**Carswell:** Federal Medical Center, Carswell, Building 3000, J Street, P.O. Box 27066, Fort Worth, TX 76127

| | | |
|---|---|---|
| Lucy Mallisham | Warden | 817-782-4002 |

**El Reno:** Federal Correctional Institution, Highway 66 W., P.O. Box 1000, El Reno, OK 73036-1000

| | | |
|---|---|---|
| Marcus C. Peterson | Warden | 405-262-6266 |

**Forrest City:** Federal Correctional Institution, P.O. Box 7000, Forrest City, AR 72336

| | | |
|---|---|---|
| Kevin D. Morrison | Warden | 870-630-6000 |

**Fort Worth:** Federal Medical Center, 3150 Horton Road, Fort Worth, TX 76119-5996

| | | |
|---|---|---|
| Robert E. Fleming | Warden | 817-413-3000 |

**Houston:** Federal Detention Center, 1200 Texas Avenue, P.O. Box 526245, Houston, TX 77002

| | | |
|---|---|---|
| Neil H. Adler | Warden | 713-221-5400 |

**LaTuna:** Federal Correctional Institution, P.O. Box 1000, Anthony, NM 88021

| | | |
|---|---|---|
| Troy Williamson | Warden | 915-886-3422 Ext. 213 |

**Oakdale:** Federal Correctional Institution, E. Whatley Road, P.O. Box 5050, Oakdale, LA 71463

| | | |
|---|---|---|
| Joseph M. Haro | Warden | 318-335-4070 |

**Oakdale:** Federal Detention Center, E. Whatley Road, P.O. Box 5060, Oakdale, LA 71463-5060

| | | |
|---|---|---|
| Charles Felts | Warden | 318-335-4466 Ext. 4040 |

**Oklahoma City:** Federal Transfer Center, 7420 S. MacArthur Avenue, P.O. Box 898802, Oklahoma City, OK 73189-8802

| | | |
|---|---|---|
| John Sugrue III | Warden | 405-680-4033 |

**Pollock:** U. S. Penitentiary, 1000 Airbase Road, P. O. Box 1000, Pollock, LA 71467

| | | |
|---|---|---|
| Carl Casterline | Warden | 318-561-5375 |

**Seagoville:** Federal Correctional Institution, 2113 N. Highway 175, Seagoville, TX 75159

| | | |
|---|---|---|
| Sam L. Pratt | Warden | 972-287-2911 |

**Texarkana:** Federal Correctional Institution, 4001 FCI Road, P.O. Box 9500, Texarkana, TX 75505-9500

| | | |
|---|---|---|
| Suzanne Hastings | Warden | 903-838-4587 Ext. 215 |

**Three Rivers:** Federal Correctional Institution, Highway 72 West, P.O. Box 4000, Three Rivers, TX 78071

| | | |
|---|---|---|
| Edward Perez | Warden | 606-928-6414 |

**SOUTHEAST REGION:** 3800 North Camp Creek Parkway, S.W., Building 2000, Atlanta, GA 30331-6226

| | | |
|---|---|---|
| R. E. Holt | Regional Director | 678-686-1200 |
| Robert McFadden | Senior Deputy Regional Director | |

**Atlanta:** U.S. Penitentiary, 601 McDonough Boulevard, S.E., Atlanta, GA 30315

| | | |
|---|---|---|
| Ron Wiley | Warden | 404-635-5100 |

**Coleman:** Federal Correctional Complex, Medium, 846 N.E. 54th Terrace, P.O. Box 1029, Coleman, FL 33521-1029

| | | |
|---|---|---|
| Carlyle I. Holder | Warden | 352-330-3103 |

**Coleman:** Federal Correctional Complex, Low Security, 846 N.E. 54th Terrace, P.O. Box 1029, Coleman, FL 33521-1029

| | | |
|---|---|---|
| Paul Laird | Warden | 352-689-4000 Ext. 4001 |

**Coleman:** United States Penitentiary, P.O. Box 1029, 846 N.E. 54th Terrace, Coleman, FL 33521-1029

**Coleman:** Federal Correctional Complex, Administration, 846 N.E. 54th Terrace, P.O. Box 1029, Coleman, FL 33521-1029

| | | |
|---|---|---|
| J. M. Killian | Warden | 352-330-3001 |
| Donald McKelvey | Warden | 352-330-3006 |

