**EXHIBIT C**

## Other Orders/Judgments
1:04-cv-00379-SJM-SPB BROWN v. U.S. JUSTICE DEPARTM, et al

### U.S. District Court

### Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from lrw, entered on 8/3/2005 at 2:05 PM EDT and filed on 8/3/2005

**Case Name:**          BROWN v. U.S. JUSTICE DEPARTM, et al
**Case Number:**       1:04-cv-379
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER ENTERED that the Marshal is directed to mail a copy of the complaint, amended complaint, notice of lawsuit, request for waiver of service of summons, waiver, and this order to the defendant as directed by the plaintiff. Costs shall be advanced by the government. Signed by Judge Susan Paradise Baxter on 8/3/05. (lrw)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=8/3/2005] [FileNumber=32393-0] [
1d9c4342e14ca125eb3793c0d4e6e9f35121 93f85a5e7d6678b5778a2a7314f123516e
b51f25c798de69643bf6063faab29b91bd89db67f14ff34e4c6a0bee56]]

**1:04-cv-379 Notice will be electronically mailed to:**

**1:04-cv-379 Notice will be delivered by other means to:**

DEMETRIUS BROWN
21534-039
FCI Raybrook
P.O. Box 9001
Raybrook, NY 12977