**EXHIBIT D**

August 7, 2005

Demetrius Brown
Reg. No. 21534-039
FCI RayBrook
P.O. Box 9001
RayBrook, NY. 12977

United States Marshals Service
Western District of Pennsylvania
241 U.S. Courthouse
Seventh Avenue & Grant St.
Pittsburgh, PA. 15219

      RE: Demetrius Brown v. U.S. Justice Dept. et. al.,
         C.A. No. 04-379 Erie
         "Process Receipt and Return" form (USM-285)

Dear Marshals:

    Enclosed you will find an original and 3 copies of a "Process Receipt and Return" form (USM-285) with certificate of service that the undersign who is also the Plaintiff in the above cause and action, is providing you complete and correct instructions for mailing his claims to defendant as Ordered by the United States District Court for the Western District of Pennsylvania on 8/3/05.

                                   Sincerely,

                                   Demetrius Brown
                                   Reg. No. 21534-039
                                   FCI RayBrook
                                   P.O. Box 9001
                                   RayBrook, NY. 12977

cc:file