EXHIBIT E



U.S. Department of Justice

United States Marshals Service

Western District of Pennsylvania

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

August 18, 2005

Demetrius Brown, #21534-039
FCI Raybrook
P.O. Box 9001
Raybrook, NY 12977

Dear Mr./Ms. Brown,

Per Court Order dated <u>08/03/05</u> for case no. <u>CA-04-0379 Erie</u> you are required to provide the U.S. Marshals Service with directions for service of **each defendant**. Please complete the enclosed U.S.M. 285(s)- **for each of defendant(s) U.S. Justice Department, Bureau of Prisons, FCI McKean, John Lamanna, D. Scott Dodrill, Harley Lappin, the United States Attorney and the United States Attorney General** and return it/them as soon as possible. Please ensure that each form is completed with **proper and correct names and addresses**. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

By: *Sheila Blessing*
Sheila Blessing
Administrative Support Assistant
United States Marshals Service
Western District of Pennsylvania

ENCLOSURES



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

~~August 18, 2005~~  8-24-05 2nd request

Demetrius Brown, #21534-039
FCI Raybrook
P.O. Box 9001
Raybrook, NY 12977

Dear Mr./Ms. Brown,

Per Court Order dated <u>08/03/05</u> for case no. <u>CA-04-0379 Erie</u> you are required to provide the U.S. Marshals Service with directions for service of <u>**each defendant**</u>. Please complete the enclosed U.S.M. 285(s)- <u>**for each of defendant(s) U.S. Justice Department, Bureau of Prisons, FCI McKean, John Lamanna, D. Scott Dodrill, Harley Lappin, the United States Attorney and the United States Attorney General**</u> and return it/them as soon as possible. Please ensure that each form is completed with <u>**proper and correct names and addresses**</u>. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

By: Sheila Blessing
   Administrative Support Assistant
   United States Marshals Service
   Western District of Pennsylvania

ENCLOSURES