EXHIBIT G

September 13, 2005

Demetrius Brown
Reg. No. 21534-039
FCI RayBrook
P.O. Box 9001
RayBrook, NY. 12977

United States Marshals Service
Western District of Pennsylvania
241 U.S. Courthouse
Seventh Avenue & Grant St.
Pittsburgh, PA. 15219

    **RE:** Demetrius Brown v. U.S. Justice Dept. et. al.,
       C.A. No. 04-379 Erie
       **Amended "Process Receipt and Return" form (USM-285)**

United States Marshals Service:

    Enclosed you will find copies of an Amended "Process Receipt and Return" form (USM-285) along with Notice of Lawsuit and Request Waiver of Service of Summons, Waiver of Service of Summons, Order of the United States District Court for the Western District of Pennsylvania entered on 8/3/2005, and copy of Complaint signed and affirmed under penalty of perjury the preceding page to the certificate of service, and Amended Complaint.

    The Plaintiff has thereof provided upon the United States Marshal Service, properly completed with correct instructions for mailing to the Defendants. Plaintiff further attaches certificate of service of the foregoing to the Office of the United States Marshals Service.

                                          Sincerely,

                                          *Demetrius Brown*

cc:file