EXHIBIT H

U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMETRIUS BROWN | 1:04-cv-379 |
| DEFENDANT | TYPE OF PROCESS |
| MEDICAL DIRECTOR, DR. NEWTON E. KENDIG | SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
MEDICAL DIRECTOR, DR. NEWTON E. KENDIG

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Office of General Counsel and Review, Health Services Division, Federal Law Enforcement Training Center, Glynco, GA. 31524

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Demetrius Brown  
Reg. No. 21534-039  
FCI RayBrook  
P.O. Box 9001  
RayBrook, NY. 12977

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 9  
Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Defendant is hereby summoned and required to serve upon Plaintiff, Demetrius Brown, whose address is stated above, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The nature of this action is a Tort Claim for personal injuries suffered due to ETS in which relief is for ten million dollars; filed with Clerk for W.D.PA.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT  
Demetrius Brown  
DATE: 8/30/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

Remarks: This defendant is not listed on the docket sheet. If you wish to add him as a defendant you will have to petition the court. Thank you.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT if any amount is owed
5. ACKNOWLEDGMENT

Form USM-285  
Rev. 12/15/80  
Automated 01/00