EXHIBIT I

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMETRIUS BROWN | 1:04-cv-379E |
| DEFENDANT | TYPE OF PROCESS |
| F.C.I. McKEAN | SUMMONS |

SERVE AT — NAME OF INDIVIDUAL ... ON OF PROPERTY TO SEIZE OR CONDEMN

9, Big Shanty Road,

*[Handwritten note across form:]* These are already in the process of being served. If you wish to have a second service attempted you will have to petition the courts first.

SEND NOTICE OF SE...

| | er of process to be / with this Form 285 | 1 |
|---|---|---|
| | r of parties to be in this case | 9 |
| | or service | X |

SPECIAL INSTRUCTIO...
All Telephone Numbers,

**Fold** The Defendan...
Brown, whose addr...
you, within 60 da...
you fail to do so,...
complaint. The nat...
in which relief is...

Plaintiff, Demetrius **Fold**
which is herewith served upon
sive of the day of service. If
for the relief demanded in the
injuries suffered due to ETS
f Court for the W.D.PA.

Signature of Attorney other O...
*Demetr[ius]*

MBER | DATE
9/13/05

SPACE BELOW ... BELOW THIS LINE

I acknowledge receipt for the t...
number of process indicated. ...
(Sign only for USM 285 if more
than one USM 285 is submitted)

ty or Clerk | Date

I hereby certify and return that I...
on the individual, company, cor...

in "Remarks", the process described
t shown at the address inserted below.

☐ I hereby certify and return th...

below)

Name and title of individual serve...

rson of suitable age and discretion
residing in defendant's usual place
bode

Address (complete only different t...

Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00