IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Demetrius Brown            )
         vs.                       ) Civil Action: 04-0379 Erie
United States Attorney General )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/14/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

　　　　　　　　　　　　　　　　　　　　　Thomas M. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　United States Marshal
　　　　　　　　　　　　　　　　　　　　　Western District of Pennsylvania

　　　　　　　　　　　　　　　　　　By:   Sheila Blessing
　　　　　　　　　　　　　　　　　　　　　Administrative Clerk
　　　　　　　　　　　　　　　　　　　　　United States Marshals Service
　　　　　　　　　　　　　　　　　　　　　Western District of Pennsylvania
　　　　　　　　　　　　　　　　　　　　　October 20, 2005

### ORDER

AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.