## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Demetrius Brown )

      vs.                      Civil Action: 04-0379 Erie

Harley G. Lappin )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/14/05, the Order and Complaint in the above

captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and

Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of

service has been received, and more than 30 days has elapsed.

                                  Thomas M. Fitzgerald
                                  United States Marshal
                                  Western District of Pennsylvania

By:    Sheila Blessing
       Administrative Clerk
       United States Marshals Service
       Western District of Pennsylvania
       October 20, 2005

### ORDER

AND NOW, this_____day of _____ , 20____ , upon consideration of the

foregoing Notice of Inability to Effectuate Service,

    IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

    **AND IT IS FURTHER ORDERED** that the United States Marshal make personal service

of those documents upon the above named defendant.