IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEMETRIUS BROWN,              )
                Plaintiff,     )
                              )
    v.                            )    C.A. No. 04-379 ERIE
                              )
U.S. JUSTICE DEPT., et al.,   )
                Defendants.    )

**O R D E R**

AND NOW, this 26th day of October, 2005,

IT IS HEREBY ORDERED that Plaintiff's motion to correct service documents [Document # 14] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court correct the docket sheet to reflect that the Bureau of Prisons' Medical Director is sued as a defendant.

IT IS FURTHER ORDERED that the Clerk of Court mail four copies of the "Process Receipt and Return" (USM-285) form to Plaintiff. The docket should reflect the date upon which the forms are mailed to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff shall return the signed and completed forms for service on Defendant LaManna in Bradford, PA and for service on Dr. Newton E. Kendig, Medical Director. The forms should be sent directly to the U.S. Marshal Service within five business days of receipt.

IT IS FURTHER ORDERED that the United States Marshal is directed to mail a copy of the complaint, amended complaint, summons, and this order to Defendant LaManna and Defendant Kendig, Medical Director, as directed by plaintiff. The United States Marshal is directed to mail a copy of the complaint, summons, and this order to the U.S. Attorney's office and the U.S. Attorney General pursuant to Rule 4(i). Costs shall be advanced by the United States.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this

date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                              S/ Susan Paradise Baxter
                                              SUSAN PARADISE BAXTER
                                              CHIEF UNITED STATES MAGISTRATE JUDGE

cc:      United States Marshal