
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>    v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI MCKEAN<br>WARDEN JOHN LAMANNA, REGIONAL<br>DIRECTOR D. SCOTT DODRILL,<br>MEDICAL DIRECTOR, DIRECTOR HARLEY<br>G. LAPPIN,<br>    Defendants. | Civil No. 04-379E<br><br>Judge McLaughlin<br>Magistrate Judge Baxter |

<u>ORDER</u>

**AND NOW,** this \_\_\_\_\_ day of _____, 2005, upon consideration of Plaintiff's Opposition to Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion is DENIED.

_____, J.
/s/

cc: Megan E. Farrell,
    Counsel for defendants