IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION


DEMETRIUS BROWN,                        )
      Plaintiff,                        )
                             )
                             )
      v.                                )    Civil No. 04-379E
                             )
U.S. JUSTICE DEPARTMENT,                )    Judge McLaughlin
BUREAU OF PRISONS, FCI MCKEAN          )    Magistrate Judge Baxter
WARDEN JOHN J. LAMANNA, REGIONAL)
DIRECTOR D. SCOTT DODRILL,             )
MEDICAL DIRECTOR, DIRECTOR HARLEY
G. LAPPIN,                             )
_____Defendants._____)


ORDER


      **AND NOW,** this _____ day _____, 2005, upon

Defendants' failure to answer Plaintiff's Complaint within the

sixty (60) days allotted in the service of Process/Summons,

      **IT IS HEREBY ORDERED,** that Plaintiff is GRANTED Judgment

by Default for the relief demanded in the Complaint.


                             _____, J.
                              /s/


cc: Megan E. Farrell,
    Counsel for defendants