**EXHIBIT B**



*Returned - not at this address - addressee unknown*

DR. NEWTON E. KENDIG, MEDICAL DIRECTOR
OFFICE OF GENERAL COUNSEL & REVIEW
HEALTH SERVICES DIVISION
FEDERAL LAW ENFORCEMENT TRAINING CENTER
GLYNCO, GA. 31524

