IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-379 Erie |
| ) | |
| U.S. JUSTICE DEPT. et. al, ) | |
|     Defendant. ) | |

ORDER

**AND NOW,** this ___ day of December, 2005,

**IT IS HEREBY ORDERED**, that Plaintiff's Petition to Effect New Service of Process/Summons upon Defendant- Dr. Newton E. Kendig, Medical Director, in the civil action number 04-379 Erie is hereby GRANTED.

**IT IS FURTHER ORDERED,** that the United States Marshals Service shall be directed to Effect New Process/Summons personally upon Dr. Newton E. Kendig, at his place of employment, the address located at Homeowners Loan Corporation Building, 320 First Street, N.W., Washington, D.C. 20534.

**IT IS FURTHER ORDERED**, that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: United States Marshals
    Megan E. Farrell