# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BROWN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. JUSTICE DEPARTMENT, )<br>BUREAU OF PRISONS, FCI MCKEAN )<br>WARDEN JOHN J. LAMANNA, REGIONAL )<br>DIRECTOR D. SCOTT DODRILL, )<br>MEDICAL DIRECTOR, DIRECTOR )<br>HARLEY G. LAPPIN, )<br>)<br>Defendants ) | Civil Action No. 04-379E<br><br>Electronically filed<br><br>Judge McLaughlin<br>Magistrate Judge Baxter |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, pursuant to the provisions of 28 U.S.C. § 2679 (1988), as amended by Public Law 100-694, and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.3, hereby certify that I have read the Complaint, as amended, in the above-captioned action. On the basis of the information now available to me with respect to the incident(s) referred to therein, I find that the individual defendants, Warden John J. LaManna, Regional Director D. Scott Dodrill, Medical Director Newton E. Kendig, and Director Harley G. Lappin, were acting within the scope of their employment as employees of the United States at the time of such incident(s).

_Mary Beth Buchanan_
MARY BETH BUCHANAN
United States Attorney

Dated: