IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-379E |
| | ) | |
| U.S. JUSTICE DEPARTMENT, | ) | JUDGE MCLAUGHLIN |
| BUREAU OF PRISONS, FCI MCKEAN | ) | MAGISTRATE JUDGE BAXTER |
| WARDEN JOHN J. LAMANNA, | ) | |
| REGIONAL DIRECTOR D. SCOTT | ) | Electronically Filed |
| DODRILL, MEDICAL DIRECTOR, | ) | |
| DIRECTOR HARLEY G. LAPPIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, upon consideration of the United States' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that the United States' motion is **GRANTED** and that Plaintiff Demetrius Brown's Complaint and Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

_____, J.

cc: All parties of record