# Exhibit 1a

NERH4 * PUBLIC INFORMATION * 12-12-2005
PAGE 001 * INMATE DATA * 12:04:00
AS OF 12-12-2005

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 518-897-4000 FAX: 518-897-4216
RACE/SEX...: BLACK / MALE
FBI NUMBER.: 188374WA3 DOB/AGE....: 02-08-1972 / 33
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 08-04-2022 PAR HEAR DT:

---------------------------- ADMIT/RELEASE HISTORY ----------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| RBK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-04-2004 1300 | CURRENT |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 11-04-2004 1300 | 11-04-2004 1300 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 11-04-2004 0511 | 11-04-2004 1300 |
| LEW | HLD REMOVE | HOLDOVER REMOVED | 11-04-2004 0511 | 11-04-2004 0511 |
| LEW | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 10-29-2004 1314 | 11-04-2004 0511 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-29-2004 1314 | 10-29-2004 1314 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-29-2004 0950 | 10-29-2004 1314 |
| MCK | TRANSFER | TRANSFER | 10-29-2004 0950 | 10-29-2004 0950 |
| MCK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-08-1997 0900 | 10-29-2004 0950 |
| S04 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-08-1997 0900 | 07-08-1997 0900 |
| S04 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-08-1997 0537 | 07-08-1997 0900 |
| LEW | HLD REMOVE | HOLDOVER REMOVED | 07-08-1997 0537 | 07-08-1997 0537 |
| LEW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-30-1997 1839 | 07-08-1997 0537 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-30-1997 1839 | 06-30-1997 1839 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-30-1997 0945 | 06-30-1997 1839 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 06-30-1997 0845 | 06-30-1997 0845 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-19-1997 1615 | 06-30-1997 0845 |
| 1-P | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-19-1997 1715 | 06-19-1997 1715 |
| 1-P | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-14-1997 0809 | 06-19-1997 1715 |
| CMS | ADMIN REL | ADMINISTRATIVE RELEASE | 04-14-1997 0709 | 04-14-1997 0709 |
| CMS | A-ADMIN | ADMINISTRATIVE ADMISSION | 04-14-1997 0708 | 04-14-1997 0709 |

G0002 MORE PAGES TO FOLLOW . . .

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 518-897-4000 FAX: 518-897-4216
PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-04-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 4-96-CR-64(02)
JUDGE...........................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED..................: 07-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $50.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:846 & 841(B)(1)(A) CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE COCAINE

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 360 MONTHS
TERM OF SUPERVISION............: 10 YEARS
CLASS OF OFFENSE...............: CLASS A FELONY
DATE OF OFFENSE................: 05-02-1996

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 518-897-4000 FAX: 518-897-4216

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............: 360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 30 YEARS
EARLIEST DATE OF OFFENSE........: 05-02-1996

JAIL CREDIT.....................: FROM DATE 05-23-1996 THRU DATE 05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 459
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026

PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL

```
  NERH4          *            PUBLIC INFORMATION              *     12-12-2005
PAGE 004         *               INMATE DATA                  *     12:04:00
                               AS OF 12-12-2005

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-04-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 4-96-CR-64(02)
JUDGE...........................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED..................: 07-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $50.00         $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1) & 18:2  AIDING & ABETTING POSSESSION WITH INTENT
         .                    TO DISTRIBUTE COCAINE - CT. 4

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   360 MONTHS
 TERM OF SUPERVISION............:    10 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 03-23-1996
```

G0002        MORE PAGES TO FOLLOW . . .

```
  NERH4            *             PUBLIC INFORMATION             *     12-12-2005
PAGE 005 OF 005 *                    INMATE DATA                 *     12:04:00
                                   AS OF 12-12-2005

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 518-897-4000    FAX: 518-897-4216
-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............:   360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    30 YEARS
EARLIEST DATE OF OFFENSE........: 03-23-1996

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    05-23-1996     05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 459
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026


PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```