# Exhibit 1d

ACKNOWLEDGMENT OF RECEIPT

DENIAL OF TORT CLAIM


I, Demetrius Brown, Reg. No. 21534-039, hereby acknowledge receipt this ___7th___ day of ___July___, 2004, of the June 24, 2004, memorandum from Henry J. Sadowski, Regional Counsel, Northeast Region, Federal Bureau of Prisons, informing me of the denial of my tort claim (TRT-NER-2004-01684).


_Demetrius Brown_____
Signature




Witnessed this ___7th___ day of ___July___, 2004.


_K. Filatt, Case Manager_____
Staff Witness




FAX MEMO
# PAGES 1  DATE 7/21/04 FAX #
TO NERO Legal
FROM McKean Legal
CO.
PH # _____ FAX #