# Exhibit 2a

BP-s620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 7/16/97 | AIO STD - Tx'd | (R) Hand Fx + Sx | 1992 |

Date: 11/15/04

Care Level:  1 ✓ 2 __  3 __  4 __

Clinical Director  D. Marini, MD  D Marini

COPY

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

NKDA

Patient Identification
(Name, Reg #, DOB)

BROWN
   DEMETRIUS          21534-039
B/M/O/02-08-1972
HT/509   WT/170   HR/BK    EY/BN
CUSTODY/IN

form may be replicated via WP)

**000001**

PROBLEM LIST (Continued)

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Patient Identification
(Name, Reg #, DOB)

000002

BP-S619.060  IMMUNIZATION RECORD  CDFRM
AUG 96

U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 7/16/97 | Connaught | 7D9 1611 | 4/17/99 | (L) deltoid | 0.5cc/IM | Nurton | FCI McKean |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 7/16/97 | Connaught | 2V34-12 | 2/1/98 | (L) forearm | 0.1cc ID | Nurton / FCI McKean | 7/18/97 | 0x0 | George |
| 7-8-98 | Connaught | 2486-11 | 10-99 | (L) FA | 5TU ID | C. Rymer, RN FCI McKean | 7-10-98 | 0x0 | George |
| 7/7/99 | Connaught | 2493-11 | 1/12/00 | (L) FA | 5TU ID | C. Rymer RN FCI McKean | 7/9/99 | 0x0 | C. Rymer |
| 7/11/00 | Connaught | V0149 AA | 9/17/00 | (L) FA | 5TU ID | C. Rymer RN FCI McKean | 7/13/00 | 0x0 | Nurton |
| 07/07/01 | Connaught | C0630AA | 5/15/02 | (L) FA | 0.1cc ID | C. Lundberg RN FCI McKean | 7/11/01 | 0x0 | 8 |
| 7/9/02 | Aventis | C074XAB | 3/16/04 | (L) FA | 0.1cc ID | S. Weakland RN | 7/11/02 | 0x0 | K. Milko |
| 7/18/03 | Pasteur | 0852P | 9/03 | (L) FA | 1tu | Ulrich S. N. PA | 7-10-03 | 0x0 | Ulrich |
| 6/29/04 | Aventis | 00154P | 08/05 | LT. Arm | 0.1cc ID | McKean | 7/1/04 | 0 | Ulrich |
| 6/27/05 | Aventis | C2U4.XB | 6/7/07 | (L) FA | 0.1/ID | Liberty/R BK | 6/29/04 | 0mm | EA |
|  |  |  |  |  |  | COPY |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Patient Identification
(Name, Reg #)                BROWN
                                DEMETRIUS              21534-039
                            B/M/0/02-08-1972
                            HT/509   WT/170    HR/BK    EY/BN
                            CUSTODY/IN

'orm may be replicated via WP)

000003

HEPATITIS VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       | O         |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

INFLUENZA VACCINE

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

OTHER  (MMR, Polio, etc)

| DATE | TYPE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION |
|------|------|-------|-------|-----------|------|-------------|------------------------|
|      |      |       |       |           |      |             |                        |
|      |      |       |       |           |      |             |                        |
|      |      |       |       |           |      |             |                        |

Patient Identification
(Name, Reg #)

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 4/25/13 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME** Brown Demetrus

**2. IDENTIFICATION NUMBER** 21534-039

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** 16134 Greenview, Detroit, MI. 48219

