NSN 7540-00-634-4176                                                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**7-8-97**
**1000**

Intake screenings
No change in Medical status.
denies suicidal thoughts
No Meds

NOSSAM GEORGY, FMG, PA

**7/14/97**
**0755**

(S) Fungal infec. in the Toe and nail
(O) Fungal infec. of the nail
(A) Fungal infec.
(P) Anti fungal cream 1/2 to be applied Bid
     Ref. X 2
     Pt. was educated about foot hygiene he
     understand

PATIENT EDUCATION
  Dosing
  Special Instructions
  Gelting to CMO

W Hammard, Ph P

**7/16/97**
**0915**

Physical exam done, PPD, Tetanus inj (done)
                                                given

M. TARR, MLP

**7/19/97**
**1830**

See injury report

W Hammard, Ph P

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:  ▶

FCI McKEAN HEALTH SERVICES

PATIENT'S NAME *(Last, First, Middle initial)*
Brown Demetrius

SEX

RELATIONSHIP TO SPONSOR          STATUS

RANK/GRADE

**000023**

SPONSOR'S NAME                                         ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.
                  21534-039

DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT *(Sign each entry)*

4/5/01

H/O ⟶ Admit H/H

c̄ H/O Depression & PTSD, put in psych clinic

D. Olson, MD
Clinical Director

000024

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 09/13/04 1007 hrs | P: *Advised patient o/ assessment and patient understands.* | *[signature]* William K. Collins, D.D.S. CDO FCI McKean |

*Continued On Reverse Side*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade, rate, hospital or medical facility)

Brown, Demetrius

REGISTER NO. 21534-039

WARD NO.

FCI McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/85)

000025

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |
|      |                                |           |

FCI McKean

000026

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| Examination: ☐ Screening ☒ Comprehensive ☐ Periodic | Occlusion Class I |
|---|---|

Oral Hygiene

Good    (Fair)    Poor

CPITN

| 3 | 2 | 3 |

Head & Neck/Soft Tissue

STWUL

Additional Findings

# 9 class III
Mobility
Hx of injury

D: ___
M: ___
F: ___

**Treatment Completed**

RIGHT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
LEFT

**Recommended Treatment Plan**

☒ Radiographs 9-9-01
PA # 9        JSVBWx4

☒ Dental Prophylaxis
☒ Oral Hygiene Instruction 9-9-04

☐ Periodontal Evaluation  O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative    COPY

☐ Prosthodontic Evaluation

Patient Name    Number    Sex: M F    Age:
Brown,          21531-039              32
  Demetrius                          2-8-72

FCI McKean

Dentist Signature    Date
W. K. Collins, DDS    99-04
CDO  000027
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 8-19-04 1000hrs | | SOA: Pt care pt |
| | | P: Comp HH, soft tissue exam, assessment, VBW-4. Pt presents w/ #9 class III mobility, and localized recession on #9. Hx of injury PA of #9 talon. Pt scheduled to see ~~see~~ Dr. Collins for review of PAX. Pt ~~presd~~ presents w/ heavy calc + stain throughout. Ultrasonic Q1-4. Selective ~~hand~~ scale, polish, OHI, NCxT. Comp exam |
| | | J Schroll RDH |
| | | J.L. Schroll RDH |
| | | FCI McKean |
| | | W. K. Collins, DDS |
| | | CDO |
| | | FCI McKean |
| 09/13/04 1007 hrs | | S - "I was playing basketball in 1997 and was hit in the mouth with an elbow." |
| | | Pt I: 8/10 |
| | | O: Health rev'd. NKDA |
| | | Pt referred by D.H. re: Mobility of #09 |
| | | #09 Injured in 1997 |
| | | #09, +2 Mobility, ⊖ Night pain, ⊖ Pain on Chewing, ⊕ Sweets, ⊕ Hot/Cold; ⊖ Caries |
| | | PAX. Bone loss around #09 on D. |
| | | A: #09 Periodontal disease; poor root configuration (cone shaped); poor prognosis |
| | | William K. Collins, D.D.S. |
| | | CDO |
| | | FCI McKean |

nguage template provided in Spanish _____ , or _English_

| | | | |
|---|---|---|---|
| Are your currently taking any medic____on?<br>If so, what? _NO_ | _____ | YES | X NO |
| Are you allergic to or have you had a reaction to any medication or drug?<br>If so, what? _____ | _____ | YES | X NO |
| Have you been under the care of a physician during the past two years?<br>If so, why? _____ | _____ | YES | X NO |
| Have you been hospitalized in the past two years?<br>If so, why? _____ | _____ | YES | X NO |
| Do you have or have you ever had a heart murmur or been treated for a heart condition? | _____ | YES | X NO |
| Have you ever been treated for a tumor, growth, or cancer? | _____ | YES | X NO |
| Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | _____ | YES | X NO |
| Do you have a latex allergy? | _____ | YES | X NO |
| Do you currently use tobacco products?  O | _____ | YES | X NO |
| WOMEN ONLY: Are you pregnant? | _____ | YES | NO |

