**EXHIBIT A**

**Orders on Motions**
1:04-cv-00379-SJM-SPB BROWN v. U.S. JUSTICE DEPARTM, et al

U.S. District Court

Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from lrw, entered on 10/26/2005 at 2:11 PM EDT and filed on 10/26/2005
**Case Name:**        BROWN v. U.S. JUSTICE DEPARTM, et al
**Case Number:**    1:04-cv-379
**Filer:**
**Document Number:** 32

**Docket Text:**
ORDER granting [14] Motion to Amend/Correct. It is further ORDERED that the Clerk of Court correct the docket sheet to reflect that the Bureau of Prisons Medical Director is sued as a defendant. It is further ORDERED that the Clerk of Court mail four copies of the "Process Receipt and Return" (USM 285) form to Plaintiff. The docket should reflect the date upon which the forms are mailed to Plaintiff. It is further ORDERED that Plaintiff shall return the signed and completed forms for service on Defendant Lamanna in Bradford, PA., and for service on Dr. Newton E. Kendig, Medical Director. The forms should be sent directly to the U.S. Marshal Service within five business days of receipt. It is further ORDERED that the U.S. Marshal is directed to mail a copy of the complaint, amended complaint, summons and this order to Defendant Lamanna and Defendant Kendig, Medical Director, as directed by Plaintiff. The U.S. Marshal is directed to mail a copy of the complaint, summons, and this order to the U.S. Attorney's office and the U.S. Attorney General pursuant to Rule 4(i). Costs shall be advanced by the United States. Signed by Judge Susan Paradise Baxter on 10/26/05. (lrw)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=10/26/2005] [FileNumber=133716-0
] [a5392f141885a4d443946bde9aa58ecf4ffb998ac1e01ab6753dd7058b7fb57d8d2
2a3de0da29f0d01764c04b4831a6ea0a76e98ddbd948f90ff0a8c3fb0d401]]

**1:04-cv-379 Notice will be electronically mailed to:**

**1:04-cv-379 Notice will be delivered by other means to:**

DEMETRIUS BROWN
21534-039
FCI Raybrook
P.O. Box 9001
Raybrook, NY 12977