**EXHIBIT B**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>DEMETRIUS BROWN | COURT CASE NUMBER<br>1:04-cv-379E |
|---|---|
| DEFENDANT<br>UNITED STATES ATTORNEY | TYPE OF PROCESS<br>SUMMONS |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | United States Attorney |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>United States Attorney for the Western District of Pennsylvania<br>100 State Street, Erie, PA. 16507 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Demetrius Brown<br>Reg. No. 21534-039<br>FCI RayBrook<br>P.O. Box 9001<br>RayBrook, NY. 12977 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold  The Defendant is hereby summoned and required to serve upon Plaintiff, Demetrius Fold Brown, whose address is stated above, an answer to the complaint which is herewith served upon you within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The nature of this action is a Tort Claim for personal injuries suffered due to ETS in which relief is for ten million dollars; filed with the Clerk of Court for the Western District of Pennsylvania

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/21/05 |
|---|---|---|---|
| *Demetrius Brown* | | | |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date / Time ☐ am ☐ pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Cert 9842 5030 04710  12-6-05

12/29/05 RETURNED TO COURT UNEXECUTED - RETURN TO SENDER/FORWARD TIME EXP - PER ATTACHED COPY OF ENVELOPE

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

7160 3901 9842 8020 4710

RETURN RECEIPT REQUESTED

UNITED STATES ATTORNEY

UNIT100 165072061 1804 04 12/09/05
FORWARD TIME EXP RTN TO SEND
:US ATTORNEYS OFFICE
17 S PARK ROW RM A310
ERIE PA 16501-1158

RETURN TO SENDER

2. Article Number

7160 3901 9842 8020 4710

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

LINE 1•

UNITED STATES ATTORNEY
100 STATE STREET
ERIE, PA. 16507

4-379E,0/7,12/ /05,SRB

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2003 Domestic Return Receipt

Thank you for using Return Receipt Service

FOLD AND TEAR HERE
