IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )   C.A. No. 04-379 Erie |
| U.S. JUSTICE DEPT. et. al.,<br>    Defendant. | )<br>)<br>) |

ORDER

**AND NOW,** this _____ day of January, 2006,

**IT IS HEREBY ORDERED,** that Plaintiff's PETITION TO EXTEND TIME TO EFFECT NEW SERVICE UPON DEFENDANT- UNITED STATES Attorney, in the civil action number 04-379 Erie is hereby GRANTED.

**IT IS FURTHER ORDERED,** that the UNITED STATES Marshals Service shall be directed to Effect New Process/Summons personally upon the UNITED STATES Attorney for the Western District of Pennsylvania at 100 State Street, Erie, Pennsylvania 16507.

**IT IS FURTHER ORDERED,** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: United States Marshals
    Megan E. Farrell