```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                      ERIE DIVISION
```

```
DEMETRIUS BROWN,               )
        Plaintiff,             )
                               )
                               )
     v.                        )    C.A. No. 04-379 Erie
                               )
U.S. JUSTICE DEPT. et. al.,    )
        Defendants.            )
```

ORDER

**AND NOW,** this _____ day of January, 2006,

**IT IS HEREBY ORDERED,** that Plaintiff's MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY, MOTION TO STRIKE DEMAND FOR TRIAL BY JURY, AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, in the civil action number 04-379 Erie is hereby GRANTED.

**IT IS FURTHER ORDERED,** that Plaintiff shall have until February 6, 2006 to respond to Defendants' Motion for Substitution of Party, Motion to Strike Demand for Trial by Jury, and Motion to Dismiss, or in the alternative, Motion for Summary Judgment, in the civil action number 04-379 Erie.

**IT IS FURTHER ORDERED,** that the parties are allowed ten (10) days from this date to appeal this order to a district judge

pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: Megan E. Farrell
    Demetrius Brown