IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>  Plaintiff,<br><br>  v.<br><br>U.S. JUSTICE DEPT. et. al.,<br>  Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 04-379 Erie<br>)<br>)<br>) |

ORDER

**AND NOW,** this \_\_\_\_ day of February, 2006,

**IT IS HEREBY ORDERED,** that Plaintiff's MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY, MOTION TO STRIKE DEMAND FOR TRIAL BY JURY, AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, in the civil action number 04-379 Erie is hereby GRANTED.

**IT IS FURTHER ORDERED,** that Plaintiff shall have until February 14-17, 2006 to respond to Defendants' Motion for Substitution of Party, Motion to Strike Demand for Trial by Jury, and Motion to Dismiss, or in the alternative, Motion for Summary Judgment, in the civil action number 04-379 Erie.

**IT IS FURTHER ORDERED,** that the parties are allowed ten (10) days from this date to appeal this order to a district judge

pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: Megan E. Farrell
    Demetrius Brown