IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DEMETRIUS BROWN,            )
    Plaintiff,            )
                           )
                           )
    v.                     )   Civil Action No. 04-379E
                           )
U.S. JUSTICE DEPARTMENT,    )
BUREAU OF PRISONS, FCI MCKEAN, )
WARDEN JOHN J. LAMANNA,      )
REGIONAL DIRECTOR D. SCOTT   )
DODRILL, MEDICAL DIRECTOR    )
NEWTON E. KENDIG, DIRECTOR   )
HARLEY G. LAPPIN,            )
    Defendants.           )

ORDER

    **AND NOW,** this _____ day of February, 2006,

    **IT IS HEREBY ORDERED THAT,** THE Defendants' Motion to Dismiss Or, in the Alternative, Motion for Summary Judgment is **DENIED.**

    **IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                   /s/

cc: All parties of record