IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,  )  Plaintiff,  ) ) ) v.  ) ) U.S. JUSTICE DEPARTMENT,  ) BUREAU OF PRISONS, FCI MCKEAN,  ) WARDEN JOHN J. LAMANNA,  ) REGIONAL DIRECTOR D. SCOTT  ) DODRILL, MEDICAL DIRECTOR  ) NEWTON E. KENDIG, DIRECTOR  ) HARLEY G. LAPPIN,  )  Defendants.  ) | Civil Action No. 04-379E |

ORDER

**AND NOW,** this _____ day of February, 2006,

**IT IS HEREBY ORDERED THAT,** the Defendants' Motion to Strike Demand for Trial by Jury is **DENIED.**

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: All parties of record