IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DEMETRIUS BROWN,                    )
    Plaintiff,                     )
                                    )
                                    )
    v.                             )   Civil Action No. 04-379E
                                    )
U.S. JUSTICE DEPARTMENT,            )
BUREAU OF PRISONS, FCI MCKEAN,      )
WARDEN JOHN J. LAMANNA,             )
REGIONAL DIRECTOR D. SCOTT          )
DODRILL, MEDICAL DIRECTOR           )
NEWTON E. KENDIG, DIRECTOR          )
HARLEY G. LAPPIN,                   )
    Defendants.                    )

ORDER

**AND NOW,** this _____ day of February, 2006,

**IT IS HEREBY ORDERED THAT,** the Defendants' Motion for Substitution of Parties is **DENIED** as **MOOT**

**IT IS FURTHER ORDERED THAT,** substitution of the Defendants- United States Justice Department, Bureau of Prisons, FCI McKean, and other Defendants- John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin, in their official capacities is **MOOT** by JOINDER OF PARTIES.

**IT IS FURTHER ORDERED THAT,** substitution of the Defendants- John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin, is **MOOT** by JOINDER OF CLAIMS under "Bivens" in Defendants individual capacities for violations under the Constitution.

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: All parties of record