IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

```
DEMETRIUS BROWN,                    )
        Plaintiff,                  )
                                    )
                                    )
        v.                          )   Civil Action No. 04-379E
                                    )
U.S. JUSTICE DEPARTMENT,            )
BUREAU OF PRISONS, FCI MCKEAN,      )
WARDEN JOHN J. LAMANNA,             )
REGIONAL DIRECTOR D. SCOTT          )
DODRILL, MEDICAL DIRECTOR           )
NEWTON E. KENDIG, DIRECTOR          )
HARLEY G. LAPPIN,                   )
        Defendants.                 )
```

ORDER

**AND NOW,** this _____ day, February, 2006,

**IT IS HEREBY ORDERED THAT,** Plaintiff's MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS FOR RETALIATION IS **GRANTED.**

**IT IS FURTHER ORDERED THAT,** the Defendants, their agents, employees, successors in interest and all other persons in active concert or participation with them, **SHALL NOT** and **IS HEREBY PROHIBITED** from harrassing, threatening, punishing, or retaliating in any way against Plaintiff because he filed this action or against any other prisoners because they submitted affidavits in this case on behalf of Plaintiff, or to transfer Plaintiff to any other institution, without his expressconsent, during the pendency of this action.

**IT IS FURTHER ORDER THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc:All parties of record