IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DEMETRIUS BROWN,                      )
        Plaintiff,                    )
                                      )
                                      )
        v.                            )    Civil Action No. 04-379E
                                      )
U.S. JUSTICE DEPARTMENT,              )
BUREAU OF PRISONS, FCI MCKEAN,        )
WARDEN JOHN J. LAMANNA,               )
REGIONAL DIRECTOR D. SCOTT            )
DODRILL, MEDICAL DIRECTOR             )
NEWTON E. KENDIG, DIRECTOR            )
HARLEY G. LAPPIN,                     )
        Defendants.                   )
```

## MOTION FOR JOINDER

**COMES NOW,** DEMETRIUS BROWN, herein as Plaintiff, proceeding Pro-Se, hereby moves this Honorable Court, the United States District Court for the Western District of Pennsylvania for Joinder of Claims and Parties pursuant to Federal Rules of Civil Procedure, Rules 17, 18, and 19. In support, Plaintiff affirms that;

1. Plaintiff intended to join the claim under Bivens v. Six Unknown Named Agents with the claim under the Federal Tort Claims Act, against the Defendants- United States Justice Department, Bureau of Prisons, FCI McKean, Warden John J. LaManna, Regional Director D. Scott Dodrill, Medical Director Newton E. Kendig, and Harley G. Lappin.

2. Plaintiff intended both official and personal liabilities against John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin. See **Motion with leave to Second Amend Complaint**.

3. Plaintiff intended to join the parties John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin each in their individual capacities with the United States Justice Department, Bureau of Prisons, and FCI McKean each in its official capacity but, substituted for the United States. See **Motion to Amend Complaint Correcting Typographical Error and Adding Cure to Jurisdictional Deficiency**.

4. Plaintiff intended to join John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin each individually with the United States, the real party in interest to the U.S. Justice Department, Bureau of Prisons, and FCI McKean.

**WHEREFORE,** Plaintiff request the Court to Grant Joinder, both of claims and parties, as intended by Plaintiff above.

I, <u>DEMETRIUS BROWN</u>, hereby affirm and declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

2/6/06
Dated

*Demetrius Brown*

cc: Megan E. Farrell