```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                        ERIE DIVISION
```

```
DEMETRIUS BROWN,                  )
        Plaintiff,                )
                                  )
                                  )
     v.                           )    Civil Action No. 04-379E
                                  )
U.S. JUSTICE DEPARTMENT,          )
BUREAU OF PRISONS, FCI MCKEAN,    )
WARDEN JOHN J. LAMANNA,           )
REGIONAL DIRECTOR D. SCOTT        )
DODRILL, MEDICAL DIRECTOR         )
NEWTON E. KENDIG, DIRECTOR        )
HARLEY G. LAPPIN,                 )
        Defendants.               )
```

ORDER

**AND NOW,** this _____ day of February, 2006,

**IT IS HEREBY ORDERED THAT,** Plaintiff's MOTION TO JOIN CLAIMS AND PARTIES is **GRANTED.**

**IT IS FURTHER ORDERED THAT,** Plaintiff's claims under <u>Bivens v. Six Unknown Named Agents</u> shall be joined with his claims under the Federal Tort Claims Act (FTCA).

**IT IS FURTHER ORDERED THAT,** the party Defendants shall be joined- the United States, as substituted in place of the U.S. Justice Department, Bureau of Prisons, and FCI McKean with the individual defendants in their personal capacities, that being, John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin.

**IT IS FURTHER ORDER THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc:All parties of record