IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| DEMETRIUS BROWN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
|     v. | ) | Civil Action No. 04-379E |
| | ) | |
| U.S. JUSTICE DEPARTMENT, | ) | |
| BUREAU OF PRISONS, FCI MCKEAN, | ) | |
| WARDEN JOHN J. LAMANNA, | ) | |
| REGIONAL DIRECTOR D. SCOTT | ) | |
| DODRILL, MEDICAL DIRECTOR | ) | |
| NEWTON E. KENDIG, DIRECTOR | ) | |
| HARLEY G. LAPPIN, | ) | |
|     Defendants. | ) | |

ORDER

**AND NOW,** this _____ day of February, 2006,

**IT IS HEREBY ORDERED THAT,** Plaintiff's MOTION with leave TO SECOND AMEND COMPLAINT WITH JURISDICTIONAL STATEMENT ADDING INADDITION TO 'FTCA' JURISDICTION, A FEDERAL QUESTION JURISDICTION AGAINST DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES FOR A "BIVENS CLAIM" IN VIOLATION OF THE EIGHTH AND FOURTEENTH AMENDMENTS is **GRANTED.**

**IT IS FURTHER ORDERED THAT,** the United States Marshals shall **personally serve** Defendants- John J. LaManna, D. Scott Dodrill, Newton E. Kendig, and Harley G. Lappin by delivering a copy of the complaint, amended complaint and second amended complaint for answer.

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: United States Marshals
    All parties of record