IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-379E |
| | ) | |
| U.S. JUSTICE DEPARTMENT, | ) | JUDGE MCLAUGHLIN |
| BUREAU OF PRISONS, FCI MCKEAN | ) | MAGISTRATE JUDGE BAXTER |
| WARDEN JOHN J. LAMANNA, | ) | |
| REGIONAL DIRECTOR D. SCOTT | ) | Electronically Filed |
| DODRILL, MEDICAL DIRECTOR, | ) | |
| DIRECTOR HARLEY G. LAPPIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Preliminary Injunction with Affidavit to Support Against Retaliation, and the United States' Opposition to Plaintiff's Motion for Preliminary Injunction, and Motion to Cancel the Telephonic Hearing Regarding Plaintiff's Motion,

IT IS ORDERED that Plaintiff's Preliminary Injunction Motion is hereby DENIED, that the United States' Motion to Cancel the Telephone Hearing is hereby GRANTED, and that the telephonic hearing previously scheduled for Friday, March 3, 2006 at 2:00 p.m. is hereby CANCELLED.

_____, J.

cc:   All parties of record