UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff, | :<br>:<br>: |
| - v - | :    Civil Action No.04-379 (Erie) |
| UNITED STATES DEPARTMENT<br>    OF JUSTICE, et al.,<br>    Defendants. | :<br>:<br>:<br>: |

### DECLARATION OF JOYCE HORIKAWA

I, Joyce M. Horikawa, make the following declaration under penalty of perjury:

1. I am a Senior Attorney Advisor, employed by the United States Department of Justice, Federal Bureau of Prisons, at the Northeast Regional Office in Philadelphia, Pennsylvania. I have been employed in this position since approximately April 8, 2001. Pursuant to my official duties, I have access to most records maintained in the ordinary course of business at the Federal Bureau of Prisons Northeast Regional Office, including all records maintained on the Bureau of Prisons computerized data base.

2. On March 1, 2006, I accessed the computerized administrative remedy system to determine if inmate Demetrius Brown, Register Number 21534-039, exhausted his available administrative remedies regarding the following issues that he raised in the Motion for Preliminary Injunction, which was filed in the above-captioned civil action on February 17, 2006: (1) interference with Plaintiff's access to the court alleged caused by Plaintiff's transfer from the Federal Correctional Institution (FCI), McKean, Pennsylvania to FCI Ray Brook New York, during the pendency of a civil action inmate he filed in the United States Court of Appeals for the District of Columbia Circuit; (2) deliberate indifference to Plaintiff's serious health needs, caused by his transfer from FCI McKean to FCI Ray Brook, where Plaintiff is allegedly being exposed to environmental tobacco smoke (ETS); (3) interference with Plaintiff's access to the courts caused by

the failure of the Inmate Account Officer at FCI Ray Brook to withdraw funds from Plaintiff's prison account to pay court costs and fees; (4) interference with Plaintiff's access to the courts by removing from the inmate law library at FCI Ray Brook, legal materials needed for Plaintiff to pursue his legal activities; (5) interference with Plaintiff's access to the courts by failing to provide inmates with a sufficient number of typewriters, paper, staples, paper clips, whiteout, envelopes, typewriter ribbons, correction tape, and print wheels; (6) interference with Plaintiff's access to the courts by not establishing reliable hours for inmates to access the law library; and (7) interference with Plaintiff's access to the courts by failing to timely send outgoing inmate legal mail or deliver incoming inmate legal mail.

3. After a review of the computerized record inmate Brown's administrative remedy filings, I determined that he had not filed a single administrative remedy request or appeal in which he raised or appealed any of the above-listed issues.

4. Demetrius Brown's custodial history shows that on November 4, 2005, he was transferred to FCI Ray Brook, New York, where he is currently incarcerated.

5. Attached hereto, please find a true and correct copy of Inmate Public Information Data Sheet for Demetrius Brown, Register Number 21534-039.

> I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 1st day of March, 2005.

Joyce M. Horikawa
Senior Attorney Advisor
Federal Bureau of Prisons
Philadelphia, PA

-2-

```
NERH4            *           PUBLIC INFORMATION          *    03-01-2006
PAGE 001         *              INMATE DATA              *    10:19:02
                             AS OF 03-01-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 518-897-4000    FAX: 518-897-4216
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 188374WA3                      DOB/AGE....: 02-08-1972 / 34
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 08-04-2022                     PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY --------------------------
 FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
 RBK    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-04-2004 1300 CURRENT
 B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-04-2004 1300 11-04-2004 1300
 B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-04-2004 0511 11-04-2004 1300
 LEW    HLD REMOVE  HOLDOVER REMOVED             11-04-2004 0511 11-04-2004 0511
 LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 10-29-2004 1314 11-04-2004 0511
 B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-29-2004 1314 10-29-2004 1314
 B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-29-2004 0950 10-29-2004 1314
 MCK    TRANSFER    TRANSFER                     10-29-2004 0950 10-29-2004 0950
 MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-08-1997 0900 10-29-2004 0950
 S04    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-08-1997 0900 07-08-1997 0900
 S04    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-08-1997 0537 07-08-1997 0900
 LEW    HLD REMOVE  HOLDOVER REMOVED             07-08-1997 0537 07-08-1997 0537
 LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED 06-30-1997 1839 07-08-1997 0537
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-30-1997 1839 06-30-1997 1839
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-30-1997 0945 06-30-1997 1839
 OKL    HLD REMOVE  HOLDOVER REMOVED             06-30-1997 0845 06-30-1997 0845
 OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED 06-19-1997 1615 06-30-1997 0845
 1-P    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-19-1997 1715 06-19-1997 1715
 1-P    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-14-1997 0809 06-19-1997 1715
 CMS    ADMIN REL   ADMINISTRATIVE RELEASE       04-14-1997 0709 04-14-1997 0709
 CMS    A-ADMIN     ADMINISTRATIVE ADMISSION     04-14-1997 0708 04-14-1997 0709




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERH4           *         PUBLIC INFORMATION        *    03-01-2006
 PAGE 002        *            INMATE DATA            *    10:19:02
                           AS OF 03-01-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

              RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 518-897-4000    FAX: 518-897-4216
PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-04-2022 VIA GCT REL

         -------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------

COURT OF JURISDICTION............: MINNESOTA
DOCKET NUMBER....................: 4-96-CR-64(02)
JUDGE............................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED...................: 07-08-1997
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $50.00          $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO        AMOUNT:   $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 & 841(B)(1)(A)   CONSPIRACY TO DISTRIBUTE AND POSSESS
       .                         WITH INTENT TO DISTRIBUTE COCAINE

     SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:   360 MONTHS
     TERM OF SUPERVISION.............:    10 YEARS
     CLASS OF OFFENSE................: CLASS A FELONY
     DATE OF OFFENSE.................: 05-02-1996




  G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4           *        PUBLIC INFORMATION       *    03-01-2006
PAGE 003        *            INMATE DATA          *    10:19:02
                         AS OF 03-01-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

               RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 518-897-4000    FAX: 518-897-4216
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     30 YEARS
EARLIEST DATE OF OFFENSE........: 05-02-1996

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    05-23-1996    05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 459
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026


PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4              *       PUBLIC INFORMATION           *    03-01-2006
PAGE 004           *          INMATE DATA               *    10:19:02
                             AS OF 03-01-2006

REGNO..: 21534-039  NAME: BROWN, DEMETRIUS

             RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-04-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 4-96-CR-64(02)
JUDGE...........................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED..................: 07-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:  $50.00          $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO     AMOUNT:    $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1) & 18:2   AIDING & ABETTING POSSESSION WITH INTENT
       .                       TO DISTRIBUTE COCAINE - CT. 4

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     360 MONTHS
  TERM OF SUPERVISION............:      10 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC
  DATE OF OFFENSE................: 03-23-1996




        G0002         MORE PAGES TO FOLLOW . . .
```

```
   NERH4           *           PUBLIC INFORMATION          *      03-01-2006
PAGE 005 OF 005    *              INMATE DATA              *      10:19:02
                              AS OF 03-01-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                    RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 518-897-4000    FAX: 518-897-4216
-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     30 YEARS
EARLIEST DATE OF OFFENSE........: 03-23-1996

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     05-23-1996     05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 459
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026


PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```