IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BROWN )<br>    Plaintiff )<br> )<br> )    C.A. No. 04-379 Erie<br> )<br>US DEPARTMENT OF JUSTICE, et al )<br>    Defendants ) | |

### ORDER

Therefore, this <u>2nd</u> day of March, 2006;

IT IS ORDERED that Plaintiff's motion for preliminary injunction [Document # 62] is DISMISSED as moot in that Plaintiff has been transferred outside the jurisdiction of this Court.

IT IS FURTHER ORDERED that the hearing on the motion scheduled for March 3, 2006 is canceled.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

<u>S/ Susan Paradise Baxter</u>
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE