IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BROWN,      ) | |
|     Petitioner,      ) | |
| ) | |
| Vs.      ) | Civil Action No. 04-379 Erie |
| ) | |
| U.S. JUSTICE DEPT., et. al.,      ) | |
|     Respondent.      ) | |
| ) | |

**O R D E R**

AND NOW, to wit, this  15th  day of March, 2006, the Court having reviewed the Petitioner's Appeal filed March 14, 2006

IT IS HEREBY ORDERED that the Magistrate Judge's Order dated March 2, 2006 is hereby AFFIRMED.

                                                  S/Sean J. McLaughlin
                                                  Sean J. McLaughlin,
                                                  United States District Judge

cc: parties of record. nmk
    Magistrate Judge Baxter