# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-379E |
| | ) | |
| U.S. JUSTICE DEPARTMENT, | ) | JUDGE MCLAUGHLIN |
| BUREAU OF PRISONS, FCI MCKEAN | ) | MAGISTRATE JUDGE BAXTER |
| WARDEN JOHN J. LAMANNA, | ) | |
| REGIONAL DIRECTOR D. SCOTT | ) | Electronically Filed |
| DODRILL, MEDICAL DIRECTOR, | ) | |
| DIRECTOR HARLEY G. LAPPIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Response to Plaintiff's Motion for Joinder and Motion to Amend/Correct, and Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion, and any response thereto,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and that Defendants shall file their responsive pleading and/or dispositive motion to Plaintiff's Second Amended Complaint in the above-captioned action on or before May 8, 2006.

_____, J.

cc:    All parties of record