IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,         )<br>　　　Plaintiff,        )<br>                          )<br>                          )<br>    v.                    )<br>                          )<br>U.S. JUSTICE DEPT., et. al., )<br>　　　Defendants.       ) | Civil Action No. 04-379 Erie |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that I, DEMETRIUS BROWN, herein as Plaintiff, proceeding Pro-Se, in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the ORDER by United States District Judge, Sean J. McLaughlin, affirming the Magistrate Judge's Order denying Petition for Preliminary Injunction, entered in this action on the 15th day of March, 2006. See Order at Exhibit A.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Demetrius Brown
　　　　　　　　　　　　　　　　　　　　Reg. No. 21534-039
　　　　　　　　　　　　　　　　　　　　FCI RayBrook
　　　　　　　　　　　　　　　　　　　　P.O. Box 9001
　　　　　　　　　　　　　　　　　　　　RayBrook, NY. 12977

cc:file
db/db
Megan E. Farrell

[FILED stamp: U.S. DISTRICT COURT CLERK, '06 MAR 30 AM 10:42]

EXHIBIT A

U.S. District Court

Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from nk, entered on 3/15/2006 at 4:02 PM EST and filed on 3/15/2006
**Case Name:** BROWN v. U.S. JUSTICE DEPARTM, et al
**Case Number:** 1:04-cv-379
**Filer:**
**Document Number:** 69

**Docket Text:**
ORDER re [68] Appeal of Magistrate Judge Decision to District Court filed by DEMETRIUS BROWN. ORDERED that the Magistrate Judge's Order dated 3/2/06 is AFFIRMED. Signed by Judge Sean J. McLaughlin on 3/17/06. (nk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=3/15/2006] [FileNumber=300897-0]
[38600389b5c03ab2d2f30f7745d5dc68c2974d21aaf55b0cd8ac847931eb066194e1
ff5f46a2d56621f8db9b658480d096b330d5bf8ae4162a53c3d7195dbdf5]]

**1:04-cv-379 Notice will be electronically mailed to:**

Megan E. Farrell    megan.farrell@usdoj.gov, usapaw.ecfcivil@usdoj.gov; jennifer.burd@usdoj.gov

**1:04-cv-379 Filer will deliver notice by other means to:**

DEMETRIUS BROWN
21534-039
FCI Raybrook
P.O. Box 9001
Raybrook, NY 12977

DEMETRIUS BROWN,           )
       Petitioner,              )
                                )
       Vs.                      )   Civil Action No. 04-379 Erie
                                )
U.S. JUSTICE DEPT., et. al., )
       Respondent.              )
                                )

## ORDER

       AND NOW, to wit, this __15th__ day of March, 2006, the Court having reviewed the Petitioner's Appeal filed March 14, 2006

       IT IS HEREBY ORDERED that the Magistrate Judge's Order dated March 2, 2006 is hereby AFFIRMED.

                                     S/Sean J. McLaughlin
                                      Sean J. McLaughlin,
                                      United States District Judge

cc: parties of record. nmk
    Magistrate Judge Baxter

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>  Plaintiff,<br><br>  v.<br><br>U.S. JUSTICE DEPT. et. al.,<br>  Defendant. | Civil Action No. 04-379 Erie |

PROOF OF SERVICE

I, DEMETRIUS BROWN, do swear or declare that on this date, March 21 2006, as required by Fed.R.Civ.P. 4 and 5, I have served the enclosed NOTICE OF APPEAL [District Judge's Order, Document #68] to the United States Court of Appeals for the Third Circuit, on each party to the above proceeding or that of party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in FCI RayBrook's internal mail system for mail in the United States, mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:

MEGAN E. FARRELL     at     700 Grant St. Suite 4000
Assistant U.S. Attorney        Pittsburgh, PA. 15219
Western District of PA        (412) 894-7429
                      PA ID #76972

I declare under penalty of perjury that the foregoing is true and correct. Executed on _March 21_, 2006

                      _Demetrius Brown_

3/19/06

Dear Clerk of Court:

    Enclosed you will find one (1) original copy of a Notice of Appeal to the Third Circuit. Please file with the Court accordingly. Thank you very much for your time and consideration.

                                        Sincerely,

                                        Demetrius Brown
                                        Reg. No. 21534-039
                                        FCI RayBrook
                                        P.O. Box 9001
                                        RayBrook, NY. 12977

cc:file
db/db