Name: Demetrius Brown
Register Number: 21534-039
Federal Correctional Institution Ray Brook
P.O. Box 9001
Ray Brook, New York 12977

RECEIVED
MAR 30 2006

Clerk of Court
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

7005 1820 0004 3421 3752

CERTIFIED MAIL