IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>    v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI MCKEAN<br>WARDEN JOHN J. LAMANNA,<br>REGIONAL DIRECTOR D. SCOTT<br>DODRILL, MEDICAL DIRECTOR<br>NEWTON E. KENDIG, DIRECTOR<br>HARLEY G. LAPPIN,<br>    Defendants. | Civil Action No. 04-379 Erie |

<u>ORDER</u>

    **AND NOW,** this _____ day of March, 2006;

    **IT IS HEREBY ORDERED THAT,** both parties, Plaintiff and Defendants **shall** appear before the Court for conference or conferences before trial. That, the purpose of conference **shall** be for (1) expediting the disposition of the action; (2) establishing early and continuing control so that the case will not be protracted because of lack of management; (3) discouraging wasteful pretrial activities; (4) improving the quality of the trial through more thorough preparation, and; (5) facilitating the settlement of the case.

    **IT IS FURTHER ORDERED THAT,** conference **shall** be held on the _____ day of _____, 2006 in the United States

District Court for the Western District of Pennsylvania at _____ a.m./p.m.

**IT IS FURTHER ORDERED THAT,** that the parties **shall**, as soon as practicable and in any event at least 14 days before a scheduling conference is held or a scheduling order is due, meet to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed.R.Civ.P. 26(a)(1), and to develop a proposed discovery plan.

**IT IS FURTHER ORDERED THAT,** the Magistrate Judge **shall** after consulting with both parties, the Plaintiff and the Defendants, by a scheduling conference, telephone, mail, or other suitable means, enter a scheduling order that limits the time (1) to join other parties and to amend the pleadings; (2) to file motions; and (3) to complete discovery. The scheduling order may also include (4) modifications of the times for disclosures under Fed.R.Civ.P. 26(a) and 26(e)(1) and of the extent of discovery to be permitted; (5) the date or dates for conferences before trial, a final pretrial conference, and trial; and (6) any other matters appropriate in the circumstances of the case.

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
/s/

cc: All parties of record