IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>      Plaintiff,<br><br>     v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI MCKEAN,<br>WARDEN JOHN J. LAMANNA,<br>REGIONAL DIRECTOR D. SCOTT<br>DODRILL, MEDICAL DIRECTOR<br>NEWTON E. KENDIG, DIRECTOR<br>HARLEY G. LAPPIN,<br>      Defendants. | Civil Action No. 04-379 Erie |

MOTION FOR SANCTION AGAINST DEFENDANTS
FOR WHICH WHOSE MANAGING AGENTS FAILED
TO PERMIT PLAINTIFF FROM PARTICIPATING
IN CONFERENCE CALL SCHEDULED 3/3/06,
FRIDAY AT 2:00 p.m.

    COMES NOW, DEMETRIUS BROWN, herein as Plaintiff, proceeding Pro-Se, hereby moves this Honorable Court, the United States District Court for the Western District of Pennsylvania, pursuant to Federal Rules of Civil Procedure, Rule 37(b)(2) for an Order sanctioning Defendants for which whose managing agents failed to permit Plaintiff from participating in conference call scheduled 3/3/06, Friday at 2:00 p.m. in regards to his Petition for Preliminary Injunction.

    In support, Plaintiff affirms and declares under penalty of perjury, the following:

1. On 3/2/06 Plaintiff, while housed at FCI RayBrook, specifically Unit Ausable, had the opportunity to review the institutional "Call Out" detailing times, for the following day, inmates are to report to a designated location. The Call Out on 3/2/06 stated that Plaintiff was to report to Unit Gen[esse] at 13:30 hrs. (1:30 p.m.) The Call Out did not state for what purpose, but to only report to the designated location. See **Exhibit A.**

2. On 3/3/06 anticipating whether legal mail was to be received, Plaintiff proceeded, at approximately 11:30 p.m. following lunch, to make an early presence to the Unit Genesse B Team[1]. While there, Plaintiff began knocking on the inner door of the Unit in order to gain entrance. However instead, was confronted through the door by the Unit's Secretary.

3. At that moment, Plaintiff (talking through the door) inquired whether there was any legal mail to be received; to sign for and thereby pick-up. The Secretary then looked into the Counselor's mailbox, and then looked at the sign-in mail sheet to determine whether Plaintiff had in fact received any legal mail for pick-up.

4. After that, the Secretary determined "No", that Plaintiff had not received any legal mail. At which instance, Plaintiff asserted that he was placed on the Call Out for 1:30 p.m. and wanted to know the circumstances as to why. The Secretary stated that there was no one here from my Unit Team to answer that question. At which time, Plaintiff proceeded back to Unit Ausable.

---

1. Unit Team- consists of Unit Genesse B's Counselor (D. Snyder), Case Manager (Salami), and Unit Manager (Feldner).

5. While in Unit Ausable, at approximately 12:15 p.m., the Unit Officer who was working at that time, came to Plaintiff's cell to inform him that the Unit Manager for Unit Genesse B (Feldner) called and stated that Plaintiff was to come over to Genesse Unit as scheduled for 1:30 p.m.

6. Plaintiff then asked the Unit Officer whether there will be a routine census count which in this case would forbid any compound movement as well as to forbid Plaintiff to proceed to Genesse B at 1:30 p.m. The Officer replied that soon after the census count is over, Plaintiff is to report to Genesse B.

7. At approximately 2:00 p.m. the census count was cleared by Prison Officials and an announcement was then made allowing inmate movement on the compound. As such, Plaintiff immediately proceeded to Genesse B. Upon reaching Genesse B, Plaintiff knocked on the outer door to the Unit this time and was confronted by the same Secretary from earlier.

8. After opening the door, Plaintiff stated to the Secretary that he had a 1:30 p.m. Call Out. The Secretary stated that the Unit Manager (Feldner) was not here and that the conference was cancelled. The Secretary then proceeded to hand Plaintiff a Court Order opened without any envelope to attach.

9. The Secretary then stated that the Court Order was not here earlier when Plaintiff came and that it was recently received. Plaintiff then asked whether it was received by fax or e-mail because

it was unusual for any legal mail from a judge to be opened without the Plaintiff's presence and also to be given without an envelope in which it might have been mailed. Noting, that Plaintiff was never requested to sign for its receipt on 3/3/06.

10. Finally, the Secretary stated that she had no idea whether the Court Order was received by fax or what. Plaintiff, at that time, took the letter Order and proceeded back to where he was housed, that being Unit Ausable.

11. Subsequently, on 3/6/06, Plaintiff received, by "Special Mail"[2] procedures, legal mail from the Magistrate Judge denying Petition for Preliminary Injunction due to Plaintiff currently residing outside the Court's jurisdiction, and also, to this end, cancelling conference.

12. Here, in this instance, although there is no absolute right to a hearing on a preliminary injunction, a hearing is customarily held and is the preferred procedure. See **42 Am. Jur 2d Injunctions §259**.

13. The Magistrate Judge complying with customary procedures, ordered a conference scheduled 3/3/06 for 2:00 p.m. with parties by telephone. However, Plaintiff was not permitted to attend the scheduled conference due to Defendants' managing agents over him.

---

2. Correspondence sent to and received from... U.S. Courts which are sealed or opened in the presence of the "Inmate" and logged into record. See **28 CFR §§540.18-540.19**.

