Demetrius Brown
Reg. No. 21534-039
Federal Correctional Institution
RayBrook
P.O. Box 9001
RayBrook, NY. 12977

*LEGAL MAIL*
*LEGAL MAIL*
*LEGAL MAIL*

Clerk of Court
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501





RECEIVED

APR - 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA