IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>    v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI MCKEAN,<br>WARDEN JOHN J. LAMANNA,<br>REGIONAL DIRECTOR D. SCOTT<br>DODRILL, MEDICAL DIRECTOR<br>NEWTON E. KENDIG, DIRECTOR<br>HARLEY G. LAPPIN,<br>    Defendants. | Civil Action No. 04-379 Erie |

ORDER

**AND NOW,** this _____ day of March, 2006;

**IT IS HEREBY ORDERED THAT,** sanction of the Defendants are (A); the matters outlined in Plaintiff's Petition for Preliminary Injunction and the facts of which **shall be taken** for establishing the purpose of the action in accordance with the claim of Plaintiff.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (B); the Defendants **shall not** be allowed to oppose Plaintiff's claims **nor shall** Defendants be allowed to introduce designated matters into evidence.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (C); a judgment rendered by default to defending against Plaintiff's Petition for Preliminary Injunction.

**IT IS FURTHER ORDERED THAT,** sanction of the Defendants are (D); the Defendants **shall pay** the Plaintiff reasonable expenses for his time researching and preparing Petition for Preliminary Injunction which the later Order cancelling conference was caused by Defendants for which whose managing agents failed to permit Plaintiff from participating in conference call scheduled 3/3/06, Friday at 2:00 p.m.

**IT IS FURTHER ORDERED THAT,** the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ _____

cc: All parties of record