**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DEMETRIUS BROWN            )
        Plaintiff            )
                             )
                             )   C.A. No. 04-379 Erie
                             )
U.S. DEPARTMENT OF JUSTICE, et al  )
        Defendants           )

## ORDER

Therefore, this <u>4th</u> day of April, 2006;

In light of the fact that Plaintiff has appealed this case to the Court of Appeals for the Third Circuit,

IT IS HEREBY ORDERED that Plaintiff's motion for Pre-trial Conference, Scheduling and Management [Document # 74] and Motion for Sanctions [Document # 75] are DENIED as this Court is without jurisdiction until this case is returned from the Third Circuit.


                <u>S/ Susan Paradise Baxter</u>
                SUSAN PARADISE BAXTER
                CHIEF UNITED STATES MAGISTRATE JUDGE