CA   04-379 E

appeal filing fee

receipt #06000312

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000312 - SP
April 17, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|

FIRSTAPP     04-39     155.00 MO
2NDAPPEA              379E     105.00 MO

TOTAL→     255.00

FROM: DEMETRIUS BROWN