**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 6-2133</u>

Brown

vs.

US Justice Dept, et al.

Demetrius Brown #21534-039, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00379E)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: May 30, 2006

cc:
    Demetrius Brown #21534-039
    Rebecca R. Haywood, Esq.