UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-2133**

Brown v. United States Department of Justice, et al.
(W.D. Pa. No. 04-cv-00379)

ORDER

It appearing that Appellant has paid the docketing fees in the District Court, the order of this Court, entered May 30, 2006, dismissing this appeal for lack of prosecution is hereby vacated. Accordingly, this appeal is reopened, and the motion for summary action and the responses thereto will be referred to a motions panel.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron

Dated: 5 June 2006
Marcia M. Waldron, Clerk
AWI/CC: DB
       RRH