DLD-48                                                                                                  November 16, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **06-2133**

DEMETRIUS BROWN,

  v.

U.S. JUSTICE DEPARTMENT; BUREAU OF PRISONS; FCI MCKEAN;
JOHN J. LAMANNA, Warden; D. SCOTT DODRILL, Regional Director;
HARLEY G. LAPPIN, Director of BOP; DR. NEWTON E. KENDIG, Medical Director

    (W.D. Pa. Civ. No. 04-cv-00379E)

Present:      BARRY, AMBRO AND FISHER, <u>CIRCUIT JUDGES</u>

        Submitted are:

        (1)    By the Clerk for possible dismissal due to a jurisdictional defect;

        (2)    Appellees' motion for summary action;

        (3)    Appellant's opposition to Appellees' motion for summary action;

        (4)    Appellant's jurisdictional response; and

        (5)    Appellant's motion to expedite appeal

    in the above-captioned case.

                                      Respectfully,

                                      Clerk

MMW/BNB/awi
_____ORDER_____

**Because the order appealed does not deny a preliminary injunction that is related to the relief ultimately sought by the Appellant, see <u>Hershey Foods Corp. V. Hershey Creamery Co.</u>, 945 F.2d 1272, 1276-77 (3d Cir. 1991), the order is not appealable at this time. Accordingly, the appeal is dismissed for lack of appellate jurisdiction. Appellees' motion for summary action and appellant's motion to expedite appeal are**

**denied as moot.**



By the Court,

**/s/ Maryanne Trump Barry**
Circuit Judge

Dated: 14 December 2006
AWI/CC: DB

A True Copy:

Marcia M. Waldron, Clerk