OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106-1790

TELEPHONE  
215-597-2995

__**Western PA (Erie)**__    Clerk of District Court    Date __12/14/06__  
(District)

__**Brown v. US Justice Dept**__    C. of A. No. __06-2133__  
(Caption)

__**Demetrius Brown**__  
(Appellant)

__**Civil No. 04-cv-00379E  (SJM)**__  
(D.C. No.)

Enclosures:

_____**12/14/06**_____ Certified copy of C. of A. Order by the Court/XXXXX  
(Date)

*____**X**____ Record **(Rec'd) (Partial Record: Docs 1-8)**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

____**X**____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

/s/ Anthony Infante    (267)-299-__4916__  
Case Manager    Telephone Number

*_____    (267)-299-_____  
Record Processor    Telephone Number

Receipt Acknowledge:    **RECEIVED**

(Name)  
_____    DEC 27 2006  
(Date)    CLERK U.S. DISTRICT COURT    Rev. 4/3/03  
WEST. DIST. OF PENNSYLVANIA    Appeals (Record)