IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-379E |
| | ) | |
| U.S. JUSTICE DEPARTMENT, | ) | JUDGE MCLAUGHLIN |
| BUREAU OF PRISONS, FCI MCKEAN | ) | MAGISTRATE JUDGE BAXTER |
| WARDEN JOHN J. LAMANNA, | ) | |
| REGIONAL DIRECTOR D. SCOTT | ) | Electronically Filed |
| DODRILL, MEDICAL DIRECTOR, | ) | |
| DIRECTOR HARLEY G. LAPPIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and that Defendants shall file their responsive pleading and/or dispositive motion to Plaintiff's Second Amended Complaint in the above-captioned action on or before February 5, 2007.

_____, J.

cc:   All parties of record