# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DEMETRIUS BROWN,
        Plaintiff,

- v -                                       Civil Action No. 04-0379 (Erie)

U.S. DEPARTMENT OF JUSTICE, et al.,
        Defendants.

### DECLARATION OF ROSALIND BINGHAM

I, Rosalind Bingham, make the following declaration under penalty of perjury:

1. I am a Paralegal Specialist for the Federal Bureau of Prisons, Northeast Regional Office. I have held this position since January 2001. As a Paralegal Specialist, I have access to most records maintained in the ordinary course of business at the Federal Bureau of Prisons Northeast Regional Office.

2. Attached hereto, please find true and correct copies of the following documents that are maintained in the ordinary course of business at the Federal Bureau of Prisons Northeast Regional Office:

    a.    Public Information Data for inmate Demetrius Brown, Reg. No. 21534-039;

    b.    Administrative Remedy, Case Number 321868;

    c.    Administrative Tort Claim Case Number TRT-NER-2004-01684;

    d.    Program Statement 1640.03, Smoking/No Smoking Areas (August 1, 1994);

    e.    Inmate History, Unit, Demetrius Brown, Reg. No. 21534-039;

    f.    Program Statement P1640.04, Smoking/No Smoking Areas (July 15, 2004);

    g.    Inmate History, Quarters, Demetrius Brown, Reg. No. 21534-039.

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 9th day of January, 2007.

*[signature]*
Rosalind Bingham
Paralegal Specialist
Federal Bureau of Prisons
Northeast Regional Office
Philadelphia, Pennsylvania