# Exhibit 1a

```
NERH4            *         PUBLIC INFORMATION           *      12-14-2006
PAGE 001         *            INMATE DATA               *      11:36:30
                          AS OF 12-14-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS
                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 518-897-4000    FAX: 518-897-4216
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 188374WA3                      DOB/AGE....: 02-08-1972 / 34
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 08-04-2022                     PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
RBK    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-04-2004 1300 CURRENT
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-04-2004 1300 11-04-2004 1300
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-04-2004 0511 11-04-2004 1300
LEW    HLD REMOVE HOLDOVER REMOVED              11-04-2004 0511 11-04-2004 0511
LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-29-2004 1314 11-04-2004 0511
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-29-2004 1314 10-29-2004 1314
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-29-2004 0950 10-29-2004 1314
MCK    TRANSFER   TRANSFER                      10-29-2004 0950 10-29-2004 0950
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-08-1997 0900 10-29-2004 0950
S04    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-08-1997 0900 07-08-1997 0900
S04    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-08-1997 0537 07-08-1997 0900
LEW    HLD REMOVE HOLDOVER REMOVED              07-08-1997 0537 07-08-1997 0537
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-30-1997 1839 07-08-1997 0537
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-30-1997 1839 06-30-1997 1839
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-30-1997 0945 06-30-1997 1839
OKL    HLD REMOVE HOLDOVER REMOVED              06-30-1997 0845 06-30-1997 0845
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-19-1997 1615 06-30-1997 0845
1-P    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-19-1997 1715 06-19-1997 1715
1-P    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-14-1997 0809 06-19-1997 1715
CMS    ADMIN REL  ADMINISTRATIVE RELEASE        04-14-1997 0709 04-14-1997 0709
CMS    A-ADMIN    ADMINISTRATIVE ADMISSION      04-14-1997 0708 04-14-1997 0709




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4                    *         PUBLIC INFORMATION        *      12-14-2006
PAGE 002                 *            INMATE DATA            *      11:36:30
                                    AS OF 12-14-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                    RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 518-897-4000    FAX: 518-897-4216
PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-04-2022 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 4-96-CR-64(02)
JUDGE...........................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED..................: 07-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:  $50.00           $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO        AMOUNT:   $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   391
OFF/CHG: 21:846 & 841(B)(1)(A)   CONSPIRACY TO DISTRIBUTE AND POSSESS
                                 WITH INTENT TO DISTRIBUTE COCAINE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    360 MONTHS
 TERM OF SUPERVISION............:     10 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 05-02-1996




G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4              *           PUBLIC INFORMATION           *      12-14-2006
PAGE 003           *              INMATE DATA               *      11:36:30
                               AS OF 12-14-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 518-897-4000   FAX: 518-897-4216
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     30 YEARS
EARLIEST DATE OF OFFENSE........: 05-02-1996

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    05-23-1996    05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026


PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4              *           PUBLIC INFORMATION         *      12-14-2006
PAGE 004           *              INMATE DATA             *      11:36:30
                               AS OF 12-14-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 02-04-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-04-2022 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 4-96-CR-64(02)
JUDGE...........................: ROSENBAUM
DATE SENTENCED/PROBATION IMPOSED: 05-15-1997
DATE COMMITTED..................: 07-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $50.00          $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1) & 18:2  AIDING & ABETTING POSSESSION WITH INTENT
         .                    TO DISTRIBUTE COCAINE - CT. 4

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   360 MONTHS
 TERM OF SUPERVISION............:    10 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 03-23-1996




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4              *         PUBLIC INFORMATION              *    12-14-2006
PAGE 005 OF 005  *              INMATE DATA                  *    11:36:30
                             AS OF 12-14-2006

REGNO..: 21534-039 NAME: BROWN, DEMETRIUS

                   RESP OF: RBK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 518-897-4000    FAX: 518-897-4216
------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-14-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-15-1997
TOTAL TERM IN EFFECT............:   360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    30 YEARS
EARLIEST DATE OF OFFENSE........: 03-23-1996

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     05-23-1996    05-14-1997

TOTAL PRIOR CREDIT TIME.........: 357
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 08-04-2022
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-22-2026


PROJECTED SATISFACTION DATE.....: 08-04-2022
PROJECTED SATISFACTION METHOD...: GCT REL






S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```