# Exhibit 1e

```
   NERH4  531.01 *              INMATE HISTORY              *    12-29-2006
PAGE 001 OF 001 *                  UNIT                     *    12:10:44

   REG NO..: 21534-039 NAME....: BROWN, DEMETRIUS
   CATEGORY: UNT         FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                START DATE/TIME  STOP  DATE/TIME
RBK     GEN ANNEX   JOHN FEHLNER               02-24-2006 0851 CURRENT
RBK     GEN         JOHN FEHLNER               11-17-2004 1426 02-24-2006 0851
RBK     MOH ANNEX   CHRIS SULLIVAN             11-04-2004 1300 11-17-2004 1426
LEW     H/O UNIT    JOHN ADAMI, UNIT MGR       10-29-2004 1314 11-04-2004 0511
MCK     C           UNT MGR R. REOME           01-22-2000 0927 10-29-2004 0950
MCK     3           UNIT 3 - DAN SCHNEIDER     07-08-1997 0900 01-22-2000 0927
LEW     H/O UNIT    HOLDOVER UNT, WAGNER, UNT.MGR. 06-30-1997 1839 07-08-1997 0537
OKL     HOLDOVER    HOLDOVER UNIT MALE         06-19-1997 1615 06-30-1997 0845
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```