# Exhibit 1g

```
   NERH4   531.01  *              INMATE HISTORY              *      12-29-2006
PAGE 001 OF 001  *                 QUARTERS                   *      12:10:48

   REG NO..: 21534-039  NAME....: BROWN, DEMETRIUS
   CATEGORY: QTR        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                         START DATE/TIME  STOP   DATE/TIME
RBK     A01-147L    HOUSE A/RANGE 01/BED 147L           05-09-2006 1105  CURRENT
RBK     A01-147U    HOUSE A/RANGE 01/BED 147U           09-24-2005 1559  05-09-2006 1105
RBK     A01-131L    HOUSE A/RANGE 01/BED 131L           04-17-2005 1026  09-24-2005 1559
RBK     A01-131U    HOUSE A/RANGE 01/BED 131U           11-13-2004 1558  04-17-2005 1026
RBK     A12-001L    HOUSE A/RANGE 12/BED 001L           11-04-2004 1707  11-13-2004 1558
RBK     R01-001L    HOUSE R/RANGE 01/BED 001L           11-04-2004 1300  11-04-2004 1707
LEW     M03-101L    HOUSE M/RANGE 03/BED 101L           10-29-2004 1404  11-04-2004 0511
LEW     R01-001L    HOUSE R/RANGE 01/BED 001L           10-29-2004 1314  10-29-2004 1404
MCK     C04-206U    HOUSE C/RANGE 04/BED 206U           07-20-2004 0854  10-29-2004 0950
MCK     C03-118LH   HOUSE C/RANGE 03/BED 118L H         11-09-1999 0903  07-20-2004 0854
MCK     C03-118U    HOUSE C/RANGE 03/BED 118U           08-04-1999 1145  11-09-1999 0903
MCK     C03-127U    HOUSE C/RANGE 03/BED 127U           03-07-1999 0954  08-04-1999 1145
MCK     C03-119U    HOUSE C/RANGE 03/BED 119U           12-20-1998 1218  03-07-1999 0954
MCK     C03-112U    HOUSE C/RANGE 03/BED 112U           12-06-1998 1512  12-20-1998 1218
MCK     C03-129U    HOUSE C/RANGE 03/BED 129U           09-18-1998 0930  12-06-1998 1512
MCK     Z02-108UDS  HOUSE Z/RANGE 02/BED 108U DS        09-12-1998 1114  09-18-1998 0930
MCK     Z02-105LDS  HOUSE Z/RANGE 02/BED 105L DS        09-09-1998 1424  09-12-1998 1114
MCK     Z07-204UAD  HOUSE Z/RANGE 07/BED 204U AD        08-24-1998 1821  09-09-1998 1424
MCK     C03-126L    HOUSE C/RANGE 03/BED 126L           05-20-1998 0834  08-24-1998 1821
MCK     3 B         3 B                                 07-08-1997 0900  05-20-1998 0834
LEW     HOSP-1      HOLDOVER HOUSING UNIT               06-30-1997 1942  07-08-1997 0537
LEW     R/D         RECEIVING & DISCHARGE               06-30-1997 1839  06-30-1997 1942
OKL     3C          HOLDOVER GENERAL POPULATION         06-19-1997 1615  06-30-1997 0845




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```