# Exhibit 5a

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 10/25/05 1400 | S c/o cold on ↑ l.p x 1 week. and hyperpigmentation |
| | ① zygomatic area of face p̄ "blackhead burst" |
| | O 2 y/o AA ♂ NAD |
| | ② zygomatic area brown hyperpigmentation |
| | . c̄ distinct edges. No raised area, no acne |
| | noted. (Will pōn't to monitor) |
| | HSV 1 c̄ center cleft l.p ⇄ right lip to |
| | Cleft healing, flat papule ∅ drainage < 05mm |
| | flesh colored |
| | A HSV 1 |
| | Hyperpigmentation lesion |
| | P education - above _____ E. HUGHES, APRN, BC-FNP [signature] |
| | QAD |
| | |
| 1/9/06 1250 | S/ Sick call- since last monday (7 days) has |
| | c/o rash on stomach and arms. Ate sunflower seeds |
| | and cheese from Commissary. Developed rash |
| | after this time trans Denies hives. Rash |
| | is itchy esp at night. Denies any change in |
| | soaps, detergent or lotions. |
| | O/ Trunk (arms and upper thighs) diffuse flat |
| | hyperpigmentated rash both front and back. |
| | Has larger "mother" lesion on ⓛ side of neck |
| | A/ Pityriasis rosacea |
| | P/ Dr Marini consulted. Pt educated that |
| | rash could take 6-12 weeks to clear. |
| | Hydroxyzine 50 mg qHS pill line x 30d. |

Ord.Date 01/09/06
For Date 02/07/06
Rx # 368326

BROWN, DEMETRIUS
21534-039
***PILL LINE*** TAKE TWO TABLETS (
50MG ) @ 1930

HYDROXYZINE 25 MG TAB

E. SWEATT 7:10
(0)Refills

#/2

US Government Printing Office: 1983 — 343-100/50282

E. SWEATT, RPA, AHSA

L. A. Cohn, PharmD

STANDARD FORM 600-BACK (REV. 5-84)

SN 7540-00-634-4176                                                                              600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**3/2/05**
**0930**

## ANNUAL FOOD HANDLER'S EXAMINATION

**S)**    Any symptoms or history of:

1:  Acute or chronic inflammatory conditions of the respiratory system (active TB, cough, etc)?

☐ Yes    ☑ No

2:  Acute or chronic infections, skin diseases, open sores?

☐ Yes    ☑ No

3:  Acute or chronic intestinal infections (diarrhea, etc.)?

☐ Yes    ☑ No

4:  Any communicable diseases (HIV, Hepatitis B, Hepatitis C, etc.)?

☐ Yes    ☑ No

Explain any yes answer to the above questions:

**O)**    Blood Pressure: 110/78        Pulse: 64    Wt 190    Temp: 96

Pertinent, exam including: ENT, lungs, heart, abdomen and skin. WNL

**A)**    healthy male

**P)**    (Cleared) / Not Cleared   for Food Service work.        S. Liberty

D. Marini, M.D.
Clinical Director

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) Brown Demetrius | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION 600002 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 21534-039 | DATE OF BIRTH |

FEDERAL CORRECTIONAL INSTITUTION
PO BOX 300
RAY BROOK, NEW YORK 12977-0300

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-834-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |

**11-15-04**
**1035**

BP-149 RECEIVED AND REVIEWED
AT FCI, RAY BROOK, NY ON
11-4-04

*S. Kieffer*

S. Kieffer, MRT

D^M  D. Marini, M.D.
Clinical Director

**3/11/05**
**1035**

(S) Staph exposure ⊖ pain / open wounds
    Sure—

(O) No wound present

(A) s/p Staph exposure

(P) No xx needed F/u if any
    type of wound found
    educated spt.

Bradley R. Cink, PA-C

**3.1.05**
**1034**

SCHEDULED FOR
7/5 Physical per request
3/2/04 @ 0730

*T. Root, Med. Secretary*

T. Root
Med. Secretary

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Brown, Demetrius

REGISTER NO. **21534-039**   WARD NO.

FEDERAL CORRECTIONAL INSTITUTION
PO Box 300
RAY BROOK NY 12977

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

690003

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------|



000004

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/9/03 0820hr | 31 y/o AA ♂ Bi Annual H&P₀ |
|  | VS's  138/74, 74, 12 & 98² F |
|  | Denies c/o or S's since last H&P 7/10/97 |
|  | See Form H&P₀ |
|  | *Robert E. Piotrowski, PA-C* |
|  | *FCI McKean* |
|  | [signature] PA-C |
| 7/9/03 0820hrs | Admis. Note — PPD done 7/8/03 |
|  | Results Pending Read. 7/10/03 |
|  | [signature], PA-C |
|  | *Robert E. Piotrowski, PA-C* |
|  | *FCI McKean* |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 21534-039    WARD NO.

