Reg. No. 21534-039
Federal Correctional Institution
RayBrook
P.O. Box 9001
RayBrook, NY. 12977

2-13-07

*LEGAL MAIL*

CLERK OF COURT
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

RECEIVED
FEB 1 6 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA