

Case 1:04-cv-00379-SJM-SPB   Document 91-4   Filed 03/12/2007   Page 1 of 1