**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION


DEMETRIUS BROWN,                      )
        Plaintiff,                   )
                                     )
                                     )
        v.                           )    C.A. No. 04-379 Erie
                                     )
UNITED STATES,                       )
U.S. JUSTICE DEPARTMENT,             )
BUREAU OF PRISONS (BOP),             )
FCI MCKEAN, HARLEY G. LAPPIN-        )
Director of BOP, NEWTON E.           )
KENDIG- Medical Director of BOP)
D. SCOTT DODRILL- Northeast Reg-)
ional Director of BOP, JOHN J.  )
LAMANNA- Warden of FCI McKean,  )
        Defendants.              )


**DEMETRIUS BROWN'S AFFIDAVIT**
**TO PERSONAL INJURIES**


    I, <u>DEMETRIUS BROWN</u>, herein as Plaintiff, hereby affirm
and declare under penalty of perjury, 28 U.S.C. §1746, the
following:

    1. I, Demetrius Brown, Reg. No. 21534-039, am a federal prisoner
currently incarcerated at FCI RayBrook. That, I currently am serving
a 360 month sentence rendered by the United States District Court
in the District of Minnesota. That, upon entering federal prison
in July, 1997 at FCI McKean, I have been continuously exposed to
Environmental Tobacco Smoke (ETS). That, upon transfer to FCI RaBrook
in November, 2004, I had been continuously exposed to ETS until
November, 2005 despite a national change in policy.

2. Prior to my imprisonment, beginning May 23, 1996, I had not been exposed to ETS. That, I had no exposure to ETS during my initial intake or between transfers. That, my only exposure to ETS came upon entering inside the general prison populations at FCI McKean and recently FCI RayBrook.

3. As a result of my exposure in the general prison populations among smoking inmates as well as staff, I suffered and am currently suffering from periodic, as well as chronic personal injuries. My personal injuries are nausea; an inability to eat; headaches; racing heart; chest pains; difficulty breathing; numbness in limbs; skin, nose, and eye irritations; hardening of tissue; dizziness; sore throat; coughing; weight loss; production of sputum; loss of hair folicles; exasperation of previously contracted STD; possible cancer; etc.

4. Upon entering FCI McKean in 1997, I was diagnosed as virtually a young healthy black male. I weighed 174 lbs, the sight for 20/20 vision, my skin, mouth and throat was normal, my blood pressure was normal although, I was documented as having had a previously contracted STD in 1991. But also, I was documented as being a non-smoker. See Attached Report of Medical Examination for 7/16/97.

5. Ater my exposure to ETS, bodily injuries began to occur. I experienced inflamation or swellings in teh mouth and throat area, my weight decreased due to the inability to eat, my blood pressure went up higher due to the carcinogens in tobacco smoke as my heart

began to race, my sight decreased from 20/20 to 20/15 in the right
eye in which has a distinctive red marking near the pupil due to
the irritating of tobacco smoke. My nose has been irritated due to
the breathing of ETS, the inflamation of it which resulted in change.
See Attached Report of Medical Examination for 6/25/03.

      6. Later, because of the difficulty of reading at time due
to the blurring of vision, I had to buy eye drops as well as reading
glasses. My exposure to ETS has caused the injury of severe eye
irritations to occur. In addition, having been experiencing nerve
damage in that my left eye jitters as if blinking. This injury as
well is caused by ETS exposure. See Attached Receipts of Purchase.

      7. Plaintiff has recently, as of January 1, 2006, suffered
personal injuries thought to at first been associated with eating
bad food given by the Prison Officials causing an outbreak of symptoms
resembling the "Hives." However, to Plaintiff's dissatisfaction
after submitting two requests for a medical evaluation and seen
by Clinical Director Dawn Marini, was told correctly on January 9,
2006 that Plaintiff was suffering from Pityriasis Rosea.

      8. That, this was a kind of rare skin rash that had no known
cause. That, it is a rash associated with oval like warts, reddish
in kind with a severe itch. That, I was told it was nothing the
Medical Staff could or would do to treat the rash because there
is no known cure. However, I was told that as far as the itching
was concerned, the Medical could provide a cream but, which in this

case, the rash covered my entire torso and a cream would be inadeq-
uate in supply. Instead, the Clinical Director instructed that I
be given orally, a pill medication to reduce the itching. That,
the Medication Hydroxyzine is to be taken at 50 mg for 30 days
with a refill for prescription. That, I was informed that Pityriasis
could last for several months, mutating the entire body if possible.
See Attached Precription Form. That, I was specifically rebuffed
by Dawn M. Marini for accounting that the rash was probably from
a package of sunflower seeds handed out by Prison Officials during
the Christmas Holiday Season or for the mozerella cheese sold by
the Prison Commissary as not being any of the causes associated
with Pityriasis Rosea. See Data on Pityriasis Rosea.

