Demetrius Brown
Reg No. 21534-039
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, NY 12977

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE ™
WWW.USPS.GOV

LABEL 107R, OCT 1997

$0.00

U.S. POSTAGE

Clerk of Court
United States District Court
for the Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501

RECEIVED

MAR 1 5 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA