**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DEMETRIUS BROWN,          )
          Plaintiff,    )
                    )
      v.             )       C.A. No. 04-379 Erie
                    )
U.S. JUSTICE DEPARTMENT, et al,  )
          Defendants.  )

## ORDER

AND NOW, this 5th day of February, 2007;

Defendants having filed a Motion to Dismiss, Motion for Summary Judgment (Doc. #85) and brief in support thereof;

IT IS HEREBY ORDERED that plaintiff shall be allowed until February 26, 2007, to respond to the motion. Plaintiff may also amend the complaint to cure any procedural defects.

IT IS FURTHER ORDERED THAT plaintiff shall serve on counsel for defendants, Megan E. Farrell, Esq., a copy of each pleading or other document submitted for consideration by the court and shall include with each document filed a certificate stating the date a true and correct copy of the pleading or document was mailed to each attorney. Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service shall be returned to the plaintiff by the Clerk.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                    s/Susan Paradise Baxter
                    SUSAN PARADISE BAXTER
                    Chief United States Magistrate Judge

cc:      all parties of record (lw)

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DEMETRIUS BROWN,                    )
          Plaintiff,               )
                                   )
                                   )
     v.                            )     Civil Action No. 04-379 Erie
                                   )
UNITED STATES,                     )
U.S. JUSTICE DEPARTMENT,           )
BUREAU OF PRISONS (BOP),           )
FCI McKEAN, HARLEY G. LAPPIN-      )
Director of BOP, NEWTON E.         )
KENDIG- Medical Director of        )
BOP, D. SCOTT DODRILL- North-      )
east Regional Director of BOP,     )
JOHN J. LAMANNA-Warden of FCI      )
McKEAN,                            )
          Defendants.              )

## AFFIDAVIT OF DEMETRIUS BROWN

     I, Demetrius Brown, herein above as Plaintiff, hereby affirm
and declare under penalty of perjury, the following:

     1. I have submitted, thus have filed Administrative Grievances
pertaining each to Defendants Discrimination and their Retaliation
as to me. See **Attached.**

     2. I have therefore, "exhausted" the Administrative Remedy Process
by filing Grievances to the Bureau of Prisons General Counsel. As such,
I deny the Declaration of Rosalind Bingham at paragraphs 3 and 5
asserting that "exhaustion" of remedies is when final appeal is denied
by the Bureau of Prisons General Counsel and that I did not exhaust

the remedies for the issues claimed in the above paragraph 1
relating to Discrimination and Retaliation.

3. That when exhausting Administrative Remedies, it is not
necessary to become particluar as to the legal issues involved but,
to assert the factual basis of the claim. And, whether hearing is
necessary to resolve the issue then that is a matter to be taken
at the discretion of the reviewing agency especially when facts
may warrant clear interpretations.

4. Finally, I deny the Declaration of Rosalind Bingham at
paragraph 6 to specify that I have not exhausted my Administrative
Remedies by allocating a particular kind and number of issues to
be raised. I, in this regard, assert that I have exhausted my
Administrative Remedies as to the issues claimed in the above para-
graph 1 relating to Discrimination and Retaliation.


I, DEMETRIUS BROWN, hereby affirm and declare under penalty
of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

3-30-07
Dated

DISCRIMINATION CLAIM

*Discrimin...*

**FEDERAL CORRECTIONAL INSTITUTION**
Ray Brook, New York
Attachment A

**INFORMAL RESOLUTION**

Name: _BROWN, D_     Reg. No.: _21534-039_ Unit: _GEN B_

Date: _01/03/07_ Counselor: _D.P. Snyder, C/C_

Part A - Inmate Request/Issue   This is a complaint against institutionalized

discrimination. I am complaining that D.Salamy-Case Mgr. for Genese B, Rebecca

Tamez-Chief of the Designation & Sentence Computation Center, Harley G. Lappin-

Director of the Bureau of Prisons, D. Scott Dodrill-Northeast Regional Director

for the Bureau of Prisons, and others unknown each have conspired to violate

my Civil Rights to be treated equally thus, discriminating against me by  **>Over**

