Demetrius Brown
Ten Book
P.O. Box 9006
Stony Brook, NY. 12977

Clerk of Court
UNITED STATES DISTRICT COURT
For The Western District of Pennsylvania
17 South Park Row,
ERIE, PA. 16501

CERTIFIED MAIL

Received
4-4-07
Clerk of Courts
me

LEGAL MAIL *