```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                     ERIE DIVISION
```

DEMETRIUS BROWN,                )
    Plaintiff,              )
                                )
                                )
    v.                          )   C.A. No. 04-379 Erie
                                )
UNITED STATES,                  )
U.S. JUSTICE DEPARTMENT,        )
BUREAU OF PRISONS (BOP),        )
FCI McKEAN, HARLEY G. LAPPIN-   )
Director of BOP, NEWTON E.      )
KENDIG- Medical Director of BOP )
D. SCOTT DODRILL- Northeast Reg-)
ional Director of BOP, JOHN J.  )
LAMANNA- FCI McKean Warden,     )
    Defendants.             )

### PLAINTIFF'S RENEWED PETITION TO EFFECT NEW AND PERSONAL SERVICE UPON DEFENDANT "UNITED STATES"

    **COMES NOW**, DEMETRIUS BROWN, herein as Plaintiff, proceeding Pro-Se, hereby moves this Honorable Court, the United States District Court for the Western District of Pennsylvania, for an Order directing the U.S. Marshals Service to effect new and personal service upon defendant "UNITED STATES." In support, Plaintiff affirms and declares, the following:

    1. On January 4, 2006, Plaintiff filed a Petition to Extend New and Personal Service upon Defendant- UNITED STATES Attorney. That, cause for effecting new and personal service was based on the U.S. Marshals Service issuing defective service of process.

2. On January 17, 2006, this Court ordered defendants to file response to Plaintiff's Motion to Extend Time to Effect New and Personal Service upon Defendant.

3. On January 19, 2006, Defendants responded to Plaintiff's Motion to Extend Time to Effect New and Personal Service upon Defendant- UNITED STATES Attorney. That, Defendants asserted because UNITED STATES responded to Complaint, Amended Complaint, and has not contested service of process, Plaintiff's petition should be denied as moot.

4. As a result, this Court agreeing, denied as moot, Plaintiff's Petition to Extend Time to Effect New and Personal Service. However, Plaintiff for cause now renews his Petition to Effect New and Personal Service upon Defendant- UNITED STATES Attorney.

5. For this reason, On March 12, 2007, Plaintiff submitted a Third Amended Complaint for filing, naming in the caption "UNITED STATES" (the sovereign authority for the government of the United States of America) as a defendant in fact.

6. Plaintiff's Third Amended Complaint sues, per se, the UNITED STATES for its liability in the acts and omissions of HARLEY G. LAPPIN- Director of the Bureau of Prisons, NEWTON E. KENDIG- Medical Director of the Bureau of Prisons, D. SCOTT DODRILL- Northeast Regional Director of the Bureau of Prisons, and JOHN J. LAMANNA- Warden of FCI McKean.

7. Under the Federal Rules of Civil Procedure, process is to be served upon the UNITED STATES by: "(1) delivering a copy of the summons and of the complaint to the UNITED STATES Attorney for the district in which the action is brought. See **Fed.R.Civ.P. 4(i)(1)(A)**. That, the time limit for service is 120 days after the filing of the complaint. See **Fed.R.Civ.P. 4(m)**.

8. Personal service upon the UNITED STATES is no longer a moot issue. Plaintiff has submitted for filing a Third Amended Complaint naming in the caption "UNITED STATES," per se. That, should judgment be rendered on behalf of Plaintiff, judgment would be rendered against the UNITED STATES.

9. Therefore, enforcing judgment against the UNITED STATES is proper in the sense that the UNITED STATES is a party defendant and legally served process for submitting to the Court's jurisdiction.

**WHEREFORE,** in light of the foregoing, Plaintiff request that this Court issue order directing the U.S. Marshals Service to effect new and personal service upon defendant "UNITED STATES" by servicing the UNITED STATES Attorney for the Western District of Pennsylvania.

I, DEMETRIUS BROWN, hereby affirm and declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

6/5/07
Dated

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                        ERIE DIVISION
```

DEMETRIUS BROWN,                )
       Plaintiff,          )
                           )
                           )
    v.                       )   C.A. No. 04-379 Erie
                           )
UNITED STATES,                  )
U.S. JUSTICE DEPARTMENT,        )
BUREAU OF PRISONS (BOP),        )
FCI McKEAN, HARLEY G. LAPPIN-   )
Director of BOP, NEWTON E.      )
KENDIG- Medical Director of BOP )
D. SCOTT DODRILL- Northeast Reg-)
ional Director of BOP, JOHN J.  )
LAMANNA- FCI McKean Warden,     )
       Defendants.         )

## PROOF OF SERVICE

    I, DEMETRIUS BROWN, do swear or declare that on this date, June 5th, 2007, as required by Fed.R.Civ.P. 4 and 5, I have served the enclosed PETITION TO EFFECT NEW AND PERSONAL SERVICE UPON DEFENDANT "UNITED STATES" with Affidavit to Support on each party to the above proceeding or that of party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in FCI RayBrook's internal mail system for mail in the United States, mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:

MEGAN E. FARRELL             at         700 Grant St. Suite 4000
Assistant U.S. Attorney                 Pittsburgh, PA. 15219
Western District of PA                  (412) 894-7429
                                                          PA ID #76972

I declare under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct. Executed on June 5th, 2007

*/s/ Demetrius Brown*

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                          ERIE DIVISION
```

DEMETRIUS BROWN,                )
    Plaintiff,              )
                                      )
                                      )
       v.                          )  C.A. No. 04-379 Erie
                                      )
UNITED STATES,                  )
U.S. JUSTICE DEPARTMENT,        )
BUREAU OF PRISONS (BOP),        )
FCI McKEAN, HARLEY G. LAPPIN-   )
Director of BOP, NEWTON E.      )
KENDIG- Medical Director of BOP )
D. SCOTT DODRILL- Northeast Reg-)
ional Director of BOP, JOHN J.  )
LAMANNA- FCI McKean Warden,     )
    Defendants.             )

ORDER

    **AND NOW**, this _____ day of June, 2007,

    **IT IS HEREBY ORDERED**, that Plaintiff's PETITION TO EFFECT NEW AND PERSONAL SERVICE UPON DEFENDANT "UNITED STATES" in the civil action number 04-379 Erie is hereby GRANTED.

    **IT IS FURTHER ORDERED**, that the UNITED STATES Marshals Service shall be directed to Effect New Process/Summons personally upon the UNITED STATES by servicing the UNITED STATES Attorney for the Western District of Pennsylvania at U.S. Post Office and Courthouse, 700 Grant Street, Pittsburgh, PA. 15219.

    **IT IS FURTHER ORDERED**, that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant

Local Rule 72.1.3B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/
―――――――――――――――――――

cc: United States Marshals
    Megan E. Farrell
    Demetrius Brown