Demetrius Brown
Reg. No. 21534-039
Federal Correctional Institution
P.O. Box 9001
RayBrook, NY. 12977

\*LEGAL\*
MAIL

Clerk of Court
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507

