Demetrius Brown
Reg. No. 21534-039
Federal Correctional Institution
RayBrook,
P.O. Box 9001
RayBrook, NY. 12977

*LEGAL MAIL*

Clerk of Court
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
17 South Park Row, P.O. Box 1820
Erie, Pennsylvania 16507

RECEIVED

SEP 1  2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

