IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| DEMETRIUS BROWN,<br>    Plaintiff,<br><br>    v.<br><br>U.S. JUSTICE DEPARTMENT,<br>BUREAU OF PRISONS, FCI McKEAN,<br>WARDEN JOHN J. LAMANNA, REGIONAL<br>DIRECTOR D. SCOTT DODRILL, MEDICAL<br>DIRECTOR NEWTON E. KENDIG, DIRECTOR<br>HARLEY G. LAPPIN.<br>    Defendants. | Civil Action No. 04-379 E |

FILED
OCT - 9 2007
CLERK ... COURT
WEST. DIST ...

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN THAT,** DEMETRIUS BROWN, herein as Plaintiff in the above named case and, proceeding Pro-Se, hereby appeal to the United States Court of Appeals for the Federal Circuit pursuant to Fed.R.Civ.P. 4(a), from the final judgment entered in this action on the 24th day of September, 2007. The issues for appeal are: WHETHER THE DISTRICT COURT ABUSED ITS DISCRETION WHEN GRANTING DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT **AND** WHETHER THE DISTRICT COURT ABUSED ITS DISCRETION WHEN DENYING AS FUTILE PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT.

Further, the Court's jurisdiction based on appeal is pursuant to 28 U.S.C. §1295(a)(2).

Respectfully submitted,

/s/ Demetrius Brown
Demetrius Brown
Reg. No. 21534-039
FCI RayBrook
P.O. Box 9001
RayBrook, NY. 12977

cc:file
db/db

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DEMETRIUS BROWN,            )
    Plaintiff,          )
                            )
                            )
v.                          )   Civil Action No. 04-379 E
                            )
U.S. JUSTICE DEPARTMENT,    )
BUREAU OF PRISONS, FCI McKEAN, )
WARDEN JOHN J. LAMANNA, REGIONAL )
DIRECTOR D. SCOTT DODRILL, MEDICAL
DIRECTOR NEWTON E. KENDIG, DIRECTOR
HARLEY G. LAPPIN,           )
    Defendants.         )

### PROOF OF SERVICE

    I, DEMETRIUS BROWN, do swear or declare that on this date, October 3rd, 2007, as required by Fed.R.Civ.P. 5, I have served the enclosed NOTICE OF APPEAL on each party to the above proceeding or that of party's counsel, and on every person required to be served, by depositing an envelope containing the above documents in FCI RayBrook's internal mail system for mail in the United States, mail properly addressed to each of them and with first-class postage prepaid. The names and addresses of those served are as follows:

MEGAN E. FARRELL     at     700 Grant St, Suite 4000
Assistant U.S. Attorney            Pittsburgh, PA. 15219
Western District of PA             (412)894-7429
                                                              PA ID #76972

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10-3-_____, 2007.

                                                          *Demetrius Brown* (signature)