Name: Demetrius Brown
Register Number: 21534-039
Federal Correctional Institution Ray Brook
P.O. Box 9001
Ray Brook, New York 12977

*LEGAL MAIL*

**RECEIVED**

OCT - 9 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501#1133

Clerk of Court
UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania
17 South Park Row
Erie, Pennsylvania 16501



