UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 22, 2008

Department Of Justice
Bureau of Prisons
600 East St., NW Room 4029
Washington, DC 20530

    CA 04-379 Erie, Demetrius Brown
    USCA 07-3995

Dear Sir or Madam:

The enclosed check in the amount of $36.36 is being returned to you because it is made payable to the incorrect payee. The check should be made payable to "Clerk, U.S. District Court".

Please resubmit the check with proper payee. Thank you.

Sincerely,

ROBERT V. BARTH, JR., CLERK OF COURT

*/s/ Debra L. Mayo*
by Debra L. Mayo, Deputy Clerk

Enclosure: check #2221 32527021



NOTICE TO CHECK RECIPIENT

VENDOR NAME: ROBERT V BARTH

AGENCY NAME AND BILLING ADDRESS:
DEPT OF JUSTICE
BUREAU OF PRISONS
600 E ST NW ROOM 4029
WASH DC 20530

H21204311Initial PLRA Pymt
21534039 BROWN,DEMETRIUS
DOCKET NO. 07-3695

FOR INFO CALL 202-307-3052

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

TREASURY-FINANCIAL MANAGEMENT SERVICE    TFS FORM 5950C(Rev.)

VENDOR I.D. NUMBER: I21534039

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS

CHECK NUMBER: 2221-32527021

CHECK AMOUNT: $*****36.36

AGENCY SCHEDULE NUMBER: 000HS00116

AGENCY TELEPHONE NUMBER: 202-307-3052

CHECK DATE: 01-17-08