UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

February 11, 2008

Department Of Justice
Bureau of Prisons
600 East St., NW Room 4029
Washington, DC 20530

       CA 04-379  Erie, Demetrius Brown
       USCA 07-3995

Dear Sir or Madam:

The enclosed check in the amount of $35.89 is being returned to you because it is made payable to the incorrect payee. The check should be made payable to "Clerk, U.S. District Court".

Please resubmit the check with proper payee. Thank you.

Sincerely,

ROBERT V. BARTH, JR., CLERK OF COURT


by Susan D. Parmeter, Deputy Clerk

Enclosure: check #2221 83308101