```
             UNITED STATES
             DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

         # 08000214  -  DM
            March 31, 2008


   Code    Case #    Qty       Amount

   FIRSTAPF 04-379 E                37.15 CH


   TOTAL→                     37.15



   FROM: DOJ/BOP FOR:
         DEMETRIUS BROWN
```