```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         #  08000220  -  SP  AP
           April 7, 2008

   Code    Case #    Qty      Amount

  FIRSTAPP 04-379E             1.69 CH


        TOTAL→            1.69



  FROM: DEMETRIUS BROWN BY U.S.
        TREASURY
```