*total pd*
*384.44*
*owes $70.56*

```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

         #  08000239  -  DM
            April 11, 2008


    Code    Case #    Qty      Amount

  FIRSTAPP  04-379 E           111.16 CH
  2NDAPPEA  04-379 E           105.00 CH
  3RDAPPEA  04-379 E           129.44 CH


    TOTAL->                    345.60



  FROM: CORA MCKINNEY FOR:
        DEMETRIUS BROWN
```