Demetrius Brown

Reg. No. 21534-039

FCI RayBrook, P.O. Box 9001

RayBrook, NY. 12977

Clerk of Court

UNITED STATES DISTRICT COURT

for the Western Dist. of PA.

17 South Park Row, Erie, PA. 16501

Date: 4/14/08

RE: Change of Address  CASE NO. 04-379E

Dear Sir/Madam:

**PLEASE TAKE NOTICE**, that the undersign is experiencing a change of address. Therefore, it is requested that all correspondence be forwarded to the following new address. Thank you.

Demetrius Brown
Reg. No. 21534-039
FCI Fort Dix, P.O. Box 2000
Fort Dix, NJ. 08640

Sincerely,

Demetrius Brown

**FILED**

APR 17 2008

cc: file CLERK U.S. DIST. COURT
db/db WEST. DIST. OF PENNSYLVANIA

INMATE NAME: Demetrius Brown
REGISTER NO.: 21534-039
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

TRENTON NJ 086
15 APR 2008 PM 1 T

Clerk of Court
United States District Court
for the Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501