# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
#### P. O. BOX 1820
#### ERIE, PA. 16507

WWW.PAWD.USCOURTS.GOV
ROBERT V. BARTH, JR.   IN REPLYING, GIVE NUMBER
CLERK OF COURT   OF CASE AND NAMES OF PARTIES
814-464-9600

PLEASE FILL OUT THE FOLLOWING AND MAIL IT BACK IN THE ENCLOSED ENVELOPE SO THAT WE CAN KEEP OUR RECORDS UPDATED

## CHANGE OF ADDRESS

NAME  *Demetrius Brown*

NEW ADDRESS  *FCI Fort Dix, P.O. Box 2000*
*Fort Dix, NJ. 08640*

## CASES IN THE US DISTRICT COURT FOR WESTERN PENNSYLVANIA:

*Demetrius Brown v. U.S. Justice Department, et.al., 04-379 Erie*

**RECEIVED**

APR 21 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

APR 21 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE NAME: Demetrius Brown
REGISTER NO.: 21534-039
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

**RECEIVED**
APR 21 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District Court
Office of the Clerk
Western District of Pennsylvania
P.O. Box 1820
Erie, PA, 16507