BLD-130

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3995
_____

DEMETRIUS BROWN,
Appellant

v.

U.S. JUSTICE DEPARTMENT;
BUREAU OF PRISONS;
FCI MCKEAN;
JOHN J. LAMANNA, Warden;
D. SCOTT DODRILL, Regional Director;
HARLEY G. LAPPIN, Director of BOP;
DR. NEWTON E. KENDING, Medical Director
_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 04-cv-00379)
District Judge: Sean J. McLaughlin
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 14, 2008

Before: McKEE, RENDELL and SMITH, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 14, 2008. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the order of the District Court entered September 24, 2007, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

                                              ATTEST:

                                      /s/ Marcia M. Waldron, Clerk

DATED: April 1, 2008

**Certified as a true copy and issued in lieu of a formal mandate on**   05/23/08

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**