UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

July 8, 2008

Department Of Justice
Bureau of Prisons
600 E Street, NW, Room 4029
Washington, DC 20530

Re: Demetrius Brown, Civil Action 04-379 Erie
Appeal No. 07-3995

Dear Sir or Madam:

The enclosed check in the amount of $145.00 is being returned to you. The amount due for Mr. Brown's appeal is $74.44. I have enclosed a copy of his docket sheet along with a copy of our payment ledger for your review. Please resubmit a check in the amount of $74.44 made payable to "Clerk, U.S. District Court".

Sincerely,

ROBERT V. BARTH, JR., CLERK OF COURT

by Debra L. Mayo, Deputy Clerk

cc: FCI Fort Dix, Inmate Accounts w/o enclosures
    Demetrius Brown w/o enclosures

Enclosures: Check #222134262868
    Payment ledger - Appeal No. 07-3995
    Docket Sheet - CA No. 04-379

