UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000389    SP
August 18, 2008

Code    Case #    Qty    Amount

SPCRFTCR cs-04-379E         4.27 CR

TOTAL→                4.27

TO: U.S. TREASURY FOR SPREEKLOG
GROUP