**Edgefield:** Federal Correctional Institution, 501 Gary Hill Road, P. O. Box 723, Edgefield, SC 29824

| | | |
|---|---|---|
| Danny Dove | Warden | 803-637-1500 |

**Eglin:** Federal Prison Camp, Eglin Air Force Base, Eglin, FL 32542-7606

| | | |
|---|---|---|
| Jose M. Vazquez | Warden | 850-882-8522 Ext. 200 |

**Estill:** Federal Correctional Institution, 100 Prison Road, P.O. Box 699, Estill, SC 29918

| | | |
|---|---|---|
| Steven Gal | Warden | 803-625-4607 |

**Guaynabo:** Metropolitan Detention Center, Guaynabo, P.O. Box 2146, San Juan, PR 00922-2146

| | | |
|---|---|---|
| Jorge L. Pastrana | Warden | 787-749-4480 Ext. 7801 |

■ *Biographical section.* ■ *Presidential appt. requires Senate confirmation.* □ *Presidential appt.* [A] *Acting.* [D] *Designate.* [N] *Nominee.* [R] *Retired.* [SES] *Senior Executive Service.*

Congressional Quarterly                                                                                     http://jsd.cq.com

**Oxford:** Federal Correctional Institution, Off County Highway 6, Box 500, Oxford, WI 53952
Richard Still          Warden          608-584-5511

**Pekin:** Federal Correctional Institution, 2600 S. Second Street, Pekin, IL 61555-7000
B. G. Compton          Warden          309-346-8588

**Rochester:** Federal Medical Center, 2110 E. Center Street, P.O. Box 4600, Rochester, MN 55903-4600
Constance R. Reese     Warden          507-287-0674
                                       Ext. 430

**Sandstone:** Federal Correctional Institution, 2300 County Road 29, P.O. Box 999, Sandstone, MN 55072
Marty Anderson         Warden          320-245-2262
                                       Ext. 441

**Springfield:** U. S. Medical Center for Federal Prisoners, 1900 W. Sunshine Street, P.O. Box 4000, Springfield, MO 65801-4000
Bill Hedrick           Warden          417-862-7041
                                       Ext. 213

**Terre Haute:** U.S. Penitentiary, State Highway 63 South, Terre Haute, IN 47808-8128
Keith E. Olson         Warden          812-238-1531

**Waseca:** Federal Correctional Institution, 1000 University Drive, S.W., P.O. Box 1731, Waseca, MN 56093
T. C. Outlaw           Warden          507-835-8972

**Yankton:** Federal Prison Camp, 1100 Douglas Avenue, P.O. Box 680, Yankton, SD 57078
Carolyn Sabol          Warden          605-665-3262

**NORTHEAST REGION:** U.S. Customs House, 2nd and Chestnut Streets, 7th Floor, Philadelphia, PA 19106
Mickey E. Ray          Regional Director   215-521-7300

**Allenwood:** Federal Prison Camp, Allenwood, Route 15, P.O. Box 1000, Montgomery, PA 17752-9718
Jonathan C. Miner      Warden          570-547-1641

**Allenwood:** Low Security Correctional Institution, Allenwood, Route 15, P.O. Box 1500, White Deer, PA 17887
Susan Gerlinski        Warden          570-547-1990

**Allenwood:** Federal Correctional Institution, Allenwood, Route 15, P.O. Box 2500, White Deer, PA 17887
Mike Zenk              Warden          570-547-7950

**Allenwood:** U.S. Penitentiary, Allenwood, Route 15 North, P.O. Box 3500, White Deer, PA 17887
Joaquin Mendez         Warden          570-547-0963

**Brooklyn:** Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232
Dennis W. Hasty ★      Warden          718-840-4200

**Danbury:** Federal Correctional Institution, Route 37, Danbury, CT 06811-3099
Kuma J. Deboo          Warden          203-743-6471
                                       Ext. 441

**Devens:** Federal Medical Center, 42 Patton Road, Devens, MA 01432
David Winn             Warden          978-796-1102

**Fairton:** Federal Correctional Institution, Highway 698, P.O. Box 280, Fairton, NJ 08320
Kim M. White           Warden          856-453-1177

**Fort Dix:** Federal Correctional Institution, Building 5756, Hartford and Pointville, P.O. Box 38, Fort Dix, NJ 08640
Nancy Bailey           Warden          609-723-1100