**5. EMERGENCY CONTACT** Al Brown, 29329 Leewin, Detroit, MI. 48219

**6. DATE OF BIRTH** 2/8/72  **7. AGE** 31  **8. SEX** ☒ MALE

**9. RELATIONSHIP OF CONTACT** Dad

**10. PLACE OF BIRTH** Detroit, MI.

**11. RACE** ☒ BLACK

**12a. AGENCY** BOP DOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE**

**14. NAME OF EXAMINING FACILITY** P.O. Box 5000 Bradford, PA 16701

**16. PURPOSE OF EXAMINATION** At Annually

### 17. CLINICAL EVALUATION

| | NOR-MAL | ABNOR-MAL | | NOR-MAL | ABNOR-MAL |
|---|---|---|---|---|---|
| A. HEAD, FACE, NECK AND SCALP | ✓ | | O. PROSTATE | N/E | |
| B. EARS-GENERAL (INTERNAL CANALS) Scant Cerumen | | | P. TESTICULAR | | |
| C. DRUMS (Perforation) TMs Intact & fld. | ✓ | | Q. ANUS AND RECTUM | N/E | |
| D. NOSE ⊕ DNS – Rt | ✓ | | R. ENDOCRINE SYSTEM | ✓ | |
| E. SINUSES | ✓ | | S. G-U SYSTEM | ✓ | |
| F. MOUTH AND THROAT ⊕ Tonsils 1+ Smooth | ✓ | | T. UPPER EXTREMITIES | ✓ | |
| G. EYES-GENERAL | ✓ | | U. FEET | ✓ | |
| H. OPHTHALMOSCOPIC | ✓ | | V. LOWER EXTREMITIES | ✓ | |
| I. PUPILS | ✓ | | W. SPINE, OTHER MUSCULOSKELETAL | ✓ | |
| J. OCULAR MOTILITY | ✓ | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ | |
| K. LUNGS AND CHEST | ✓ | | Y. SKIN, LYMPHATICS | ✓ | |
| L. HEART | ✓ | | Z. NEUROLOGIC | ✓ | |
| M. VASCULAR SYSTEM | ✓ | | AA. PSYCHIATRIC | ✓ | |
| N. ABDOMEN AND VISCERA | ✓ | | BB. BREASTS | | |
| | | | CC. PELVIC | | |

**NOTES:** Neck- FROM, ∅LA, ⊕ TMJ, ∅ Bruits

COPY

### 18. DENTAL

### 19. TEST RESULTS

A. URINALYSIS: (1) SPECIFIC GRAVITY

B. CHEST X-RAY OR PPD

000005

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'10" | 170# | BROWN | Brown | ☐ SLENDER ☑MEDIUM ☐ HEAVY ☐ OBESE | | | | 98 |

### 26. BLOOD PRESSURE (Arm at heart level)

### 27. PULSE (Arm at heart level)

| A. SITTING | SYS. 138 DIAS. 74 | B. RECUM-BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 74 | B. RECUMBENT PR 72 | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|---|---|---|---|---|---|

### 28. DISTANT VISION 20/15 >OU

### 29. REFRACTION

### 30. NEAR VISION

| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | BY |
|---|---|---|---|---|---|---|---|---|
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | |
|---|---|---|---|---|
| RIGHT NL LEFT NL | | OK | UNCORRECTED | |
| | | | CORRECTED | |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT NL LEFT NL | | NE | | RIGHT | LEFT |

### 39. HEARING / 40. AUDIOMETER / 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | | | | | | | | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

— WD/WN EHM

— Dental Services — 2 wks Prior → all good cleaning
& restoration required

— PPD done 7/8/03 — Results Pending Read 7-10-03

(Use additional sheets if necessary)

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Return PRO-Clinic (+) Bi-Annual H & P

### 45A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|

### 46. EXAMINEE (Check)

A ☑ IS QUALIFIED FOR    Regular Housing & Recs & Work
B ☐ IS NOT QUALIFIED FOR

### 45B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Robert E. Piotrowski, PAC | PA-C |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| | |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|
| D. Olson, MD Director | |

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|
| | |

FPI. LEX.    Printed on Recycled Paper

STANDARD FORM 88 (Rev. 10-94) BACK

000006

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 7/16/97 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME** Brown Dimetrios
**2. IDENTIFICATION NUMBER** 21534-039
**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
16134 Greenview
Detroit, MI. 48219

**5. EMERGENCY CONTACT** (Name and address of contact)
Kimberly Moore
16134 Greenview  Det, MI. 48219

**6. DATE OF BIRTH** 2/8/72
**7. AGE** 25
**8. SEX** ☐ FEMALE ☒ MALE
**9. RELATIONSHIP OF CONTACT** Wife

**10. PLACE OF BIRTH** Detroit

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP-DOJ
**12b. ORGANIZATION UNIT** FCI McKean
**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY  b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
Box 5000
Bradford, PA