ck any of the following that you have had:

| | | |
|---|---|---|
| ___ Congenital heart defects | ___ Arthritis | ___ Epilepsy or seizures |
| ___ Heart attack or heart problems | ___ Artificial heart valve | ___ Diabetes |
| ___ Stroke | ___ Hepatitis (☐A ☐B ☐C) | ___ AIDS or HIV infection |
| ___ Rheumatic fever | ___ Any type of transplant | ___ Emphysema |
| ___ Mitral Valve Prolapse | ___ Steroid treatment | ___ Tuberculosis (TB) |
| ___ Anemia (blood problems) | ___ Sickle Cell Anemia | ___ Psychiatric treatment |
| ___ Thyroid problems | ___ Angina | ___ Artificial joint |
| ___ Chronic bronchitis | ___ High blood pressure | ___ Radiation therapy |
| ✓ STD (syphilis, gonorrhea, herpes) | ___ Heart pacemaker | ___ Asthma |
| ___ Angio edema | ___ Glucose – 6-phosphate dehydrogenase deficiency | |

you have any disease, condition, or problem not listed? _____
ck any of the following that you have had or applies to you:

| | | |
|---|---|---|
| ✓ Sensitive teeth | ___ Unusual sounds while eating | ___ Burning tongue |
| ___ Bleeding gums | ___ Snoring | ___ Bad breath |
| ___ Food impaction | ___ Blisters on lips or mouth | ___ Decayed teeth |
| ___ Pain around ear | ___ Clenching or grinding | ✓ Loose teeth |
| ___ Tooth ache | ___ Swelling or lumps in mouth/throat | ___ Wear dentures |
| ___ Wear partial dentures | | |

| | | |
|---|---|---|
| nted Name: _Demetrius Brown_ | Signature: | _Demetrius Brown_ |
| No.: _21534-039_ | Institution: | FCI McKean |
| e: _9/9/04_ | Updated: | |

s form may be replicated via WP)

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☑ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|



Occlusion
Class I  edge - edge #10 + #23
open bite #7 + #27

Oral Hygiene
Good    (Fair)    Poor

CPITN

| 2 | 2 | 2 |
|---|---|---|
| 2 | 2 | 2 |

Head & Neck/Soft Tissue

STWNL

Additional Findings

Scars : above ® eye
beside ® eye
below ® ear
on bridge of nose

D: 1
M: 0
F: 2

TBA : #3, #4, #5, #8, #12, #13, #1
#20, #21, #22, #23, #24, #25
#26, #27, #28, #29, #30, #3

---

| Treatment Completed | Recommended Treatment Plan |
|---|---|



☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation   0   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative
#2 0

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: (M) F | Age: 31 |
|---|---|---|---|
| Brown, Demetrius | 21534-039 | | 2/08/72 |

Dentist Signature _____  Date 6/25/03
W. K. Collins, DDS
CDO
FCI McKean

000030

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6/25/03 10:20 hrs | | A&O Exam, Health History reviewed. Sick call and call-out procedures explained. |
| | | J.L. Batista, RDH FCI McKean        W. K. Collins, DDS CDO FCI McKean |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

September 15, 1996
Attachment IV-E, Page 1

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                              yes (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?                               yes (no)

   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____               yes (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____                        yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                               yes (no)

6. Do your ankles ever swell during the day?                            yes (no)

7. Have you ever been treated for a tumor or growth?                    yes (no)

8. Have you ever had abnormal bleeding?                                 yes (no)

9. Have you ever had serious difficulty with any
   dental treatment?                          Rt Side                   yes (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                             (yes) no

Circle any of the following that you have had:                    COPY

Congenital heart defects                Heart murmur
Heart attack or heart problems          Angina
Stroke                                  High Blood pressure
Rheumatic Fever                         Heart pacemaker
Asthma                                  Epilepsy or seizures
Anemia (blood problems)                 Diabetes
Thyroid problems                        AIDS or HIV infection
Chronic bronchitis                      Emphysema
Venereal disease (syphilis, gonorrhea)  Tuberculosis (TB)
Arthritis                               Psychiatric treatment
Artificial heart valve                  Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                         yes (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?        No