14. Moreover, Plaintiff had been denied notice and presence to the conference scheduled 3/3/06 for 2:00 p.m. That, had it not been due to Defendants' managing agents failing to permit him to participate in conference, he would have been present to support his Motion for Preliminary Injunction.

**WHEREFORE**, Plaintiff request the Court to **GRANT** Order to sanction Defendants for which whose managing agents failed to permit him from participating in conference call scheduled 3/3/06, Friday at 2:00 p.m.

I, DEMETRIUS BROWN, hereby affirm and declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

3-28-06
Dated

/s/ Demetrius Brown

cc:file
db/db

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>    v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI MCKEAN,<br>WARDEN JOHN J. LAMANNA,<br>REGIONAL DIRECTOR D. SCOTT<br>DODRILL, MEDICAL DIRECTOR<br>NEWTON E. KENDIG, DIRECTOR<br>HARLEY G. LAPPIN,<br>    Defendants. | Civil Action No. 04-379 Erie |

ORDER

**AND NOW,** this _____ day of March, 2006;

**IT IS HEREBY ORDERED THAT,** sanction of the Defendants are (A); the matters outlined in Plaintiff's Petition for Preliminary Injunction and the facts of which **shall be taken** for establishing the purpose of the action in accordance with the claim of Plaintiff.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (B); the Defendants **shall not** be allowed to oppose Plaintiff's claims **nor shall** Defendants be allowed to introduce designated matters into evidence.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (C); a judgment rendered by default to defending against Plaintiff's Petition for Preliminary Injunction.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (D); the Defendants **shall pay** the Plaintiff reasonable expenses for his time researching and preparing Petition for Preliminary Injunction which the later Order cancelling conference was caused by Defendants for which whose managing agents failed to permit Plaintiff from participating in conference call scheduled 3/3/06, Friday at 2:00 p.m.

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: All parties of record

EXHIBIT A

```
  RBKB1              *          RAY BROOK FCI              *      03-02-2006
  PAGE 001                                                         16:39:02
```

---

```
REG NO      NAME          FROM         TO           TIME    CATEGORY(2)   CATEGORY(3)
                                                            QTR ASGN      WRK ASGN
CALLOUTS   FOR  03-03-2006
---------------------------
57143-066   AARON                      CHAPEL       1231    G02-118U      REC PM
                                       EDUC STONE   0730    G02-118U      REC PM
55329-053   ADEYI                      CHAPEL       1231    D05-224U      ELEC I
12137-014   ANDERSON                   CHAPEL       1231    D11-002U      REC AM
41412-180   ARAGON-RAN                 EDUC STONE   0730    N09-120U      UNASSG
14063-055   BAKER                      HOSP G       0700    A02-135L      CONVALESCE
                                       PHARMACY     0700    A02-135L      CONVALESCE
67474-053   BANKS                      CHAPEL       1231    G05-209L      KITCHEN PM
69619-053   BISHOP                     EDUC PAR     0930    M01-105U      CARP SHOP
03008-050   BOOKER                     HOSP G       0700    S02-203L      F/S WHSE
08343-007   BREWER                     CHAPEL       1231    D01-114L      ORD DEL A
                                       HOSP G       0700    D01-114L      ORD DEL A
40520-050   BRIGMAN                    CHAPEL       1231    M11-001L      ORD MOH A
04575-070   BROWN                      CHAPEL       1331    S02-212L      IND WHSE
21534-039   BROWN                      CHAPEL       1331    A01-147U      DINE RM.AM
                                       UNIT GEN     1330    A01-147U      DINE RM.AM
24238-038   BROWN                      EDUC PAR     0930    G05-226U      EDUC PM
48503-054   BROWN                      X RAY        0730    Z03-226LAD    SHU UNASGN
55199-066   CAMPBELL                   CHAPEL       1231    G07-230L      CUT/SEW 6
58016-066   CANN                       CHAPEL       1231    N04-127U      F/S WHSE
05605-070   CANTE-FRAN                 PHARMACY     0700    A03-238U      DINE RM.PM
05321-070   CAPARRELLI                 EDUC PAR     0930    M01-103U      ORD MOH A
44717-004   CARLINI                    CHAPEL       1231    G05-223U      CHAPEL
18238-038   CARMICHAEL                 CHAPEL       1231    G01-108L      CUT/SEW 6
54030-053   CARRERA                    HOSP G       0700    N03-144L      ORD NIA B
22782-018   CASAS                      HOSP G       0700    G03-146U      REC PM
15142-359   CERVANTES-                 EDUC TECH    0930    G08-252U      DINE RM.PM
55097-054   CHEN                       PHARMACY     0700    M05-207U      REC PM
16699-016   CICERO                     CHAPEL       1231    N10-127L      BAKERY PM
05226-070   COGGINS                    CHAPEL       1231    S02-207L      F/S WHSE
20414-050   COLLINS                    CHAPEL       1331    S02-201L      LANDS. OUT
                                       PHARMACY     0700    S02-201L      LANDS. OUT
55333-053   COLON                      DRUG PROG    1230    G05-219L      CUT/SEW 4
08831-084   COOK                       CHAPEL       1231    G03-147L      ORD GEN B
57244-066   COUSIN                     CHAPEL       1231    D07-242L      ORD DEL B
11438-052   CROSBY                     CHAPEL       1331    D12-001L      DINE RM.AM

G0002       MORE PAGES TO FOLLOW . . .
```