*Brown, Demetrius  21534-039*

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000005

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----|



NSN 7540-00-634-4176                                                                        500-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |

7-8-97
1000

Intake screening.
No change in Medical Status.
denies suicidal thoughts
No Meds

U.T. Georgy

MOSSAM GEORGY, FMG, MD

7/14/97
07 55

(S) Fungal infec. in the Toe and nail
(O) Fungal infec. of the Nail
(A) Fungal infec.
(P) Anti fungal cream 1/0 to be applied Bid
    Ref. X 2
    Pt. was educated about foot hygiene he
    understand

W Hammand

PATIENT EDUCATION
☐ Dosing
☐ Special Instructions
☐ ____
Gelatin 1:1 __ CA50

W Hammand, M.P

7/16/97
0915

Physical Exam done, PPD, Tetanus inj. (done)
given

M. TARR, MLP

9/19/97
1830

See injury report

W Hammand

W Hammand, M.P

PATIENT'S IDENTIFICATION (*Use this space for Mechanical Imprint*)

RECORDS MAINTAINED AT:    FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (*Last, First, Middle initial*)    SEX
Brown Demetrius

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION
000007

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH
21534-039

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR

4/5/01

1700   ± H/O Depression & PTSD, put on psych clinic

D. Olson, MD
Clinical Director

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

COPY

Brown, Demetrius
21534-039

FCI MCKEAN HEALTH SVC.

97 JUL 16   AM 9:38

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701

FCI MCKEAN HEALTH SVC.

97 JUL 18   PM 3:05

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD DATE | LAB. ID. NO. |
|---|---|---|---|
| D. Olson | S. Czekai    TECH 7/18/97 | | |

S. CZEKAI, MED. TECH.

**SEROLOGY**

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED    ☐ AMB |
| TODAY ☑ | ☑ OUTPATIENT |
| STAT ☐ | ☐ NP    ☐ DOM |

SPECIMEN SOURCE
☐ BLOOD
☐ OTHER (Specify)

SPECIMEN/LAB. RPT. NO.

BRADFORD, PA 16701

Baxter

Sysmex

Baxter Healthcare Corporation
Scientific Products Division
McGaw Park, IL 60085 6787 USA  Rev 9/87

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 21534-039 | |

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR 41 CFR 201-45.505
October 1975    514-108
GPO : 1996 O - 169-817

000009

COPY

Brown, Demetrius
21534-039

FCI MCKEAN HEALTH SVC.

97 JUL 16  AM 9: 38

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701

FCI MCKEAN HEALTH SVC.

97 JUL 16  PM 12: 37

**SPECIMEN/LAB RPT NO**

**URINALYSIS**

URGENCY
☐ ROUTINE

PATIENT STATUS
☐ BED        ☐ AMB
☑ OUTPATIENT
☐ PRE-OP    ☐ DOM

SPECIMEN SOURCE
☐ ROUTINE
☐ OTHER (Specify)

PATIENTS MED. RECORD

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID NO. |
|---|---|---|---|---|
| D. Olson | S. Czekai (TECH) | | 7/16/97 | |

S. CZEKAI, MED. TECH.

REMARKS

| DATE | TIME | REQUESTED | ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | PH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | HYALINE | GRANULAR | BACTERIA | MUCUS | NITRITE | BENCE-JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/16/97 | 9:05 AM | XX | | Yellow | 1.005 | Normal | Neg | Neg | Neg | Neg | Neg | 7.5 | | | | | 7/1 | | | 0-01 | | | Neg | Neg | |

URINALYSIS

Sysmex

Baxter

Baxter Healthcare Corporation
Scientific Products Division
McGaw Park, IL 60085-6787 USA    Rev. 9/87

BRADFORD, PA 16701

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 21534-039 | |

**LABORATORY REPORTS**
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
514-108
October 1975

GPO : 1996 O - 169-817

000010

COPY

**ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES**

**ATTACH 2D REPORT WITH TOP AT THIS LINE ↑**

**ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE ↑**

MARGIN

Sysmex

Date

Sample No.

Lymph %
Mixed %
Neut %
Lymph #
Mixed #
Neut #
RDW %
MPV fL

WBC
RBC
HGB
HCT
MCV
MCH
MCHC
PLT
Seg
Band
Lymph
Mono
Eosin
Baso
Atyp Lymph
Meta
Myelo
Pro
Blast
Retic

TEST
☐ CBC ☐ Hgb ☐ RBC ☐ Diff
☐ PLT ☐ Hct ☐ WBC ☐ All

Dr. Olson
S. CZEKAI, MED. TECH.

7/16/97
7/16/97

Brown, Demetrius

21534-039

FCI MCKEAN HEALTH SVC.

97 JUL 16 AM 11: 22

D. OLSON, M.D.

FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701

Distributed by
Baxter Healthcare Corporation
Scientific Products Division
McGaw Park, IL 60085-6787 USA  Rev. 9/87

**Baxter**

ATTACH ALL TEST REPORTS TO THIS SHEET

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.
21534-039

WARD NO.