9. That, afterward I conducted my own research at the Prison
Leisure Library by logging in time to discover exactly what is
Pityriasis Rosea and its cause. That, I was able to discover using
the Webster's Third New International Dictionary Unabridged, the
definition of Pityriasis Rosea. That, it stated: 1. One of several
skin diseases marked by the formation and desquamation of branny
scales; 2. A disease of domestic animals marked by dry epithelial
scales or scurf due to alteration of the function of the sebaceous
glands and possibly associated with digestive disorders. Further
study of what the meaning of sebaceous glands led to: any of the
small sacculated glands lodged in the substance of the derma, usually
opening into the hair follicles. and secreting an oily greasy material
composed in great part of fat which softens and lubricates the hair

and skin.

10. That, here the discovery found that I indeed have not only a rash of the skin but, that it is a skin disease. The disease marked by its characteristics is consistent with the suffering Plaintiff has been complaining about due to his exposure to ETS. That, Plaintiff is suffering from loss of appetite, skin irritations or itching, the discoloration of skin, loss of hair follicles, etc. The skin disease, Pityriasis Rosea, as stated above causes "dry epithelial scales or scurf due to **alteration** of the function of the sebaceous glands." Plaintiff affirms this is true concerning his exposure to Environmental Tobacco Smoke and will attest that such exposure is the likely cause of the skin disease Pityriasis Rosea, despite no known causes as informed by Dawn M. Marini.

11. Plaintiff affirms that he has requested and was seen by PA Hughes at FCI RayBrook concerning a rash in kind and discoloration of his skin previously. However, Plaintiff's claim was dismissed as a non concern resulting in the skin disease, Pityriasis Rosea. As Clinical Director, Dawn Mr. Marini, admitted, the initial rash or Mother Rash was the start to the proliferation of the rash spreading and covering my entire torso.

12. I have also been experiencing a newly formed spread of the skin disease believed to be Pityriasis Rosea or som other form associated with cancer. I recently requested to be seen by the Physician concerning this development after waiting for 6 months to see whether the so-called rash would dissipate as stated by Dr. Marini in my

last visit. However, this skin irritation has persisted and lasted
longer than any Pityriasis Rosea. See Attached <u>Inmate Request Form
to Staff</u>.

13. I am of the firm belief that this new skin irritation is
the squamous type cell associated with cancer. It would be very
rare for Pityriasis Rosea to affect the face. However, this is the
very area that has been affected for some time. The conclusion is
that this injury is the result of my exposure to ETS. See Attached
<u>Picture of Plaintiff's face</u>.

14. I entered FCI McKean and FCI RayBrook having previously
contracted an STD and after years of exposure had the STD exasper-
ated. I reported to the FCI RayBrook medical facility that it
appeared to have been a cold sore located on my upper lip. The
medical practitioner informed me however, after examination, that
the affected area was a herpes simplex virus I. This diagnosis is
consistent with a sexually active person. However, I have not been
exually active since entering the Federal Correctional Institutions
of both McKean and RayBrook. I only understand that this is an injury
where my exposure to ETS has exasperated the previous STD experienced
in 1991. See Attached <u>Medical Diagnosis Sheet</u>; see also Defendant's
Exhibit 5, Declaration of Dawn Marini at ¶3h.

15. Not related to exposure to ETS but, to clarify that I did
not suffer any injury caused from a putty knife slipping into my
hand. I did not suffer any superficial wound or scratch like on

September 19, 1997, as reported in the Inmate Injury and Assessment

Follow-up Medical File. This injury report is inaccurate as it states

the name of the injured person to being Brown, Thomas. See Attached

Inmate Injury and Assessment and Follow-Up .