Part B - Referred To:

| PROGRAMS | OPERATIONS | UNICOR |
|---|---|---|
| CASE MANAGEMENT COORD. | ☐ CAPTAIN | ☐ FACTORY MANAGER ☐ |
| INMATE SYSTEMS MGR. | ☐ SIS LT. | ☐ BUSINESS MANAGER ☐ |
| INMATE SYS. SUPERVISOR | ☐ PROPERTY LT. | ☐ SYSTEMS ADMINISTRATOR ☐ |
| CHIEF PSYCHOLOGIST | ☐ CONTROLLER | ☐ QUALITY ASSURANCE MGR. ☐ |
| DRUG PROGRAM COORD. | ☐ TRUST FUND SUPERVISOR | |
| CHAPLAINCY SERVICES | ☐ FOOD SVC. ADMIN. | **ADMINISTRATIVE** |
| SUPERVISOR EDUCATION | ☐ HEALTH SERVICES ADMIN. | ☐ EXECUTIVE ASSISTANT ☐ |
| SUPERVISOR RECREATION | ☐ CLINICAL DIR.ASST. HSA | ☐ COMPUTER SERVICES MGR. ☐ |
| VOL/INMATE COORDINATOR | ☐ CHIEF DENTAL OFFICER | ☐ DISCIPLINE HEARING OFF. ☐ |
| | ☐ PHARMACIST | ☐ PARALEGAL SPECIALIST ☐ |
| UNIT MANAGER | ☐ HUMAN RESOURCES MGR. | |
| CASE MANAGER    A OR B | ☐ FACILITY MANAGER | **OTHER** |
| COUNSELOR    A OR B | ☐ GENERAL FOREMAN | · PLEASE SPECIFY: |
| UNIT SECRETARY | ☐ EMPLOYEE DEVELOPMENT MGR | |
| | ☐ SAFETY MANAGER | |

UNIT _GENESEE_

_Mr. J FEHLNER  U/M_

Part C - Informal Resolution Attempt

☐ Issue Resolved/Relief Granted     - ☐ Comments on back.
☑ Issue Unresolved/No Relief Granted ~ ☐ Comments on back.
☐ Unable to address issue/Referred to _____.

By: _____     Date: _1-5-07_

Second Informal Resolution Attempt

☐ Issue Resolved/Relief Granted     - ☐ Comments on back.
☐ Issue Unresolved/No Relief Granted - ☐ Comments on back.
☐ Unable to address issue/Referred to _____.

By: _____     Date: _____

Reviewed: _____ Unit Manager  Date: _____
          J. Fehlner, UM

| Counselor's Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 days | Form Issued | BP-9 Issued | BP-9 Returned |
| GEN-B-7-002 | | | 01/03/07 | 01/05/07 | |

... repeatedly denying me transfer request to the proper low level security institution according to policy dictates and where others similarly situated have been transferred. This discrimination has thus, caused me much pain and suffering. I therefore, seek $1,000,00.00 (one million) dollars in hard money against each coconspirator. I request further, that no reprisals be had because of my filing this complaint.

I also declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

1-4-'07

Demetrius Brown

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Issued 01/05/2007  GEN-B-7-002*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Brown, Demetrius | 21534-039 | Gen.B/Aus. | FCI RayBrook |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**   This is a complaint against institutionalized discrimin-
ation. I am complaining that Dave Salamy- Case Mgr. for Genese B, Rebecca Tamez-
Chief of the Designation & Sentence Computation Center, Harley G. Lappin-Director
of the Bureau of Prisons, D. Scott Dodrill-Northeast Regional Director for the
Bureau of Prisons, and Others Unknown each have conspired to violate my Civil
Rights to be treated equally thus, discriminating against me by repeatedly
denying me transfer request to the proper low level security institution accord-
ing to policy dictates and where others similarly situated have been transferred.
This discrimination has thus, caused me much pain and suffering. I therefore
seek $1,000,000.00 (one million) dollars in hard money against each coconspirator
I request further, that no reprisals be had because of my filing this complaint.
   I also declare under penalty of perjury, 28 U.S.C. §1746, that the fore-
going is true and correct.

| | |
|---|---|
| *1-9-07* | *Demetrius Brown* |
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN

BP-229(13)
APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
**Part B - Response**

**Name:** BROWN, Demetrius          **Admin. Remedy Case Number:** 439863-F1

**Reg. No.:** 21534-039          **Unit:** Genesee/Ausable

Your Request for Administrative Remedy (BP-229), dated January 9, 2007, received in this office on January 19, 2007, has been reviewed. You claim staff have been conspiring and retaliating against you by repeatedly denying you a transfer. Additionally, you seek $1,000,000.00 in compensation from each person you accused.