**Lewisburg:** U.S. Penitentiary, Penn Road, R.D. #5, Lewisburg, PA 17837
D. Scott Dodrill       Warden          570-523-1251

**Loretto:** Federal Correctional Institution, Rural Route 276, P.O. Box 1000, Loretto, PA 15940
Dennis Callahan        Warden          814-472-4140
                                       Ext. 105

**McKean:** Federal Correctional Institution, McKean, Route 59, Big Shanty Road, P.O. Box 5000, Lewis Run, PA 16738
John J. LaManna        Warden          814-362-8900

**New York:** Metropolitan Correctional Center, 150 Park Row, New York, NY 10007-1779
Gregory Parks          Warden          212-240-9656

**Otisville:** Federal Correctional Institution, Two Mile Drive, P.O. Box 600, Otisville, NY 10963-0600
Frederick Menifee      Warden          845-386-5855

**Philadelphia:** Federal Detention Center, P.O. Box 572, Philadelphia, PA 19105
Joseph Smith           Warden          215-521-4000

**Ray Brook:** Federal Correctional Institution, P.O. Box 300, Lake Placid, Ray Brook, NY 12977
Michael Nalley         Warden          518-891-5400

**Schuylkill:** Federal Correctional Institution, Schuylkill, P.O. Box 700, Interstate 81 and Route 901 West, Minersville, PA 17954
John Nash Jr.          Warden          570-544-7100
                                       Ext. 4112

**SOUTH CENTRAL REGION:** 4211 Cedar Springs Road, Suite 300, Dallas, TX 75219
Ronald G. Thompson     Regional Director    214-224-3389
Cole Jeter             Deputy Regional Director  214-224-3389

**Bastrop:** Federal Correctional Institution, 1341 Highway 95 North, P.O. Box 730, Bastrop, TX 78602
Robert D. Miles        Warden          512-321-3903
                                       Ext. 201

**Beaumont:** Federal Correctional Complex, Administrative, P.O. Box 26015, Beaumont, TX 77720-6015
Jonathan Dobre         Warden          409-727-1000

**Beaumont:** Federal Correctional Complex, Low Security, P.O. Box 26025, Beaumont, TX 77720-6025
John M. Tombone        Warden          409-727-8172

**Beaumont:** Federal Correctional Complex, Medium Security, P.O. Box 26045, Beaumont, TX 77720-6045
Jonathan Dobre         Warden          409-727-0101

**Beaumont:** U. S. Penitentiary, High Security, P.O. Box 26035, Beaumont, TX 77720-6035
Ernest V. Chandler     Warden          409-727-8188
                                       Ext. 4300

**Big Spring:** Federal Correctional Institution, 1900 Simler Avenue, Big Spring, TX 79720-7799
Ralph J. Payne Jr.     Warden          915-268-6602

**Bryan:** Federal Prison Camp, 1100 Ursuline Street, P.O. Drawer 2197, Bryan, TX 77805
Linda Prescott         Warden          979-823-1879

**Carswell:** Federal Medical Center, Carswell, Building 3000, J Street, P.O. Box 27066, Fort Worth, TX 76127
Lucy Mallisham         Warden          817-782-4891

**El Reno:** Federal Correctional Institution, Highway 66 W., P.O. Box 1000, El Reno, OK 73036-1000
Thomas C. Peterson     Warden          405-262-4875

**Forrest City:** Federal Correctional Institution, P.O. Box 7000, Forrest City, AR 72336
Marvin D. Morrison     Warden          870-633-6000

**Fort Worth:** Federal Medical Center, 3150 Horton Road, Fort Worth, TX 76119-5996
Lester E. Fleming      Warden          817-534-8400

**Houston:** Federal Detention Center, 1200 Texas Avenue, P.O. Box 526245, Houston, TX 77002
Neil H. Adler          Warden          713-221-5400

**LaTuna:** Federal Correctional Institution, P.O. Box 1000, Anthony, NM 88021
Troy Williamson        Warden          915-886-3422

---

★ See biographical section.   ■ Presidential appt. requires Senate confirmation.   □ Presidential appt.   [A] Acting.   [D] Designate.   [N] Nominee.   [R] Retired.   [SES] Senior Executive Service.