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A + O

## 17. CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE (Over 40 or clinically indicated) | |
| | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | ✓ | | P. TESTICULAR | NE |
| | C. DRUMS (Perforation) | ✓ | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae)(Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS  See #531 | ✓ |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | AA. PSYCHIATRIC (Specify any personality deviation) | NE |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | N/A |
| | | | | CC. PELVIC (Females only) | N/A |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

B & C   impacted cerumen, TM not visualized.

COPY

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth)

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS  (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | 000007 |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR  F. OTHER TESTS |

MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'9" | 174 | black | brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | | | | 97.6 |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 116 DIAS. 76 | B. RECUMBENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | 29. REFRACTION | | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | | CX | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | | CX | CORR. TO | | BY |

31. HETEROPHORIA (Specify distance)

ESO    EXO    R.H.    L.H.    PRISM DIV.    PRISM CONV. CT    PC    PD

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED | |
|---|---|---|---|---|---|
| RIGHT | LEFT | (N) | | CORRECTED | |
| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT LEFT | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

1992 - Hand Fx and surgery done (R)

25 y/o, Black male
non smoker
NKDA
Hx of STD - 1991 - treated
no HIV test in the past

(Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

46. EXAMINEE (Check)
A. ☑ IS QUALIFIED FOR    Regular Duty
B. ☐ IS NOT QUALIFIED FOR

45B. PHYSICAL CATEGORY

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| M. TARR, MLP | |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| D. OLSON, M.D. | |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

*U.S. Government Printing Office: 1996 - 404-753/20080

STANDARD FORM 88 (Rev. 10-94) BACK

000008

531-110                                                    NSN 7540-00-634-4274

| MEDICAL RECORD | ANATOMICAL FIGURE |



PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate, hospital or medical facility.)    REGISTER NO. 21534-039    WARD NO.

000009

ANATOMICAL FIGURE
STANDARD FORM 531 (Rev. 4-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1



U.S. Department of Justice

Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| BROWN DEMETRIUS DUANE | 21534-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| INTAKE | 11-4-04 | FCI Raybrook |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

No medication

NKDA

Denies PAIN

COPY

### 7. HAVE YOU EVER *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
|  | ✓ | Lived with anyone who had tuberculosis |
|  | ✓ | Coughed up blood |
|  | ✓ | Bled excessively after injury or tooth extraction |
| ✓ |  | Attempted suicide |
| ✓ |  | Been a sleepwalker |