Name: _Demotius Brown_____      Reg No. _21534-039_____

Institution: _FCI McKean_____   Date: _6/25/03_____    000032

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination:   ☐ Screening   ☑ Comprehensive   ☐ Periodic

| Occlusion | WNL |
|---|---|

Oral Hygiene
(Good)     Fair     Poor

| CPITN | | | |
|---|---|---|---|
| | / | / | / |
| | / | 2 | 2 |

Head & Neck/Soft Tissue

STWNL

Additional Findings

D: ◯
M: 3
F: ◯

COPY

RIGHT  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Treatment Completed

RIGHT  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☑ Radiographs
BWS 12-1-97

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction     12-1-97

☐ Periodontal Evaluation   0   I   II   III
                        12-2-97

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: Ⓜ F | Age: 25 |
|---|---|---|---|

Brown, Demetrius
21534-039
FCI McKean

Dentist Signature                     Date
W. M. Harris                  12-1-97

000033

## Federal Bureau of Prisons Clinical Dental Records

| 1330 Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 12-1-97 | | Comp. Ext Am, OHI, ML-Mx-Ev., BWS, Prophy, TX. Complete, TX. plan revl, 1 Sti-Cinder> told Pus F. *[signature]* |
|  |  |  |

000034

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☒ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion *WNL*

Oral Hygiene  (Good)   Fair   Poor

CPITN  / 1 / 1 / / 2 /

Head & Neck/Soft Tissue  *STWNL*

Additional Findings
D: 0
DN: 2
M: 2
F: 0

COPY

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

**Recommended Treatment Plan**
☑ Radiographs  *B W S*
☑ Dental Prophylaxis
☑ Oral Hygiene Instruction
☑ Periodontal Evaluation  O  I  (II)  III  *7-16-97*
☐ Oral Surgical Procedures
☐ Endodontic
☐ Restorative
☐ Prosthodontic Evaluation

Patient Name        Number        Sex: (M) F   Age: 25
Brown, Demetrius
21534-039
FCI McKean

Dentist Signature        Date  7-16-97

000035

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|-----------|---|--------------------------------|
| 7-16-97 | | A & Q EXAM, OHI, HL. HX. REV., S. C and F.C. REV. — Pt understood inst |
| | | David Harris RDS |
| | | VID HARRIS, D.D.S |
| | | HIEF DENTAL OFFICER |

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 1

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes  (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?                      yes  (no)
   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____             yes  (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____               yes  (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                      yes  (no)

6. Do your ankles ever swell during the day?                   yes  (no)

7. Have you ever been treated for a tumor or growth?           yes  (no)

8. Have you ever had abnormal bleeding?                        yes  (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                           yes  (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?              yes  (no)

Circle any of the following that you have had:

| | |
|---|---|
| Congenital heart defects | Heart murmur |
| Heart attack or heart problems | Angina |
| Stroke | High Blood pressure |
| Rheumatic Fever | Heart pacemaker |
| Asthma | Epilepsy or seizures |
| Anemia (blood problems) | Diabetes |
| Thyroid problems | AIDS or HIV infection |
| Chronic bronchitis | Emphysema |
| Venereal disease (syphilis, gonorrhea) | Tuberculosis (TB) |
| Arthritis | Psychiatric treatment |
| Artificial heart valve | Artificial joint |
| Hepatitis | |

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                              yes  (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Reviewed

000037

Name: _____     Reg No. _____

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

COPY

Brown, Demetrius
21534-039

FCI MCKEAN HEALTH SVC.

97 JUL 16  AM 9: 38

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA  16701

FCI MCKEAN HEALTH SVC.

97 JUL 18  PM 3: 03

**SEROLOGY**

URGENCY

☐ ROUTINE
☐ TODAY
☐ STAT

PATIENT STATUS

☐ BED    ☐ AMB
☑ OUTPATIENT
☐ NP      ☐ DOM

SPECIMEN SOURCE

☐ BLOOD
☐ OTHER (Specify)

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID. NO. |
|---|---|---|---|---|
| D. Olsen | S Czekai (TECH) | | 7/18/97 | |

S. CZEKAI, MED. TECH.

SEROLOGY

BRADFORD, PA  16701

Sysmex

Baxter

Baxter Healthcare Corporation

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. 21534-039 | WARD NO. |
|---|---|---|

LABORATORY REPORTS
Standard Form 511

000038

COPY

Brown, Demetrius
21534-039

FCI MCKEAN HEALTH SVC.

97 JUL 16 AM 9:38

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701

FCI MCKEAN HEALTH SVC.

97 JUL 16 PM 12:37

| SPECIMEN/LAB RPT NO | | |
|---|---|---|
| URINALYSIS | PATIENT STATUS | |
| URGENCY | ☐ BED | ☐ AMB |
| ☐ ROUTINE | ☒ OUTPATIENT | |
| | | ☐ DOM |
| ☐ PRE-OP | SPECIMEN SOURCE | |
| ☐ FINAL | ☐ ROUTINE | |
| | ☐ OTHER (Specify) | |

PATIENTS MED. RECORD

Enter in above space     PATIENT IDENTIFICATION---TREATING FACILITY---WARD NO.---DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID NO. |
|---|---|---|---|---|
| D. Olson | S. Czekai (tech) | | 7/16/97 | |

REMARKS

S. CZEKAI, MED. TECH.

URINALYSIS

Baxter

BRADFORD, PA 16701

Baxter Healthcare Corporation

Sysmex

ATTACH ALL TEST REPORTS TO THIS SHEET.