**LABORATORY REPORTS**
**Standard Form 514**

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975     514-108

GPO : 1996 O – 169–817

000011

PATIENT IDENTIFICATION (For typed or written entries give:
Name — last, first, middle, Medical Facility)

Brown   Deme _____ s

2-8-72

AGE | SEX | SSN (Sponsor)

25 | M

21534-c39

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

CXR

| REQUESTED BY | | TELEPHONE NO. |
|---|---|---|
| HUBER | | |

| LOCATION OF MEDICAL RECORDS | FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|---|
| | | | ☐ YES   ☐ NO |

SPECIFIC REASON(S) FOR REQUEST  (Complaints and findings)

T.B. SCREENING

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 6/15/97 | | |

RADIOLOGIC REPORT

MATT THOMPSON, RT
FEDERAL TRANSFER CENTER, OKC

COPY

| SIGNATURE | LOCATION OF RADIOLOGIC FACILITY |
|---|---|
| | |

1 — MEDICAL RECORD    **RADIOLOGIC CONSULTATION REQUEST/REPORT**
*U.S. GOVERNMENT PRINTING OFFICE: 1996-414-367

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

THANK YOU FOR REFERRING THIS PATIENT

600012

F10009850     06/20/97    08:15

DR.
T. H.  MCLSKNESS, D.O.  RADIOLOGIST    794

 **HILLCREST HEALTH CENTER**
2129 S.W. 59th
Oklahoma City, Oklahoma 73119
(405) 680-2181
**X-RAY REPORT** 

FEDERAL TRANSFER CENTER

XR. NO.  21534-039

| | |
|---|---|
| | STATUS |
| NAME  BROWN, DEMETRIUS | AGE  25  M |
| ADDRESS: | DATE  06/19/97 |
| | ADMIT#: |
| DIAGNOSIS: | SSN#:    —  — |
| PHYSICIAN  LAWRENCE HUBER, D.O. | |

REPORT:

**CHEST:**  This survey demonstrates the pulmonary and cardiovascular structures to be within normal limits. Thoracic cage is symmetrical bilaterally, and free of gross pathology.

**IMPRESSION:**  Unremarkable chest survey.

*L.F. Huber*
*6/31/97*

*COPY*

THANK YOU FOR REFERRING THIS PATIENT

000013

Pharmacy Services

1 McKEAN, PA 16701                814-362-8900

400056853        Dr. D. OLSON          07/14/97
ROWN,DEMETRIUS D.                      21534-039
PPLY TWICE A DAY ( PA HAHAND! )


OLHAFTATE 1% TOPICAL CREAM          #1
G           2 REFILLS      EXPIRES 10/12/97

COPY

NAME: Brown, Demetrius    REG. NO.: 21534-039          G00014

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 7/16/97 | N/0 STD — Tx'd | ® Hand Fx + Sx | 1992 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | COPY | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Date: 11/15/04

Care Level:  1 ✓ 2 __  3 __  4 __

Clinical Director   D. Marini, MD  *DMarini*

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

NKDA

Patient Identification
(Name, Reg #, DOB)

BROWN
    DEMETRIUS            21534-039
B/M/O/02-08-1972
HT/509    WT/170    HR/BK    EY/BN
CUSTODY/IN

form may be replicated via WP)

000015

08/72

PROBLEM LIST (Continued)

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Patient identification
(Name, Reg #, DOB)

000016

BP-S619.060   **IMMUNIZATION RECORD**   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 7/16/97 | Connaught | 7D9.4611 | 4/17/99 | (L)deltog | 0.5cc/IM | Nirken | FCI McKean |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|------------------------|-----------|--------------|---------|
| 7/16/97 | Connaught | 2V94-12 | 2/1/98 | (L)forearm | 0.1cc/ ID | Nirken / FCI McKean | 7/18/97 | 0×0 | George |
| 7-8-98 | Connaught | Z486-11 | 10-99 | (R)FA | 5TH ID | C. Rymski P FCI McKean | 7-10-98 | 0×0 | George |
| 7/7/99 | Connaught | 2493-11 | 1/12/00 | (R)FA | 5TH ID | C. Rismer P FCI McKean | 7/9/99 | 0×0 | Aiken |
| 7/11/00 | Connaught | C0149AA | 9/17/01 | (R)FA | 5TH ID | C. Rismer P FCI McKean | 7/13/00 | 0×0 | Nirken |
| 5/07/01 | Conn | C0630AA | 5/15/02 | (L)FA | 0.1cc ID | Chenosheria FCI McKean | 7/11/01 | 0×0 | S |
| 7/9/02 | Aventis | C0744AB | 3/16/04 | (R)FA | 0.1cc ID | Garvey HRSA FCI McKean | 7/11/02 | 0×0 | McDonald McKean |
| 7/8/03 | PackK | 0B32P | 9/03 | (R)FA | 0.1cc ISC | McKean FCI | 7-10-03 | 0×0 | McDonald RN |
| 6/29/04 | Purdale | 001S4P | 08/05 | LT. ARM | 0.1cc ID | McKean | 7/1/04 | Ø | |
| 6/27/05 | Aventis | C2144AB | 6/17/07 | (R)FA | 0.1/ID | Liberty RBK | 6/29/05 | 0mm EA | Liberty |
| 6/27/06 | Aventis | C2240040 | 6 Nov 07 | (R)FA | 2cc ID | Masic RBK | 6/29/06 | ⊗ | Liberty |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Patient Identification
(Name, Reg #)                      form may be replicated via WP)

BROWN
   DEMETRIUS                    21534-039
B/M/0/02-08-1972
HT/509    WT/170    HR/BK    EY/BN
CUSTODY/IN

000017

**HEPATITIS VACCINE**

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

**INFLUENZA VACCINE**

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

**OTHER (MMR, Polio, etc)**

| DATE | TYPE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION |
|------|------|-------|-------|-----------|------|-------------|-----------------------|
|      |      |       |       |           |      |             |                       |
|      |      |       |       |           |      |             |                       |
|      |      |       |       |           |      |             |                       |