    I, DEMETRIUS BROWN, hereby affirm and declare under penalty

of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

3-8-07                                      _Demetrius Brown_
Dated


cc:file
db/db

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 7/16/97 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME** Brown Demetrius

**2. IDENTIFICATION NUMBER** 21534-039

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code) 16134 Greenview Detroit, MI. 48219

**5. EMERGENCY CONTACT** (Name and address of contact) Kimberly Moore 16134 Greenview  Det, MI. 48219

**6. DATE OF BIRTH** 2/8/72  **7. AGE** 25  **8. SEX** ☐ FEMALE ☑ MALE

**9. RELATIONSHIP OF CONTACT** Wife

**10. PLACE OF BIRTH** Detroit

**11. RACE** ☐ WHITE ☑ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP-DOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY  b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS** FCI McKean Box 5000 Bradford, PA

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A + O

### 17. CLINCIAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | ✓ | | P. TESTICULAR | NE |
| | | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| | C. DRUMS (Perforation) | ✓ | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE | | ✓ | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT | | ✓ | U. FEET | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS  See #531 | ✓ |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | | AA. PSYCHIATRIC (Specify any personality deviation) | NE |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | BB. BREASTS | N/A |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | CC. PELVIC (Females only) | N/A |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

B + C impacted cerumen, TM not visualized.

COPY

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

### 5. TEST RESULTS (Copies of results are preferred as attachments)

| URINALYSIS (1) SPECIFIC GRAVITY | | 6. CHEST X-RAY OR PPD (Place date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | 000007 |
| SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 5'9." | 174 | black | brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | 97.6 |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 116 DIAS. 76 | B. RECUMBENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |

**31. HETEROPHORIA** *(Specify distance)*

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION *(Test used and result)* | 34. DEPTH PERCEPTION *(Test used and score)* | | UNCORRECTED |
|---|---|---|---|---|---|
| RIGHT | LEFT | (N) | | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION *(Test used and score)* | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR *(Tests used and score)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

**42. NOTES** *(Continued)* **AND SIGNIFICANT OR INTERVAL HISTORY**

1992 - Head Fx and surgery done
(R)

25 y/o. Black male
non smoker
NKPA
Hx of STD - 1991 - treated
w HIV test in the past

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers)*



**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** *(Specify)*

| | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

**46. EXAMINEE** *(Check)*

A. ☑ IS QUALIFIED FOR    Regular Duty

B. ☐ IS NOT QUALIFIED FOR

**45B. PHYSICAL CATEGORY**

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| A | B | C | E |
|---|---|---|---|
| | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| **M. TARR, MLP** | |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| **D. OLSON, M.D.** | |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN *(Indicate which)* | SIGNATURE |
|---|---|
| | |

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|
| | |

000008

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 1

## FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?                     yes (no)
   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____          yes (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____                 yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                      yes (no)

6. Do your ankles ever swell during the day?                   yes (no)

7. Have you ever been treated for a tumor or growth?           yes (no)

8. Have you ever had abnormal bleeding?                        yes (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                           yes (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                   yes (no)

Circle any of the following that you have had:

| | |
|---|---|
| Congenital heart defects | Heart murmur |
| Heart attack or heart problems | Angina |
| Stroke | High Blood pressure |
| Rheumatic Fever | Heart pacemaker |
| Asthma | Epilepsy or seizures |
| Anemia (blood problems) | Diabetes |
| Thyroid problems | AIDS or HIV infection |
| Chronic bronchitis | Emphysema |
| Venereal disease (syphilis, gonorrhea) | Tuberculosis (TB) |
| Arthritis | Psychiatric treatment |
| Artificial heart valve | Artificial joint |
| Hepatitis | |

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                      yes (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Reviewed

000037

Name: _____   Reg No. _____

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 1/25/13 |
|---|---|---|

| 1. LAST NAME–FIRST NAME–MIDDLE NAME  Brown  Demetrius | 2. IDENTIFICATION NUMBER  21534-039 | 3. GRADE AND COMPONENT OR POSITION |
|---|---|---|

| 4. HOME ADDRESS (Number, street or RFD, city or town, state and ZIP code)  16134 Greenview  Detroit, MI. 48219 | 5. EMERGENCY CONTACT (Name and address of contact)  Al Brown  24329 Leenwen  Detroit, MI. 48219 |
|---|---|

| 6. DATE OF BIRTH  2/8/72 | 7. AGE  31 | 8. SEX  ☐ FEMALE  ☒ MALE | 9. RELATIONSHIP OF CONTACT  Dad |
|---|---|---|---|

| 10. PLACE OF BIRTH  Detroit, MI. | 11. RACE  ☐ WHITE  ☒ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER |
|---|---|

| 12a. AGENCY  BOP DOJ | 12b. ORGANIZATION UNIT  FCI McKean | 13. TOTAL YEARS GOVERNMENT SERVICE  a. MILITARY    b. CIVILIAN |
|---|---|---|

| 14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS   P.O. Box 5000  Bradford, PA 16701 | 15. RATING OR SPECIALTY OF EXAMINER   16. PURPOSE OF EXAMINATION  Bi Anually |
|---|---|