Investigation into this matter reveals you are an eleven point, Low security level inmate with IN custody with a Management Variable (Population Management) applied by the Designations and Sentence Computation Center on December 13, 2006. The Management Variable expires on June 13, 2008. You arrived at FCI Ray Brook, New York, on November 4, 2004, from FCI McKean, Pennsylvania, in order to increase the population at this facility. Per your request, your unit team submitted a transfer, on two separate occasions, to a Low security level institution. However, as mentioned above, these requests for transfer were denied and a Management Variable was applied. PS5100.08, Inmate Security Designation and Custody Classification, dated September 12, 2006, indicates "A Management Variable is required when placement has been made and/or maintained at an institution level inconsistent with the inmate's scored security level." Many factors are taken into consideration when reviewing a case for transfer including population levels in institutions. Staff followed procedures in submitting you for transfer; however, population pressures prevented this request from being approved. Therefore, your claim is found to have no merit. Lastly, I do not have the authority to impose monetary sanctions against staff.

Based on the above information, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a Regional Appeal, BP-230(10), to the Northeast Regional Director, Federal Bureau of Prisons, U.S. Customs House, 8TH Floor, 2nd and Chestnut Streets, Philadelphia, PA 19106.

_____          _____
Date                     T. R. Craig, Warden

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

*Issued 01/30/2007 DB (KBK) Sgt-k  BPIO  ②*

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Brown, Demetrius_____    __21534-039___    __Genese/Aus.__ __FCI RayBrook__
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.              UNIT              INSTITUTION

**Part A—REASON FOR APPEAL**  This is an appeal to the Regional Director of the complaint denied at the institutional level by Warden T.R. Craig against institutionalized discrimination. To reiterate, I've complained that Dave Salamy- Case Mgr. for Genese B, Rebecca Tamez- Chief of the Designation & Sentence Computation Center, Harley G. Lappin- Director of the Bureau of Prisons, D. Scott Dodrill- Northeast Regional Director for the Bureau of Prisons, and Others Unknown (now including T.R. Craig himself) each have conspired to violate my Civil Rights to be treated equally thus, discriminating against me by repeatedly denying me transfer request to the proper low level security institution according to policy dictates and where others similarly situated have been transferred. This discrimination has thus, caused me much pain and suffering. I therefore seek $1,000,000.00 (one million) dollars in hard money against each coconspirator.

I request further, that no reprisals be had because of my filing this complaint and its appeal.

I also declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

__2-12-07_____                    __Demetrius Brown_____
    DATE                                      SIGNATURE OF REQUESTER

**Part B—RESPONSE**




_____                    _____
    DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                                                      BP-230(13)
USP LVN    DATE    Previous editions not usable ⊕    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    APRIL 1982

BROWN, Demetrius
Reg. No. 21534-039
Appeal No. 439863-R1
Page One

---

### Part B - Response

You appeal the decision of the Warden at FCI Ray Brook and allege repeated discrimination. You contend the Bureau of Prisons has conspired to violate your civil rights by denying your requests for transfer to less secure facility. You assert you are a low security level inmate and are being treated differently than other inmates similarly situated. You seek $1,000,000.00 from each alleged coconspirator.

Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification Manual</u>, permits staff to use professional judgement within specific guidelines when making classification decisions. One of the objectives of this system is to place each inmate in the lowest security level facility for which the inmate qualifies, while maintaining population balance throughout the Bureau. Circumstances such as security needs, population concerns, inmate safety and the needs of the Bureau may prevent placement of inmates close to their residences or other desired locations. The above policy authorizes the use of management variables when there is reasonable justification for housing an inmate in an institution not commensurate with his or her security level.

A review of your records indicates you are a low security level inmate currently placed at a medium security level facility, with a management variable for Population Management. Due to population pressures at low security level facilities at this time, and the population needs at FCI Ray Brook, the above indicated management variable was applied. Your management variable will expire in June 2008, at which time, you will be reviewed for transfer consideration. You do not have the right to be transferred to a particular federal facility and you have not presented any evidence staff has conspired or discriminated against you. Finally, you cannot receive monetary damages via the administrative remedy program. You may request money damages by submitting a claim to the Regional Counsel under the Federal Tort Claims Act. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: March 20, 2007

D. SCOTT DODRILL
Regional Director

U.S. Department of Justice

Bureau of Prisons

*Issued 03/26/07 Sp-c*

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Brown, Demetrius__    __21534-039__    __Gen.B/Aus__    __FCI RayBrook__