### 8. DO YOU *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
|  | ✓ | Wear glasses or contact lenses |
| ✓ |  | Have vision in both eyes |
|  | ✓ | Wear a hearing aid |
|  | ✓ | Stutter or stammer habitually |
|  | ✓ | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | ✓ |  | Scarlet fever |  | ✓ |  | Adverse reaction to serum drug |  | ✓ |  | Epilepsy or fits |
|  | ✓ |  | Rheumatic fever |  | ✓ |  | or medicine |  | ✓ |  | Car, train, sea or air sickness |
|  | ✓ |  | Swollen or painful joints |  | ✓ |  | Broken bones |  | ✓ |  | Frequent trouble sleeping |
|  | ✓ |  | Frequent or severe headache |  | ✓ |  | Tumor, growth, cyst, cancer |  | ✓ |  | Depression or excessive worry |
| ✓ |  |  | Dizziness or fainting spells |  | ✓ |  | Rupture/hernia |  | ✓ |  | Loss of memory or amnesia |
| ✓ |  |  | Eye trouble |  | ✓ |  | Piles or rectal disease |  | ✓ |  | Nervous trouble of any sort |
|  | ✓ |  | Ear, nose, or throat trouble |  | ✓ |  | Frequent or painful urination |  | ✓ |  | Periods of unconsciousness |
| ✓ |  |  | Hearing loss |  | ✓ |  | Bed wetting since age 12 |  |  |  | Have you ever had |
|  | ✓ |  | Chronic or frequent colds |  | ✓ |  | Kidney stone or blood in urine |  | ✓ |  | homosexual contact? |
| ✓ |  |  | Severe tooth or gum trouble |  | ✓ |  | Sugar or albumin in urine |  | ✓ |  | Been exposed to AIDS |
| ✓ |  |  | Sinusitis |  | ✓ |  | VD—Syphilis, gonorrhea, etc. |  | ✓ |  | Alcohol Use (Excessive) |
| ✓ |  |  | Hay Fever |  | ✓ |  | Recent gain or loss of weight |  | ✓ |  | Drug Use/Addiction |
| ✓ |  |  | Head injury |  | ✓ |  | Arthritis, Rheumatism, or Bursitis |  | ✓ |  | Marijuana |
|  | ✓ |  | Skin diseases |  | ✓ |  | Bone, joint or other deformity |  | ✓ |  | Cocaine |
|  | ✓ |  | Thyroid trouble |  | ✓ |  | Lameness |  | ✓ |  | Heroin |
|  | ✓ |  | Tuberculosis |  | ✓ |  | Loss of finger or toe |  | ✓ |  | L.S.D. |
|  | ✓ |  | Asthma |  | ✓ |  | Painful or "Trick" shoulder or elbow |  | ✓ |  | Amphetamines |
| ✓ |  |  | Shortness of breath |  | ✓ |  | Recurrent back pain |  | ✓ |  | Others: (Specify) |
| ✓ |  |  | Pain or pressure in chest |  | ✓ |  | "Trick" or locked knee |  |  |  |  |
| ✓ |  |  | Chronic cough |  | ✓ |  | Foot trouble |  |  |  | Alcohol or drug |
| ✓ |  |  | Palpitation or pounding heart |  | ✓ |  | Neuritis |  | ✓ |  | Withdrawal Problems |
| ✓ |  |  | Heart trouble |  | ✓ |  | Paralysis (include infantile) |  |  |  |  |
| ✓ |  |  | High or low blood pressure |  |  |  |  |  |  |  |  |
| ✓ |  |  | Cramps in your legs |  |  |  |  |  |  |  |  |
| ✓ |  |  | Frequent indigestion |  |  |  |  | 10. FEMALES ONLY HAVE YOU EVER |  |  |
| ✓ |  |  | Stomach, liver, or intestinal trouble |  |  |  |  |  |  |  | Been treated for a female disorder |
| ✓ |  |  | Gall bladder trouble or gallstones |  |  |  |  |  |  |  | Had a change in menstrual pattern |
| ✓ |  |  | Jaundice or hepatitis |  |  |  |  |  |  |  | ARE YOU PREGNANT |
|  |  |  |  |  |  |  |  |  |  |  | SUSPECT YOU ARE PREGNANT |

11. WHAT IS YOUR USUAL OCCUPATION?

| 12. ARE YOU (Check one) |
|---|
| ☑       ☐ |

000011

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|-----|----|----|----|----|----|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| ✓ | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un- fitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any opera- tions? (If yes, describe and give age at which occured.) | | | |
| ✓ | ✓ | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE *Demetrius Brown*

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL-STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM- ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF: YES _____ NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

*Neg TB*

*Not HIV / Hepatitis asked*

*Neg TATOOS*

*Neg IVDU*

*Neg Lice*

*Neg suicidal ideation*

*HX VD 1994*

000012

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER     K BURDO RN

DATE

SIGNATURE

NUMBER OF ATTACHED SHEETS

U.S. Department of Justice
Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Demetrius Brown A.K.A. Darris Drane Dixson | 21534-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening | JUN 19 1997 | Federal Transfer Center, OK. |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