PATIENT'S IDENTIFICATION [For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility]

| REGISTER NO. | WARD NO. |
|---|---|
| 21534-039 | |

LABORATORY REPORTS
Standard Form 514
Prepared by GSA/CMD
FPMR (41 CFR) 201-45.505
October 1975        514-108

000039

COPY

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE ↑

Brown, Demetrius
21534-039
FCI MCKEAN HEALTH SVC.
97 JUL 16 AM 11:22

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701

7/16/97

S. CZEKAI, MED TECH.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 21534-039 | |

LABORATORY REPORTS
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975          514-108

000040
1996 O – 169-817

Sysmex

Baxter

Baxter Healthcare Corporation

PATIENT IDENTIFICATION (For typed or written entries give:
Name — last, first, middle, Medical Facility)

AGE | SEX | SSN (Sponsor)
25 | M |

21534-039

Brown  Demetrius

2-8-72

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

CXR

| REQUESTED BY | | TELEPHONE NO. |
|---|---|---|
| | HUBER | |

LOCATION OF MEDICAL RECORDS

| FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|
| | | ☐ YES   ☐ NO |

SPECIFIC REASON(S) FOR REQUEST  (Complaints and findings)
T.B. SCREENING

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 6/15/97 | | |

RADIOLOGIC REPORT

MATT THOMPSON, RT
FEDERAL TRANSFER CENTER, OKC

COPY

| SIGNATURE | LOCATION OF RADIOLOGIC FACILITY |
|---|---|

1 — MEDICAL RECORD

RADIOLOGIC CONSULTATION REQUEST/REPORT
*U.S. GOVERNMENT PRINTING OFFICE: 1996-414-367

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

THANK YOU FOR REFERRING THIS PATIENT

000041

-10C08650

DR. _____

 

**HILLCREST HEALTH CENTER**
2129 S.W. 59th
Oklahoma City, Oklahoma 73119
(405) 680-2181
**X-RAY REPORT**

FEDERAL TRANSFER CENTER

XR. NO. 21534-039

| | |
|---|---|
| STATUS | |
| NAME | AGE |
| BROWN, DEMETRIUS | 25   M |
| ADDRESS: | DATE |
| | 06/19/97 |
| | ADMIT#: |
| DIAGNOSIS: | SSN#:      —   — |
| PHYSICIAN | |
| LAWRENCE HUBER, D.O. | |

REPORT:

**CHEST:**  This survey demonstrates the pulmonary and cardiovascular structures to be within normal limits. Thoracic cage is symmetrical bilaterally, and free of gross pathology.

**IMPRESSION:**   Unremarkable chest survey.

*LF Huber*
*6/31/97*

THANK YOU FOR REFERRING THIS PATIENT

000042

Pharmacy Services
1 McKEAN, PA 16701                814-362-8900

400056853      Dr. D. OLSON        07/14/97
OWN,DEMETRIUS D.                   21534-039
PLY TWICE A DAY ( PA MAHANDI )


NAFTATE 1% TOPICAL CREAM         #1
               2 REFILLS       EXPIRES 10/12/97



COPY



CI McKean
.O. Box 5000
radford, PA 16701

NAME: Brown, Demetrius        REG. NO.: 21534-039

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution FCI McKEAN | 2. Name of Injured BROWN THOMAS | 3. Register Number 421 34-061 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment 1B | 6. Date and Time of Injury 9/19/97  1820 |
| 7. Where Did Injury Happen (Be specific as to location) unicor | Work Related? ☐ Yes ☑ No | 8. Date and Time Reported for Treatment 9/19/97  1830 |

9. Subjective: (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

Scraping a board with putty Knife & Slipt & went into my hand

*Thomas Brown*
Signature of Patient

10. Objective: (Observations or Findings from Examination)

0.5 Cm superficial wound a scratch like

X-Rays Taken ____  Not Indicated ____
X-Ray Results

11. Assessment: (Analysis of Facts Based on Subjective and Objective Data)

Superficial wound

12. Plan: (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

1. apply Butterfly and Band Aid after cleaning the wound

13. This Injury Required:
☑ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician's Assistant

D. OLSON, M.D.
CLINICAL DIRECTOR

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)

Self Carboned Form – If ballpoint pen is used, PRESS HARD

000044