Patient Identification
(Name, Reg #)

600018

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 6/25/03 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME** Brown Demetrius

**2. IDENTIFICATION NUMBER** 21534-039

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
16134 Greenview
Detroit, MI. 48219

**5. EMERGENCY CONTACT** (Name and address of contact)
Al Bowman
29329 Leewin
Detroit, MI. 48219

**6. DATE OF BIRTH** 2/8/72  **7. AGE** 31  **8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT** DAD

**10. PLACE OF BIRTH** Detroit, MI.

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOPDOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY | b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** Bi Anually

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | N/E | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) Scant Cerumen (Auditory acuity under items 39 and 40) | | N/E | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) TMs intact bil'd. | | N/E | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE ⊕ DNS – RT | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT ⊕ Tonsils 1° Smooth | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | ✓ | CC. PELVIC (Females only) | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

Neck- FROM, Ø LA, ⊕ TMJ, Ø Bruit

COPY

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

RIGHT
| | 0 1 2 3 | Restorable Teeth | / 1 2 3 | Non-restorable teeth | X 1 2 3 | Missing Teeth | X X X 1 2 3 | Replaced by Dentures | ⌐ 1 2 3 | Fixed Partial Dentures | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | |
| | 0 | | | | X | | | | | | |
| R I G H T | 1 2 3 4 5 6 7 8 | | | | | | | | | | L E F T |
| | 32 31 30 29 28 27 26 25 | | 9 10 11 12 13 14 15 16 | | | | 24 23 22 21 20 19 18 17 | | | | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

000019

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'10" | 170# | Black | D. Brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | | | | 98 |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 138 DIAS. 74 | B. RECUM- BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 74 | B. RECUMBENT RR 12 | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | | 29. REFRACTION | | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | | | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | | CORR. TO | | BY |

31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT NL  LEFT NL | | OK | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT NL  LEFT NL | | NE | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

- WD/WN EHM
- Dental Services — 2 wks Prior → all good + cleaning
  & restoration required
- PPD done 7/8/03 — Results Pending Read 7-10-03

(Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Return PPD-Clinic ⊕ Bi-Annual H&P°

| 45A. PHYSICAL PROFILE | | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

46. EXAMINEE (Check)

☑ IS QUALIFIED FOR
☐ IS NOT QUALIFIED FOR

Regular Housing & Recs & Work

| 45B. PHYSICAL CATEGORY | | | | |
|---|---|---|---|---|
| A | B | C | D | E |
| | | | | |

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Robert E. Piotrowski, PA-C | R. Piotrowski, PA-C |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| D. Olsen, MD  Clinical Director | |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

FPI, LEX.  ♻ Printed on Recycled Paper

STANDARD FORM 88 (Rev. 10-94) BACK

600020

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 7/16/97 |
|---|---|---|

| 1. LAST NAME—FIRST NAME—MIDDLE NAME Brown Dmatrios | 2. IDENTIFICATION NUMBER 21534-039 | 3. GRADE AND COMPONENT OR POSITION |
|---|---|---|

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
16134 Greenview
Detroit, MI. 48219

**5. EMERGENCY CONTACT** *(Name and address of contact)*
Kimberly Moore
16134 Greenview Det, MI. 48219

| 6. DATE OF BIRTH 2/8/72 | 7. AGE 25 | 8. SEX ☐ FEMALE ☒ MALE | 9. RELATIONSHIP OF CONTACT Wife |
|---|---|---|---|

**10. PLACE OF BIRTH** Detroit

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

| 12a. AGENCY BOP-DOJ | 12b. ORGANIZATION UNIT FCI McKean | 13. TOTAL YEARS GOVERNMENT SERVICE |
|---|---|---|
| | | a. MILITARY | b. CIVILIAN |

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
Box 5000
Bradford PA

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A + 0

## 17. CLINICAL EVALUATION

| NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL | NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE *(Over 40 or clinically indicated)* | |
| | B. EARS-GENERAL *(INTERNAL CANALS)* *(Auditory acuity under items 39 and 40)* | ✓ | | P. TESTICULAR | NE |
| | C. DRUMS *(Perforation)* | ✓ | | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae)(Hemocult Results)* | |
| ✓ | D. NOSE | | | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| ✓ | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | ✓ | U. FEET | |
| | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES *(Except feet) (Strength, range of motion)* | |
| ✓ | I. PUPILS *(Equality and reaction)* | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS See #531 | ✓ |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART *(Thrust, size, rhythm, sounds)* | | ✓ | Z. NEUROLOGIC *(Equilibrium tests under item 41)* | |
| ✓ | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | | AA. PSYCHIATRIC *(Specify any personality deviation)* | NE |
| ✓ | N. ABDOMEN AND VISCERA *(Include hernia)* | | | BB. BREASTS | |
| | | | | CC. PELVIC *(Females only)* | N/A |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

B & C  impacted cerumen, TM not visualized.