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | N/E | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) Scant Cerumen  (Auditory acuity under items 39 and 40) | | N/E | P. TESTICULAR | |
| | | | N/E | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | C. DRUMS (Perforation) TMs Intact & Clr. | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE  ⊕ DNS – Rt | | ✓ | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT ⊕ Tonsils 1° Smooth | | ✓ | U. FEET | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | ✓ | CC. PELVIC (Females only) | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

Neck- FROM, ⊘ LA , ⊕ TMJ , ⊘ Bruits

COPY

| 18. DENTAL (Place appropriate symbols shown in examples, above or below number of upper and lower teeth.) | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|

## 19. TEST RESULTS  (Copies of results are preferred as attachments)

| A. URINALYSIS  (1) SPECIFIC GRAVITY | B. CHEST X-RAY OR PPD (Place date, film number and result) |
|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC |
| (3) URINE SUGAR | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

000005

MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'10" | 170# | BLACK | D. Brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | | | | 98 |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 138 DIAS. 74 | B. RECUMBENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 74 | B. RECUMBENT PRO 12 | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION 20/15 >OU | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT NL | LEFT NL | OK | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT NL | LEFT NL | NE | | RIGHT | LEFT |

| 39. HEARING | | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

—WD/WN & HM
- Dental Services — 2 wks Prior → all good & cleaning
& restoration Required
- PPD done 7/8/03 — Results Pending Read 7-10-03

(Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Return PRO-Clinic ① Bi-Annual H & Pº

| 45A. PHYSICAL PROFILE | | | | |
|---|---|---|---|---|
| P | U | L | H | E | S |

46. EXAMINEE (Check)

A. ☑ IS QUALIFIED FOR     Regular Housing & Recr. Work

B. ☐ IS NOT QUALIFIED FOR

| 45B. PHYSICAL CATEGORY | | | | |
|---|---|---|---|---|
| A | B | C | E |

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Robert E. Piotrowski, PA-C | PA-C |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| D. Olson, MD ... Director | |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

FPI LFX  Printed on Recycled Paper

STANDARD FORM 88 (Rev. 10-94) BACK

000006

Sales Invoice ----S.U.
Ray Brook FCI
MAIN

Account No. 2153-0039          LBK20003
BROWN, DEMETRIUS
12/06/2004 12:22:28 PM TXR547791        35

BEGINNING BALANCES:
Available Balance is $105.33
Spending Limit Balance is $272.45
Account Balance is $85.33

| Qty | Description | Price |
|-----|-------------|-------|
| 1 | CHERRY SANDWICH* | $0.90 |
| 1 | CHOCOLATE MUND* | $0.85 |
| 1 | AFTER SHAVE LG | $1.35 |
| 1 | SHOE INSOLES | $2.75 |
| 1 | TONE SOAP | $1.05 |
| 1 | TONE SOAP | $1.05 |
| 1 | BUD'S BUTTERFINGE | $1.00 |
| 1 | BBQ CORN CHIPS | $0.95 |
| 1 | BUD'S OREO COOKIE | $1.00 |
| 4 | POPCORN,X-BUTTER | $1.80 |
| 1 | COLOMBIAN COFFEE | $5.85 |
| 1 | TREND W/BLEACH | $1.60 |
| 1 | EBERX HANDS | $0.85 |
| 1 | ZZZY CLEAR DROPS | $3.20 |
| 1 | WHITE TILLERP | |
| 1 | HERITAGE CONDITIO | $2.00 |
| 1 | HAIR FOOD | $3.55 |
| 1 | AA BATTERIES - LN | $2.35 |
| 1 | NITE-OUT | $2.35 |
| 1 | PEN | $0.40 |
| 1 | SHAVE LOTION W/AL | $2.05 |
| 1 | COPIER CARD | $5.95 |
| 10 | 37 CENT SINGLE ST | $3.70 |
| *3 | PHOTO TICKET/ FCI | $3.00 |