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**   This is a final appeal, in the exhaustion of remedies, to the General Counsel from a lower appeal denied by the Northeast Regional Director, . Scott Dodrill, in a complaint against institutionalized discrimination. To reiterate the claim and relief stated below, I am complaining that Dave Salamy-Case gr. for Genese B, Rebecca Tamez- Chief of the Designation & Sentence Computation enter, T.R. Craig- Warden of FCI RayBrook, D. Scott Dodrill- Northeast Regional irector for the Bureau of Prisons, Harley G. Lappin- Director of the Bureau of risons, and others unknown each have conspired to violate my Civil Rights to be reated equally thus, discriminating against me by repeatedly denying me transfer equest to the proper low level security institution according to policy dictates nd where others similarly situated have been transferred. This discrimination has hus, caused me much pain and suffering. I therefore seek $1,000,000.00 (one illion) dollars in hard money against each coconspirator.

     I request further that no reprisals be had because of my filing this omplaint and its appeal.

     I also declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing s true and correct.

__3/26/07__
DATE

__*Demetrius Brown*__
SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

_____
DATE

_____
GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-DIR-11
April 1982

**RETALIATION CLAIM**

*Transfer*
*Retaliation*

## INFORMAL RESOLUTION

Name: _BROWN, D._    Reg. No.: _#21534-039_   Unit: GEN B

Date: _01/03/07_   Counselor: _D.P. Snyder, C/C_ _____

**Part A - Inmate Request/Issue**   This is a complaint against Retaliation. I am

complaining that D. Salamy-Case Mgr. for Genese B, Rebecca Tamez-Chief of the

Designation & Sentence Computation Center, Harley G. Lappin-Director of the

Bureau of Prisons, D. Scott Dodrill-Northeast Regional Director for the Bureau

Prisons, and others unknown each have conspired to Retaliate against me for filing

various Administrative Grievances & commencing Lawsuits against Prison Officials >Over

**Part B - Referred To:**

| PROGRAMS | OPERATIONS | | UNICOR | |
|---|---|---|---|---|
| CASE MANAGEMENT COORD. | CAPTAIN □ | | FACTORY MANAGER | □ |
| INMATE SYSTEMS MGR. | SIS LT. □ | | BUSINESS MANAGER | □ |
| INMATE SYS. SUPERVISOR | PROPERTY LT. □ | | SYSTEMS ADMINISTRATOR | □ |
| CHIEF PSYCHOLOGIST | CONTROLLER □ | | QUALITY ASSURANCE MGR. | □ |
| DRUG PROGRAM COORD. | TRUST FUND SUPERVISOR □ | | | |
| CHAPLAINCY SERVICES | FOOD SVC. ADMIN. □ | | **ADMINISTRATIVE** | |
| SUPERVISOR EDUCATION | HEALTH SERVICES ADMIN. □ | | EXECUTIVE ASSISTANT | □ |
| SUPERVISOR RECREATION | CLINICAL DIR.ASST. HSA □ | | COMPUTER SERVICES MGR. | □ |
| VOL/INMATE COORDINATOR | CHIEF DENTAL OFFICER □ | | DISCIPLINE HEARING OFF. | □ |
| | PHARMACIST □ | | PARALEGAL SPECIALIST | □ |
| (UNIT MANAGER) | HUMAN RESOURCES MGR. □ | | | |
| CASE MANAGER A OR B | FACILITY MANAGER □ | | **OTHER** | |
| COUNSELOR A OR B | GENERAL FOREMAN □ | | PLEASE SPECIFY: | |
| UNIT SECRETARY | EMPLOYEE DEVELOPMENT MGR □ | | | |
| | SAFETY MANAGER □ | | | □ |

UNIT _GENESEE_

_MR. FEHLNER U/m_

_____ □

**Part C - Informal Resolution Attempt**

□ Issue Resolved/Relief Granted   - □ Comments on back.
☒ Issue Unresolved/No Relief Granted - □ Comments on back.
□ Unable to address issue/Referred to _____.

By: _____   Date: _1-5-07_

**Second Informal Resolution Attempt**

□ Issue Resolved/Relief Granted   - □ Comments on back.
□ Issue Unresolved/No Relief Granted - □ Comments on back.
□ Unable to address issue/Referred to _____.