COPY

### 7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

### 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | X | | | Adverse reaction to serum drug | X | | | Epilepsy or fits |
| | X | | Rheumatic fever | X | | | or medicine | X | | | Car, train, sea or air sickness |
| | X | | Swollen or painful joints | | | | Broken bones | X | | | Frequent trouble sleeping |
| | X | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | X | | | Depression or excessive worry |
| | X | | Dizziness or fainting spells | | | | Rupture/hernia | X | | | Loss of memory or amnesia |
| | X | | Eye trouble | | | | Piles or rectal disease | X | | | Nervous trouble of any sort |
| | X | | Ear, nose, or throat trouble | | | | Frequent or painful urination | X | | | Periods of unconsciousness |
| | X | | Hearing loss | | | | Bed wetting since age 12 | X | | | Have you ever had |
| | X | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| | X | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| | X | | Sinusitis | | X | | VD--Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | X | | Hay Fever | | X | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | X | | Head injury | | X | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | X | | Skin diseases | | X | | Bone, joint or other deformity | | X | | Cocaine |
| | X | | Thyroid trouble | | X | | Lameness | | | | Heroin |
| | X | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | X | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | X | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | X | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | | | | **10. FEMALES ONLY HAVE YOU EVER** |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

11. WHAT IS YOUR USUAL OCCUPATION?

12. ARE YOU (Check one)  X Right handed  ☐ Left handed

000013

CHECK EACH ITEM YES     O EVERY ITEM CHECKED YES MUST BE FULLY E...     NED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✗ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | C. Inability to assume certain positions. | | ✗ | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | | | |
| | ✗ | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | ✗ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.)* |
| | ✓ | 16. Have you had, or have you been advised to have, any opera-tions? *(If yes, describe and give age at which occured.)* | | ✓ | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✗ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

EXPLANATION: (#13–22 ABOVE)

*I was a patient at Grace Hospital in Detroit due to a Head Injury and a foot fracture.*

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Demetrius Brown | Demetrius Brown |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ____ TRANSFER ✗ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ___ No _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES ____ NO ✗

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____

GENERAL POPULATION ____ YES ____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

000014

| TYPED PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Russell Hood, NR-EMT-P Federal Transfer Center. OK | JUN 19 9 | | |

Federal Bureau Of Prisons

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Brown Demetrius | 21534-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| I/S | 06/30/97 | USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

COPY

| 7. HAVE YOU EVER *(Please check each item)* | | | 8. DO YOU *(Please check each item)* | | |
|---|---|---|---|---|---|
| YES | NO | *(Check each item)* | YES | NO | *(Check each item)* |
| | ✓ | Lived with anyone who had tuberculosis | ✓ | | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| | ✓ | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| | ✓ | Attempted suicide | | ✓ | Stutter or stammer habitually |
| | ✓ | Been a sleepwalker | | ✓ | Wear a brace or back support |

9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | | | Adverse reaction to serum drug | | | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | | | or medicine | | | | Car, train, sea or air sickness |
| | | | Swollen or painful joints | | | | Broken bones | | | | Frequent trouble sleeping |
| | | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | | | Dizziness or fainting spells | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| | | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| | | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | | | Been exposed to AIDS |
| | | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | | | Hay Fever | | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | 10. FEMALES ONLY HAVE YOU EVER | | | |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☑ Right handed ☐ Left handed |

000015

BP-360(60)
JANUARY 1986

| | CHECK EACH ITEM YE | NO EVERY ITEM CHECKED YES MUST BE FULLY | | | AINED IN BLANK SPACE BELOW |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | ✓ | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | | |
| | ✓ | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason for rejections.) |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)    1992   Detroit Grace Hosp.   Hand fracture RH.

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Demetrius Brown | Demetrius Brown |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS. POTENTIAL SUICIDE. APPEARANCE. CONDUCT. STATE OR CONSCIOUSNESS. RASHES. JAUNDICE. BRUISES AND/OR MARKS. SWEATING. BODY DEFORMITIES. ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE. HOW LONG. HOW MUCH. HOW OFTEN. HOW USED. WHEN WERE THEY LAST USED? HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ NO

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES _____   NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? NONE

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED N/O

GENERAL POPULATION _____ YES _____ NO

TYPE AND EXTENT OF LIMITATION N/O

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Medications         Yes ✓  No
Allergies           Yes ✓  No
Medical Complaints  Yes ✓  No
Evidence of Lice    Yes ✓  No
Hx of IV Drug Use   Yes ✓  No
Suicidal Thoughts   Yes ✓  No

I/M Request no pork diet.