COPY

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | | | | | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|

## 19. TEST RESULTS  (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD *(Place, date, film number and result)* |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY *(Specify test used and results)* | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

600021

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'9" | 174 | black | brown | ☐ SLENDER | ☑ MEDIUM | ☐ HEAVY | ☐ OBESE | 97.6 |

**26. BLOOD PRESSURE** *(Arm at heart level)* / **27. PULSE** *(Arm at heart level)*

| A. SITTING | SYS. | 116 | B. RECUMBENT | SYS. | | C. STANDING (5 mins.) | SYS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIAS. | 76 | | DIAS. | | | DIAS. | | | | | |

| 28. DISTANT VISION | | 29. REFRACTION | | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |

**31. HETEROPHORIA** *(Specify distance)*

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION *(Test used and result)* | 34. DEPTH PERCEPTION *(Test used and score)* | UNCORRECTED | |
|---|---|---|---|---|---|
| RIGHT | LEFT | (N) | | CORRECTED | |

| 35. FIELD OF VISION | | 36. NIGHT VISION *(Test used and score)* | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR *(Tests used and score)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

**42. NOTES** *(Continued) AND SIGNIFICANT OR INTERVAL HISTORY*

1992 - Hand Fx and surgery done
(R)

25 y/o, Black male
non smoker
NKPA
Hx of STD - 1991 - treated
no HIV test in the past

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers)*

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED *(Specify)* | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |

| 46. EXAMINEE *(Check)* | 45B. PHYSICAL CATEGORY | | | |
|---|---|---|---|---|
| A. ☑ IS QUALIFIED FOR — Regular Duty | | | | |
| B. ☐ IS NOT QUALIFIED FOR | | | | |

| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | C | E |
|---|---|---|---|---|
| | | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN **M. TARR, MLP** | SIGNATURE |
|---|---|
| 49. TYPED OR PRINTED NAME OF PHYSICIAN D. OLSON, M.D. | SIGNATURE |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN *(Indicate which)* | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

531-110

NSN 7540-00-634-4274

| MEDICAL RECORD | ANATOMICAL FIGURE |
| --- | --- |



COPY

000023

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility.)

| REGISTER NO. | WARD NO. |
| --- | --- |
| 21534-039 | |

ANATOMICAL FIGURE

STANDARD FORM 531 (Rev. 4-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1



U.S. Department of Justice

Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

| (THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS) | |
|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**  BROWN DEMETRIUS DUANE

**2. REGISTER NUMBER** 21534-039

**3. PURPOSE OF EXAMINATION** INTAKE

**4. DATE OF EXAMINATION** 11-4-04

**5. EXAMINING FACILITY** FCI Raybrook

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

No medication

NKDA

Denies Pain

COPY

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| ✓ | | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| | ✓ | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| | ✓ | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| | ✓ | | Shortness of breath | | ✓ | | Recurrent back pain | | ✓ | | Others: (Specify) |
| | ✓ | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | | ✓ | | Foot trouble | | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Neuritis | | ✓ | | Withdrawal Problems |
| | ✓ | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | | | | |
| | ✓ | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | | Been treated for a female disorder | | | |
| | ✓ | | Gall bladder trouble or gallstones | | | | | Had a change in menstrual pattern | | | |
| | ✓ | | Jaundice or hepatitis | | | | | ARE YOU PREGNANT | | | |
| | | | | | | | | SUSPECT YOU ARE PREGNANT | | | |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU (Check one)** ✓ Right handed ☐ Left handed

000025

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | C. Inability to assume certain positions. | | ✓ | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| ✓ | | 14. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | ✓ | |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | ✓ | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |
| | | | | ✓ | |

EXPLANATION: (#13–22 ABOVE)




I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE *Demetrius Brown* |
|---|---|

| INTAKE SCREENING: | THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ |
|---|---|

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

Neg TB

Not HIV / Hepatitis Asked

Neg TABOS

Neg IVDU

Neg Lice

Neg suicidal ideation

HX VD 1994.

000026

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  K. BURDO, RN | DATE 11/11 | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

J.S. Department of Justice
Federal Bureau Of Prisons

# MEDICAL HISTORY REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Demetrius Brown A.K.A. Darris Duane Dixson | 2-1534-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening Federal Transfer Center, OK. | JUN 19 1997 | |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

COPY

### 7. HAVE YOU EVER *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

### 8. DO YOU *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| X | | Wear glasses or contact lenses |
| | X | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | | X | | Adverse reaction to serum drug | | X | | Epilepsy or fits |
| | X | | Rheumatic fever | | X | | or medicine | | X | | Car, train, sea or air sickness |
| | X | | Swollen or painful joints | | X | | Broken bones | | X | | Frequent trouble sleeping |
| X | | | Frequent or severe headache | | X | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| | X | | Dizziness or fainting spells | | X | | Rupture/hernia | | X | | Loss of memory or amnesia |
| | X | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| | X | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| | X | | Hearing loss | | X | | Bed wetting since age 12 | | X | | Have you ever had |
| | X | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | | | homosexual contact? |
| | X | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | | X | Been exposed to AIDS |
| | X | | Sinusitis | X | | | VD—Syphilis, gonorrhea, etc. | | X | | Alcohol Use (Excessive) |
| | X | | Hay Fever | | X | | Recent gain or loss of weight | | X | | Drug Use/Addiction |
| | X | | Head injury | | X | | Arthritis, Rheumatism, or Bursitis | X | | | Marijuana |
| | X | | Skin diseases | | X | | Bone, joint or other deformity | | X | | Cocaine |
| | X | | Thyroid trouble | | X | | Lameness | | X | | Heroin |
| | X | | Tuberculosis | | X | | Loss of finger or toe | | X | | L.S.D. |
| | X | | Asthma | | X | | Painful or "Trick" shoulder or elbow | | X | | Amphetamines |
| | X | | Shortness of breath | | X | | Recurrent back pain | | X | | Others: (Specify) |
| | X | | Pain or pressure in chest | | X | | "Trick" or locked knee | | | | |
| | X | | Chronic cough | | X | | Foot trouble | | | | Alcohol or drug |
| | X | | Palpitation or pounding heart | | X | | Neuritis | | X | | Withdrawal Problems |
| | X | | Heart trouble | | X | | Paralysis (include infantile) | | | | |
| | X | | High or low blood pressure | | | | | | | | |
| | X | | Cramps in your legs | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | X | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | X | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | X | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | X | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☒ Right handed   ☐ Left handed |