Total        $45.50

Charge 21534039        $45.50

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $35.03
Spending Limit Balance is $226.65

```
Sales Invoice  ---S.B.U. ---
Bay Brook FCI
MAIN
Account No. 21534035        ADK3002
BROWN, DEMETRIUS
09/20/2005 11:25:46 AM TXN797733    20

BEGINNING BALANCES:
Available Balance is $90.45
Spending Limit Balance is $204.40
Account Balance is $90.45

Qty  Description              Price
23   READING GLASSES          $2.10
 1   MACKEREL FILLETS         $2.20
 1   PEANUT BUTTER            $1.60
 1   TREND W/BLEACH           $1.45
 1   POTATO BREAD             $1.05
 1   TONE SOAP                $1.05
 2   TONE SOAP                $3.30
 2   ASSORTED ICE CRM         $6.00
 1   CLIP-ON SUNGLASSE       ($6.00)
 1   CLIP-ON SUNGLASSE        $9.40
     PEN                      $0.40
 1   PEN                      $1.75
 1   CLOSE-UP FRESHMENT       $3.10
 1   SPEED STICK, SPOR        $2.38
 4   GREETING CARDS           $1.95
 1   AAA - PANASONIC          $1.25
 2   20W, GARLIC              $0.80
*2   FISH STEAKS              $4.60
*4   PHOTO TICKET/ FCI        $5.85
 1   COPIER CARD

              Total          $62.65

Change 21534035             $62.65

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $27.80
Spending Limit Balance is $221.75
Account Balance is $27.80

Signature
*** ALL SALES FINAL ***
```

**COMMON USES:** This medicine is an antihistamine used to treat anxiety, to relieve itching caused by allergic conditions, and to cause drowsiness. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** THIS MEDICINE WILL ADD TO THE EFFECTS of other depressants and alcohol. Ask your pharmacist if you have questions about which medicines are depressants. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Caution should be used in the elderly since they may be more sensitive to the effects of this drug. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS DRUG IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness or dry mouth. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include unusual drowsiness and dizziness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 05.4 - Expires January 2006
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

**FCI RAY BROOK PHARMACY** (518) 897-4000
PO BOX 300 - RAY BROOK, NY 12977
368326    E. SWEATT    01/09/06
BROWN, DEMETRIUS    21534-039
FCI RAY BROOK - A01-147U
***PILL LINE*** TAKE TWO TABLETS ( 50MG
) @ 1930

HYDROXYZINE 25 MG TAB    #2
(0)Refills    01/09/2006    LIS    RxExp 02/07/06
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Pityriasis

rosea



Search
the Web

Welcome,
[Sign Out, My Account]

Health Ho

**HEALTH**

# 800-865-1125 | Cancer AnswerLine

| Home || Healthy Living || Diseases & Conditions || Health News || Groups & Boards || Drug Guide |    Site

Search [                              ]    [All Yahoo! Health ▼]   Search

Top New Year's Searches on Yahoo! Health: resolutions, weight loss, healthy habits, fitness

GET HEALTHY NOW - Lose weight. Find love. Achieve balance.

GET FIT IN 2006 with tips from Gabrielle Reece and
Sponsored by: NIKEW

# Encyclopedia provided by: Healthwise

## Pityriasis Rosea

**Topic Contents**

**Topic Overview**
Related Information
References
Credits

---

**Related Encyclopedia Topics:** Ringworm of the Skin, Skin Changes, Tinea Versicolor

**Topic Overview**

**What is pityriasis rosea?**

Pityriasis rosea is a harmless, common skin problem that causes a rash. Although it can occur at any age, it is s
often in those between the ages of 10 and 35.

See an illustration of pityriasis rosea.

**What causes pityriasis rosea?**

The cause of pityriasis rosea is unknown. Unlike many other skin conditions, it is not an allergic reaction or caus
fungus or bacteria. Experts suggest that it may be caused by a virus, although it does not seem to spread from p
person (contagious) as most viruses do.

**What are the symptoms?**

Pityriasis rosea causes a rash.