By: _____   Date: _____

Reviewed: _____   Unit Manager   Date: _____
J. Fehlner, UM

| Counselor's Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 days | Form Issued | BP-9 Issued | BP-9 Returned |
| GEN-B-7-001 | | | 01/03/07 | 01/05/07 | |

... by continously placing population management variables against my security classification in the event to perpetually hold me in a medium level security institution despite my low level security status. This Retaliation has thus, affected my safety and care as an inmate, as well as to cause much pain and suffering. I therefore seek $1,000,000.00 (one million) dollars in hard money against each coconspirator.

I request also that no further reprisals be had because of my filing this complaint.

I declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

1-4-07                                           Demetrius Brown

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Issued 01/05/2007 GEN-B-7-001* ____ *RBK*

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Brown, Demetrius | 21534-039 | Gen.B/Aus. | FCI RayBrook |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** This is a complaint against Retaliation. I am complaining that Dave Salamy- Case Mgr. for Genese B, Rebecca Tamez-Chief of the Designation & Sentence Computation Center, Harley G. Lappin-Director of the Bureau of Prisons, D. Scott Dodrill-Northeast Regional Director for the Bureau of Prisons, and Others Unknown each have conspired to Retaliate against me for filing various Administrative Grievances & commencing Lawsuits against Prison Officials by continuously placing population management variables against my security classification in the event to perpetually hold me in a medium-level security institution despite my low-level security status. This Retaliation has thus, affected my safety and care as an inmate, as well as to cause much pain and suffering. I therefore seek $1,000,000.00 (one million) dollars in hard money against each coconspirator.

I request also that no further reprisals be had because of my filing this complaint.

I declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

1-9-07
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                     CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
Part B - Response

Name: BROWN, Demetrius          Admin. Remedy Case Number: 439868-F1

Reg. No.: 21534-039             Unit: Genesee/Ausable

Your Request for Administrative Remedy (BP-229), dated January 9, 2007, received in this office on January 19, 2007, has been reviewed. You claim staff have been conspiring and retaliating against you for taking legal action against them.  Specifically, you claim staff have assigned the Population Management Management Variable on you as a form of retaliation.  Additionally, you seek $1,000,000.00 in compensation from each person you accused.

Investigation into this matter reveals you are an eleven point, Low security level inmate with IN custody with a Management Variable (Population Management) applied by the Designations and Sentence Computation Center on December 13, 2006.  The Management Variable expires on June 13, 2008. Per your request, your unit team submitted a transfer to a Low security level institution.  However, as mentioned above, this request for transfer was denied and a Management Variable was applied.  PS 5100.08, Inmate Security Designation and Custody Classification, dated September 12, 2006, indicates "A Management Variable is required when placement has been made and/or maintained at an institution level inconsistent with the inmate's scored security level."  Many factors are taken into consideration when reviewing a case for transfer including population levels in institutions.  Staff followed procedures in submitting you for transfer; however, population pressures prevented this request from being approved. Therefore, your claim is found to have no merit. · Lastly, I don't have the authority to impose monetary sanctions against staff.

Based on the above information, your Request for Administrative Remedy is denied.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a Regional Appeal, BP-230(10), to the Northeast Regional Director, Federal Bureau of Prisons, U.S. Customs House, 8TH Floor, 2nd and Chestnut Streets, Philadelphia, PA 19106.

_____          _____
      Date                         T. R. Craig, Warden

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

*Issued 01/30/2007 DB (RBIS) Sur-Gr BP-10  ①*

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Brown, Demetrius_____    ___21534-039___    __Genese/Aus__    _FCI RayBrook__

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL** This is an appeal to the Regional Director of the complaint denied at the institutional level by Warden T.R. Craig against retaliation. To reiterate, I've complained that Dave Salamy- Case Mgr. for Genese B, Rebecca Tamez Chief of the Designation & Sentence Computation Center, Harley G. Lappin- Director of the Bureau of Prisons, D. Scott Dodrill- Northeast Regional Director for the Bureau of Prisons, and Others Unknown (now including T.R. Craig himself) each have conspired to Retaliate against me for filing various Administrative Grievance & commencing Lawsuits against Prison Officials by continuously placing population management variables against my security classification in the event to perpetuall hold me in a medium-security level institution despite my low-security level status. This Retaliation has thus, affected my safety and care as an inmate, as well as to cause much pain and suffering. I therefore seek $1,000,000.00 (one million) dollars in hard money against each coconspirator.

  I request also that no further reprisals be had because of my filing this complaint and its appeal.