000016

| TYPED OR PRINTED NAME OF EXAMINER | | DATE | SIGNATURE | | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|---|---|
| platin Hilletework, PA | | 06/30/97 | p. Hilm PA | | |

REVERSE

SN 7540-00-634-4176                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

3/2/05
0930

**ANNUAL FOOD HANDLER'S EXAMINATION**

S)    Any symptoms or history of:

1:   Acute or chronic inflammatory conditions of the respiratory system (active TB, cough, etc)?

☐ Yes    ☒ No

2:   Acute or chronic infections, skin diseases, open sores?

☐ Yes    ☒ No

3:   Acute or chronic intestinal infections (diarrhea, etc.)?

☐ Yes    ☒ No

4:   Any communicable diseases (HIV, Hepatitis B, Hepatitis C, etc.)?

☐ Yes    ☒ No

Explain any yes answer to the above questions:

O)    Blood Pressure: 110/78    Pulse: 64    Wt 190    Temp: 98

Pertinent, exam including: ENT, lungs, heart, abdomen and skin. WNL

A)    healthy male

P)    (Cleared) / Not Cleared  for Food Service work.        P Liberty

D. Marini, M.D.
Clinical Director

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) Brown Demetrius | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 21634-039 | 000017 |

FEDERAL CORRECTIONAL INSTITUTION
PO BOX 300
RAY BROOK, NEW YORK 12977-0300

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)
DATE
Case 1:04-cv-00379-SJM-SPB     Document 51-11     Filed 01/03/2008     Page 19 of 23

| DATE | |
|---|---|
| 10/25/05 | S c/o cold on ↑ l.p x 1 week. und hyperpigmentation |
| 1400 | ® zygomatic area of face p "blackhead burst" |
| | O 37y/o AA ♂ NAD |
| | ® zygomatic area concur hyperpigmentation |
| | ⁻ distinct edges. No raised area, no acne |
| | noted. (Will cont to monitor) |
| | HSV I c center cleft l.p ➙ right sup to |
| | Cleft healing, flat papule Ø drainage < 0.5mm |
| | flesh colored |
| | A HSV I |
| | Hyperpigmentation lesion |
| | P Education - above ——— E. HUGHES, APRN, BC-FNP [signature] |
| | PRN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 11-15-04 1035 | BP-149 RECEIVED AND REVIEWED AT FCI, RAY BROOK, NY ON 11-4-04 *S Kieffer* S. Kieffer, MRT |
| | *DM*  D. Marini, M.D. **Clinical Director** |
| 3/11 05 1035 | (S) Staph exposure  (O)pen / open wounds  *Denies* (O) No wounds present (A) s/p staph exposure (P) No xa needed  F/U if any type of wound form  educated + pl—  Bradley R. Cink, PA-C |
| 3.1.05 1034 | SCHEDULED FOR F/S Physical per request 3/2/04 @ 0730 *T Root, Med Secretary* T. Root Med. Secretary |

| HOSPITAL OR MEDICAL FACILITY | | STATUS | | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.  21534-039     WARD NO.

Brown, Demetrius

FEDERAL CORRECTIONAL INSTITUTION
PO BOX 300
RAY BROOK, NY 12977

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record     **000019**
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1     USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|



STANDARD FORM 600 (REV. 8-97) BACK

000020

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/9/03 08:20hr | 31 y/o AA ♂ Bi Annual H/P̄ē |
| | VS's 138/74, 74, 12 & 98² F |
| | Denies c/o or S's since last H/P̄ 7/16/97 |
| | See Form H/P̄ē   Robert E. Piotrowski, PA-C |
| | R̄ḡ E̅G̅ith, PA-C          FCI McKean |
| | |
| 7/9/03 08:20hr | Admin. Note° — PPD done 7/8/03 |
| | Reading Pending Readg. 7/10/03 |
| | |
| | R̄ḡ G̅ith, PA-C |
| | Robert E. Piotrowski, PA-C |
| | FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 21534-039   WARD NO.

Brown, Demetrius   21534-039

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