C00027

CHECK EACH ITEM YES ___ O EVERY ITEM CHECKED YES MUST BE FULLY E. ___ NED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✗ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✗ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | C. Inability to assume certain positions. | | ✗ | |
| | ✗ | D. Other medical reasons *(If yes, give reasons.)* | | | |
| | ✗ | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | ✗ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | ✗ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | ✗ | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | ✗ | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✗ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

EXPLANATION: (#13–22 ABOVE)

I was A patient at Grace Hospital in Detroit due to a Head Injury and a hand Fracture.

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Demetrius Brown | Demetrius Brown |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ____ TRANSFER ✗ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ____ No

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ✗

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____

GENERAL POPULATION ____ YES ____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

000028

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Russel Brown NR-EMT-P<br>Federal Transfer Center, OK | JUN 1 9 1997 | | |

U.S. Department of Justice

Federal Bureau Of Prisons

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Brown Demetrius | 21534-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| I/S | 06/30/97 | USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

COPY

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | | | Adverse reaction to serum drug | | | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | | | or medicine | | | | Car, train, sea or air sickness |
| | | | Swollen or painful joints | | | | Broken bones | | | | Frequent trouble sleeping |
| | | | Frequent or severe headache | ✓ | | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | | | Dizziness or fainting spells | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| | | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| | | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | ✓ | | | Been exposed to AIDS |
| | | | Sinusitis | ✓ | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | | | Hay Fever | | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | | | | **10. FEMALES ONLY HAVE YOU EVER** |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) ✓ Right handed ☐ Left handed |
|---|---|

C00029

USP LVN

BP–360(60)
JANUARY 1986

CHECK EACH ITEM YE[S]    NO EVERY ITEM CHECKED YES MUST BE FULLY    [EXPL]AINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)    1992   Detroit Grace Hosp.   Hand fracture RH.

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE    Demetrius Brown

SIGNATURE    Demetrius Brown

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ___ P.V. _____

OTHER _____

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _NO_

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO _✓_

WHAT ARRANGEMENTS HAVE BEEN MADE? _NONE_

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _NO_

GENERAL POPULATION _____ YES __ NO_

TYPE AND EXTENT OF LIMITATION _NO_

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Medications ___ Yes ✓ No
Allergies ___ Yes ✓ No
Medical Complaints ___ Yes ✓ No
Evidence of Lice ___ Yes ✓ No
Hx of IV Drug Use ___ Yes ✓ No
Suicidal Thoughts ___ Yes ✓ No

IM Request no pork diet.

000030

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER   plain Hilletework, PA

DATE   06/30/97

SIGNATURE   P Hilli, PA

NUMBER OF ATTACHED SHEETS

REVERSE

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution FCI McKEAN | 2. Name of Injured BOWN THOMAS | 3. Register Number 421 34-061 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment 1 B | 6. Date and Time of Injury 9/19/97  1820 |

| 7. Where Did Injury Happen (*Be specific as to location*) unicor | Work Related? ☐ Yes ☑ No | 8. Date and Time Reported for Treatment 9/19/97  1830 |
|---|---|---|

**9. Subjective:** (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

Scraping a board with putty Knife & Slipt & went into my hand

*Thomas Brown*
Signature of Patient

**10. Objective:** (*Observations or Findings from Examination*)

0.5 cm superficial wound a scratch like

X-Rays Taken _____    Not Indicated ✓
**X-Ray Results**

**11. Assessment:** (*Analysis of Facts Based on Subjective and Objective Data*)

Superficial wound

**12. Plan:** (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

1. apply Butterfly and Band Aid after cleaning the wound

**13. This Injury Required:**

☑ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (*explain*)
_____
_____

☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant

9/19/97

D. OLSON, M.D.
CLINICAL DIRECTOR

Self Carboned Form – *if ballpoint pen is used, PRESS HARD*

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)

000031

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 09/13/04 1007 hrs | P: Advised patient o/ assessment and patient understands. | *William K. Collins, D.D.S.* |

**William K. Collins, D.D.S.**
CDO
FCI McKean

COPY

*(Continued On Reverse Side)*

Brown, Demetrius

FCI McKean

REGISTER NO. 21534-039    WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

000032

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |

**FCI McKean**

000033

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☐ Screening | ☒ Comprehensive | ☐ Periodic |
| --- | --- | --- | --- |