The rash often begins with a single, round-to-oval, pink patch that is scaly with a raised border (herald patch). I ranges from 2 cm (0.8 in.) to 10 cm (3.9 in.). The larger size is more common. See an illustration of a herald pa Days to weeks later, salmon-colored, 1 cm (0.4 in.) to 2 cm (0.8 in.) oval patches appear in batches on the abd chest, back, arms, and legs. Patches sometimes spread to the neck but rarely to the face.
Patches on the back are often vertical and angled to form a "Christmas tree" or "fir tree" appearance.
The rash usually does not itch, although there may be mild itching. About 25% of people with the condition hav itch. [1]
The rash usually lasts 6 to 8 weeks, but it can last up to several months.

The rash may take other forms. Rounded bumps (papular rash) may be seen in young children, pregnant wome blacks; and blisters (vesicular rash) may be seen in infants and young children. In some people, the herald patcl appear, or two herald patches may appear close together.

Before the herald patch appears, you may feel tired and as though you have a cold. You may have a headache, sore throat, and loss of appetite.

The pityriasis rosea rash is similar to the rash seen in other skin conditions, including ringworm of the skin, tinea eczema, and psoriasis.

A rash similar to pityriasis rosea is also caused by certain medications, such as antibiotics, and by syphilis.

### How is pityriasis rosea diagnosed?

Your health professional will diagnose pityriasis rosea by looking at the rash. Diagnosis can be difficult when onl patch is visible; the condition is often mistaken for ringworm or eczema at this time. Once the rash appears, diag generally clear.

If the diagnosis is unclear, your health professional may do a potassium hydroxide (KOH) test to make sure it is infection. A skin sample may be taken from the infected area and examined under the microscope (biopsy). If th is unclear in a sexually active person, a test for syphilis is often done.

### How is it treated?

Pityriasis rosea will usually go away in 6 to 8 weeks without treatment. If the rash itches, you may wish to use sk and lubricants to soothe itching. If symptoms are severe, anti-inflammatory medications such as corticosteroids used to relieve itching and reduce the rash. Some people may try other medications, such as antifungals, becau looks like ringworm. However, because pityriasis rosea is not caused by a fungus, these medications are not eff

Exposing the rash to sunlight may make it go away more quickly. However, exposing your skin to the sun too lor result in sunburn and increase your risk of skin cancer.

If the rash lasts more than 3 months, contact your health professional.

To relieve itching at home:

Keep the itchy area cool and moist. Apply washcloths soaked in ice water. However, remember that repeated \ drying will actually dry your skin. Dry skin can worsen itching caused by a rash.
Avoid taking hot showers or baths. Keep the water as cool as you can tolerate.
Try an oatmeal bath, such as Aveeno Colloidal Oatmeal bath, to help relieve itching. You may also wrap 1 cup in a cotton cloth and boil as you would to cook oatmeal. Use this as a sponge and bathe in cool water without s Try a nonprescription 1% hydrocortisone cream for small itchy areas. Use the cream very sparingly on the face A nonprescription antihistamine medication, such as chlorpheniramine maleate (Chlor-Trimeton) or diphenhydr (Benadryl), may also reduce itching.

Yahoo! Health Pityriasis Rosea    Page 3 of 3

Case 1:04-cv-00379-SJM-SPB    Document 92-6    Filed 03/15/2007    Page 19 of 24

Apply a moisturizer or calamine lotion to the skin while it is damp.
Wear cotton or silk clothing. Avoid wearing wool and acrylic fabrics next to your skin.
Use as little soap as possible. Use gentle soaps, such as Basis, Cetaphil, Dove, or Oil of Olay. Avoid deodorar when you have a rash.

Author: Paul Lehnert
Medical Review: Adam Husney, MD - Family Medicine
Last Updated: July 8, 2004



© 1995-2005, Healthwise, Incorporated, P.O. Box 1989, Boise, ID 83701. ALL RIGHTS RESERVED.

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make information. For more information, click here. Privacy Policy. How this information was developed.

Not finding what you're looking for? Send Feedback

Copyright 2006 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

This site does not provide medical or any other health care advice, diagnosis or treatment. The site and its services, including tl
above, are for informational purposes only and are not a substitute for professional medical advice, examination, diagnosis or tre
seek the advice of your physician or other qualified health professional before starting any new treatment or making any chanç
treatment. Do not delay seeking or disregard medical advice based on information on this site. Medical information changes raƈ
Yahoo! and its content providers make efforts to update the content on the site, some information may be out of date. No health
Yahoo! , including information about herbal therapies and other dietary supplements, is regulated or evaluated by the Food
Administration and therefore the information should not be used to diagnose, treat, cure or prevent any disease without the su
medical doctor.