  I declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

__2-12-07__
DATE

__Demetrius Brown__
SIGNATURE OF REQUESTER

---

**Part B—RESPONSE**




---

| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____

   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

---

| USP LVN | DATE | Previous editions not usable ⊕ | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |

BP-230(13)
APRIL 1982

**BROWN, Demetrius**
Reg. No. 21534-039
Appeal No. 439868-R1
Page One

---

## Part B - Response

You appeal the decision of the Warden at FCI Ray Brook and allege
you have been retaliated against for submitting grievances
against staff.  You claim a management variable was imposed to
keep you at a medium-level facility without justification.  You
state this decision affects your safety and care, amounts to
discrimination and seek $1,000,000.00 from each alleged
coconspirator.

A review of your case revealed the application of the management
variable Population Management and transfer consideration was
previously addressed in Regional Appeal No. 439863-R1.  In
addition, you were properly instructed to submit an
administrative tort claim to seek monetary damages.  You have not
presented any evidence that you have been retaliated or
discriminated against.  However, if you feel your safety is in
jeopardy, you must advise staff so your concerns can be
addressed.  Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the
General Counsel, Federal Bureau of Prisons.  Your appeal must be
received in the Administrative Remedy Section, Office of General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534, within 30 calendar days of the date of
this response.

Date: March 20, 2007                    D. SCOTT DODRILL
                                        Regional Director

U.S. Department of Justice

Bureau of Prisons                                    *Issued* 03/26/07

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Brown, Demetrius                    21534-039        Gen.B/Aus.        FCI RayBrook
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT            INSTITUTION

**Part A—REASON FOR APPEAL** This is a final appeal, in the exhaustion of remedies, to the General Counsel from a lower appeal denied by the Northeast Regional Director, D. Scott Dodrill, in a complaint against retaliation. To reiterate the claim and relief stated below, I am complaining that Dave Salamy-Case Mgr. for Genese B, Rebecca Tamez- Chief of the Designation & Sentence Computation Center, .R. Craig- Warden of FCI RayBrook, D. Scott Dodrill- Northeast Regional Director for the Bureau of Prisons, Harley G. Lappin- Director of the Bureau of Prisons, and others unknown each have conspired to Retaliate against me for filing various Administrative Grievances & commencing Lawsuits against Prison Officials by continuously placing population management variables against my security classification in the event to perpetually hold me in a medium-security level institution despite my low-security level status. This Retaliation has thus, affected my safety and welfare as an inmate, as well as to cause much pain and suffering. I therefore seek $1,000,000.00 (one million) dollars in hard money against each coconspirator.

    I request also that no further reprisals be had because of my filing this complaint and its appeal.

    I declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

_____3/26/07_____                                   _____
      DATE                                          SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

_____                    _____
     DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**
                                                    CASE NUMBER: _____

Return to: _____    _____    _____    _____
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT            INSTITUTION

SUBJECT: _____

_____                    _____        BP-DIR-11
     DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL        April 1982

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DEMETRIUS BROWN,           )
      Plaintiff,     )
                      )
                      )
    v.                 )     Civil Action No. 04-379 Erie
                      )
UNITED STATES,            )
U.S. JUSTICE DEPARTMENT,   )
BUREAU OF PRISONS (BOP),   )
FCI McKEAN, HARLEY G. LAPPIN-  )
Director of BOP, NEWTON E.   )
KENDIG- Medical Director of BOP,)
D. SCOTT DODRILL- Northeast Reg-)
ional Director of BOP, JOHN J.  )
LAMANNA- Warden of FCI McKean,  )
            Defendants.     )

## PROOF OF SERVICE

    I, <u>DEMETRIUS BROWN</u>, do swear or declare that on this date,
March <u>30</u> 2007, as required by Fed.R.Civ.P. Rule 5, I have served
the enclosed REPLY WITH AFFIDAVIT TO SUPPORT AGAINST DEFENDANTS'
OPPOSITION TO HIS MOTION TO FILE THIRD AMENDED COMPLAINT on each
party to the above proceeding or that of party's counsel, and on
every person required to be served, by depositing an envelope con-
taining the above documents in FCI RayBrook's internal mail system
in the United States, mail properly addressed to each of them and
with first-class postage prepaid.

    The names and addresses of those served are as follows:

MEGAN E. FARRELL                at       700 Grant St. Suite 4000
Assistant U.S. Attorney                Pittsburgh, PA. 15219
Western District of Pennsylvania       (412)894-7429
                                       PA Id. #76972

I declare under penalty of perjury that the foregoing is true and
correct. Executed on <u>3-30</u>, 2007        _Demetrius Brown_