**Occlusion**  Class I

**Oral Hygiene**
Good    (Fair)    Poor

**CPITN**
| | | |
| --- | --- | --- |
| 3 | 0 | 3 |

**Head & Neck/Soft Tissue**
STVWL

**Additional Findings**    # 9 class III
Mobility
D: ___    Hx of injury
M: ___
F: ___

---

| Treatment Completed |
| --- |

**Recommended Treatment Plan**

☒ Radiographs  9-9-01
PA # 9                    FBSVBWX4

☒ Dental Prophylaxis
☒ Oral Hygiene Instruction  9-9-04

☐ Periodontal Evaluation   0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative    COPY

☐ Prosthodontic Evaluation

**Patient Name**  Brown, Demetrius
**Number** 21531-039  **Sex:** M F  **Age:** 32  2-8-72

FCI McKean

**Dentist Signature**        **Date**
W. K. Collins, DDS  99-04
CDO
FCI McKean        000034

Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|-----------|---|--------------------------------|
| 9-9-04 1000hrs | | S/A: Pt C/O re pt |
| | | P: Comp HH, Soft tissue exam, assessment, VBW-4. Pt presents w/ #9 class III mobility, and localized recession of #9. Hx of injury PR of #9 talon. Pt scheduled to see Dr. Collins for review of PAX. Pt presents w/ heavy calc + stain throughout. Ultrasonic Qt-4 selective head scale, polish, OHI, Next. Comp Exam |
| | | J. Schroll RDH |
| | | J.L. Schroll RDH FCI McKean |
| | | W. K. Collins, DDS CDO FCI McKean |
| 09/13/04 1007 hrs | | S - "I was playing basketball in 1997 and was hit in the mouth with an elbow." P pt. 8/10 |
| | | O: Health Rev'd: NKDA Pt. referred by D.H. re: Mobility of #9 #09 injured in 1997 #09, + 1/2 Mobility, (-) Night pain, (-) Pain on chewing, (-) Sweets, (+) Hot/Cold, (-) Caries PAX: Bone loss around #09 on D. |
| | | A: #09, Periodontal disease; poor root configuration (Cone shaped); poor prognosis |
| | | William K. Collins, D.D.S. CDO FCI McKean |

language template provided in Spanish _____, or _English_

| | | |
|---|---|---|
| Are your currently taking any medication? If so, what? ___ NO | ___ YES | X NO |
| Are you allergic to or have you had a reaction to any medication or drug? If so, what? _____ | ___ YES | X NO |
| Have you been under the care of a physician during the past two years? If so, why? _____ | ___ YES | X NO |
| Have you been hospitalized in the past two years? If so, why? _____ | ___ YES | X NO |
| Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ YES | X NO |
| Have you ever been treated for a tumor, growth, or cancer? | ___ YES | X NO |
| Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ___ YES | X NO |
| Do you have a latex allergy? | ___ YES | ___ NO |
| Do you currently use tobacco products? | ___ YES | X NO |
| WOMEN ONLY: Are you pregnant? | ___ YES | ___ NO |

Check any of the following that you have had:

- ___ Congenital heart defects
- ___ Heart attack or heart problems
- ___ Stroke
- ___ Rheumatic fever
- ___ Mitral Valve Prolapse
- ___ Anemia (blood problems)
- ___ Thyroid problems
- ___ Chronic bronchitis
- ✓ STD (syphilis, gonorrhea, herpes)
- ___ Angio edema

- ___ Arthritis
- ___ Artificial heart valve
- ___ Hepatitis (□A  □B  □C)
- ___ Any type of transplant
- ___ Steroid treatment
- ___ Sickle Cell Anemia
- ___ Angina
- ___ High blood pressure
- ___ Heart pacemaker
- ___ Glucose – 6-phosphate dehydrogenase deficiency

- ___ Epilepsy or seizures
- ___ Diabetes
- ___ AIDS or HIV infection
- ___ Emphysema
- ___ Tuberculosis (TB)
- ___ Psychiatric treatment
- ___ Artificial joint
- ___ Radiation therapy
- ___ Asthma

Do you have any disease, condition, or problem not listed? _____
Check any of the following that you have had or applies to you:

- ✓ Sensitive teeth
- ___ Bleeding gums
- ___ Food impaction
- ___ Pain around ear
- ___ Tooth ache
- ___ Wear partial dentures

- ___ Unusual sounds while eating
- ___ Snoring
- ___ Blisters on lips or mouth
- ___ Clenching or grinding
- ___ Swelling or lumps in mouth/throat

- ___ Burning tongue
- ___ Bad breath
- ___ Decayed teeth
- ✓ Loose teeth
- ___ Wear dentures

COPY

| | |
|---|---|
| Printed Name: _Demetrius Brown_ | Signature: _Demetrius Brown_ |
| No.: _21534-039_ | Institution: FCI McKean |
| Date: _9/9/04_ | Updated: |

This form may be replicated via WP)

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

**Examination:** ☑ Screening   ☐ Comprehensive   ☐ Periodic



RIGHT  1 ②2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Occlusion**
Class I  edge - edge #10 + #23
         open bite #7 + #27

**Oral Hygiene**
Good   (Fair)   Poor

**CPITN**

| 2 | 2 | 2 |
|---|---|---|
| 2 | 2 | 2 |

**Head & Neck/Soft Tissue**

STWNL

**Additional Findings**

scars : above ① eye
        beside ℝ eye
        below ℝ ear
        on bridge of nose