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Medical Staff | DATE: 2/27/07 |
|---|---|
| FROM: Demetrius Brown | REGISTER NO.: 21534-039 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: Ausable |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

    I would like to request medical attention for an area located on my face which appears to be a squamous cell reddish in color. This marking has appeared on my body before in the neck and torso area. At that time, I was diagnosed with Pityriasis rosea. I am not exactly sure whether these markings are signs of cancer but, possibly are. Therefore, I would like an examination to conclude if so or not.

*Demetrius Brown*

(Do not write below this line)

DISPOSITION:

Make a sick call appointment
(fill out sick call paperwork)
and come to health svc.
Mon, Tue, Thurs, Fri at 6:15 Am or
when your unit is let out for breakfast

| Signature Staff Member *Sweat* | Date 3/4/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



028
Mesh150 NNNN 11.27.06 018 Snapshot

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 10/25/05 1400 | S c/o cold on ↑ lip x 1 week. and hyperpigmentation |
| | Ⓓ zygomatic area of face p̄ "blackhead burst" |
| | O 22 y/o AA ♂ NAD |
| | Ⓓ zygomatic area brown hyperpigmentation |
| | c̄ distinct edges. No raised area, no acne noted. (Will pt̄ to monitor) |
| | HSV I c̄ center cleft l.p → right sup to |
| | Cleft healing, flat papule ∅ drainage {or |
| | flesh colored |
| | A HSV I |
| | Hyperpigmentation lesion |
| | P Education - above ———— E. HUGHES, APRN, DC-FNP |
| | DMD |
| | |
| 1/9/06 1250 | S/ Sick call- Since last monday (7 days) has |
| | c/o rash on stomach and arms. Ate sunflower seeds |
| | and cheese from Commissary. Developed rash |
| | after this time frame. Denies hives. Rash |
| | is itchy esp at night. Denies any change in |
| | soaps, detergent or lotions. |
| | O/ Trunk (arms and upper thighs) diffuse flat |
| | hyperpigmentated rash both front and back. |
| | Has larger "mother" lesion on Ⓛ side of neck ≈ |
| | A/ Pityriasis rosacea |
| | P/ Dr Manini consulted. Pt educated that |
| | rash could take 6-12 weeks to clear. |
| | Hydroxyzine 50 mg qHS pill line x 30d. |

Ord.Date
01/09/06   BROWN, DEMETRIUS      E. SWEATT⁷⁰⁰
           21534-039            (0)Refills
Exp.Date   ***PILL LINE*** TAKE TWO TABLETS (
02/07/06   50MG ) @ 1830
Rx #
368326     HYDROXYZINE 25 MG TAB        1/2

US Government Printing Office: 1993 — 342-120/59262

Sweatt

Ⓒ E. SWEATT, RPA, AHSA

L. A. Cohn, PharmD

STANDARD FORM 600-BACK (REV. 8-8)

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP

*(Medical)*

| 1. Institution  FCI McKEAN | 2. Name of Injured  BOWN THOMAS | 3. Register Number  421 34-061 |
|---|---|---|
| 4. Injured's Duty Assignment  Unicor | 5. Housing Assignment  1 B | 6. Date and Time of Injury  9/19/97    1820 |

| 7. Where Did Injury Happen (*Be specific as to location*)  unicor | Work Related?  ☐ Yes  ☑ No | 8. Date and Time Reported for Treatment  9/19/97    1830 |
|---|---|---|

**9. Subjective:** (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

Scraping a board with putty Knife & slipt & went into my hand

*Thomas Brown*

Signature of Patient

**10. Objective:** (*Observations or Findings from Examination*)

0.5 cm superficial wound

a scratch like

X-Rays Taken _____    Not Indicated __✓__

X-Ray Results

**11. Assessment:** (*Analysis of Facts Based on Subjective and Objective Data*)

Superficial wound

**12. Plan:** (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

1. apply Butterfly and Band Aid after cleaning the wound

**13. This Injury Required:**

☑ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (*explain*)

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

O. OLSON M.D.
CLINICAL DIRECTOR

9/19/97

*Self Carboned Form - If ballpoint pen is used, PRESS HARD*

Original - Medical File

Canary - Safety

000044