D: 1

M: 0

F: 2

TBA : #3, #4, #5, #8, #12, #13, #19
      #20, #21, #22, #23, #24, #25
      #26, #27, #28, #29, #30, #31

---

**Treatment Completed**



RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation   0   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative
#2  0

---

| Patient Name | Number | Sex: Ⓜ F | Age: 31 |
|---|---|---|---|
| Brown, Demetrius | 21534-039 | | 2/08/72 |

☐ Prosthodontic Evaluation

**Dentist Signature**                    **Date** 6/25/03
W. K. Collins, DDS              000037
CDO
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6/25/03 10:20 hrs | | A&O Exam, Health History reviewed. Sick call and call-out procedures explained. *J.L. Batista, RDH* FCI McKean    W. K. Collins, DDS CDO FCI McKean |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000038

September 15, 1996
Attachment IV-E, Page 1

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____   yes (no)

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____   yes (no)

3. Have you been under the care of a physician during
   the past two years? If so, why? _____   yes (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____   yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                  yes (no)

6. Do your ankles ever swell during the day?               yes (no)

7. Have you ever been treated for a tumor or growth?       yes (no)

8. Have you ever had abnormal bleeding?                    yes (no)

9. Have you ever had serious difficulty with any
   dental treatment?          Rt Side                      yes (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                      (yes) no

Circle any of the following that you have had:             COPY

Congenital heart defects            Heart murmur
Heart attack or heart problems      Angina
Stroke                              High Blood pressure
Rheumatic Fever                     Heart pacemaker
Asthma                              Epilepsy or seizures
Anemia (blood problems)             Diabetes
Thyroid problems                    AIDS or HIV infection
Chronic bronchitis                  Emphysema
Venereal disease (syphilis, gonorrhea)  Tuberculosis (TB)
Arthritis                           Psychiatric treatment
Artificial heart valve              Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                yes (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?      No

Name: _Demetrius Brown_          Reg No. _21534-039_

Institution: _FCI McKean_        Date: _6/05/03_     000039

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: ☐ Screening ☐ Comprehensive ☐ Periodic | Occlusion  *WNL* |
|---|---|

**Oral Hygiene**
(Good)    Fair    Poor

**CPITN**

| ( | ( | ( |
|---|---|---|
| ( | 2 | 2 |

**Head & Neck/Soft Tissue**

*STWNL*

**Additional Findings**

D: 0

M: 3                    *COPY*

F: 0



**Treatment Completed**

**Recommended Treatment Plan**

☑ Radiographs
*BWS 12-1-97*

☐ Dental Prophylaxis    *12-1-97*
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation  0  I  II  III
*12-2-97*

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

| Patient Name | Number | Sex: (M) F | Age: 25 |
|---|---|---|---|

Brown, Demetrius
21534-039
FCI McKean

☐ Prosthodontic Evaluation

Dentist Signature          Date
*Wm Harris*  12-1-97

000040

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 1330 12-1-97 | | Comp. Exl. Ru., OHI, ML. Hx. rev., BWS, Prophy, TX. Complete, TX. plan rev., Pt. Cl. under> told pus 7-1 |

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☒ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|

PE

**Occlusion** WNL

**Oral Hygiene**
(Good)    Fair    Poor

**CPITN**
/ / / /
/ 2 / /

**Head & Neck/Soft Tissue**
STWNL

**Additional Findings**
D: Ø
DN: ≠ 2
M: ≠ 2
F: Ø

COPY

**Treatment Completed**

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☑ Radiographs
BWS

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation   0  I  ⑪  III
7-16-97

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

**Patient Name**    **Number**    Sex: (M) F    Age: 25

Brown, Demetrius
21534-039
FCI McKean

**Dentist Signature**    **Date**
David Harris    7-16-97
000042

DAVID HARRIS
CHIEF DENTAL OFFICER

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 7-16-97 | | A & OE XAM, OHI, Hl. Hx rev., S. C and r. C. rev. - pt understood inst |
| | | David Harris DDS |
| | | DAVID HARRIS, D.D.S. CHIEF DENTAL OFFICER |

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 1

### FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes  (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?                     yes  (no)
   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____             yes  (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____             yes  (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                      yes  (no)

6. Do your ankles ever swell during the day?                   yes  (no)

7. Have you ever been treated for a tumor or growth?           yes  (no)

8. Have you ever had abnormal bleeding?                        yes  (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                           yes  (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                      yes  (no)

Circle any of the following that you have had:

| | Reviewed |
|---|---|
| Congenital heart defects | Heart murmur |
| Heart attack or heart problems | Angina |
| Stroke | High Blood pressure |
| Rheumatic Fever | Heart pacemaker |
| Asthma | Epilepsy or seizures |
| Anemia (blood problems) | Diabetes |
| Thyroid problems | AIDS or HIV infection |
| Chronic bronchitis | Emphysema |
| Venereal disease (syphilis, gonorrhea) | Tuberculosis (TB) |
| Arthritis | Psychiatric treatment |
| Artificial heart valve | Artificial joint |
| Hepatitis | |

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                     yes  (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: Demetrius Brown          Reg No. 31534-039    000044